## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KATRINA BERGUNDER,

    Plaintiff,                     Case No. 2:23-CV-12886

v                                 Hon. Sean F. Cox

JPMORGAN CHASE BANK, N.A.,

    Defendant.

---

## INDEX OF EXHIBITS TO CHASE'S COMPLAINT FOR INTERPLEADER

Exhibit A: April 29, 2024, May 3, 2024, and May 20, 2024 Emails

                    Respectfully submitted,

                    DICKINSON WRIGHT PLLC

                    By**:** *_/s/ Davina A. Bridges_*

                    Aimee R. Gibbs (P70522)
                    Davina A. Bridges (P85597)
                    350 S. Main Street, Suite 300
                    Ann Arbor, Michigan 48104
                    (734) 623-1653
                    agibbs@dickinsonwright.com
                    dbridges@dickinsonwright.com
                    *Attorneys for Defendant*

Dated:  June 12, 2024

1

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 12, 2024, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Davina A. Bridges*
200 Ottawa Avenue NW, Suite 1000
Grand Rapids, Michigan 49503
(616) 336-1062
dbridges@dickinsonwright.com

4866-5208-2358 v1 [19276-693]

2