# EXHIBIT A

| | |
|---|---|
| From: | Adam Taub |
| To: | Davina A. Bridges |
| Cc: | Katie Sargent |
| Subject: | RE: |
| Date: | Monday, April 29, 2024 3:12:21 PM |
| Attachments: | image001.png |
| | image002.png |



I maintain a lien on the proceeds.

Adam G. Taub
Adam G. Taub & Associates
Consumer Law Group, PLC
17200 West Ten Mile Road
Suite 200
Southfield, MI 48075
(248) 746-3790
adamgtaub@clgplc.net
www.clgplc.net

Member NACA, the National Association of Consumer Advocates
Chair, 2009-2010, State Bar of Michigan, Consumer Law Section

**CONFIDENTIALITY NOTICE WARNING:** The information contained in this message (inclusive of attachments) is attorney privileged and confidential information intended ONLY for the use of the individual/s and/or entity named above. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, I do not intend to waive and do not waive any privileges or the confidentiality of the message/s and attachment/s, and you are hereby notified that any dissemination of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately at adamgtaub@clgplc.net or (248) 746-3790 and delete the message and attachments from your all your records. Thank you for your cooperation.

**PLEASE NOTE**: You do not become a client of Adam G. Taub or Adam G. Taub & Associates Consumer Law Group, PLC unless you enter into a written agreement signed by you and Adam G. Taub. The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship.

**From:** Davina A. Bridges <DBridges@dickinson-wright.com>
**Sent:** Monday, April 29, 2024 3:07 PM
**To:** Adam Taub <adamgtaub@clgplc.net>
**Subject:**

## Davina A. Bridges



Associate Attorney
O:616-336-1062
C:773-571-1842
DBridges@dickinson-wright.com

200 Ottawa Ave. N.W., Suite 900, Grand Rapids MI, 49503

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

| | |
|---|---|
| **From:** | Adam Taub |
| **To:** | Davina A. Bridges |
| **Subject:** | RE: |
| **Date:** | Friday, May 3, 2024 9:52:51 AM |
| **Attachments:** | image001.png |
| | image002.png |



Ms. Bridges:

Please note that I maintain a lien on the proceeds in the amount of $1,750.00.

If you need me to testify, let me know.


Adam G. Taub
Adam G. Taub & Associates
Consumer Law Group, PLC
17200 West Ten Mile Road
Suite 200
Southfield, MI  48075
(248) 746-3790
adamgtaub@clgplc.net
www.clgplc.net


Member NACA, the National Association of Consumer Advocates
Chair, 2009-2010, State Bar of Michigan, Consumer Law Section

**CONFIDENTIALITY NOTICE WARNING:** The information contained in this message (inclusive of attachments) is attorney privileged and confidential information intended ONLY for the use of the individual/s and/or entity named above. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, I do not intend to waive and do not waive any privileges or the confidentiality of the message/s and attachment/s, and you are hereby notified that any dissemination of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately at adamgtaub@clgplc.net  or (248) 746-3790 and delete the message and attachments from your all your records. Thank you for your cooperation.

**PLEASE NOTE**: You do not become a client of Adam G. Taub or Adam G. Taub & Associates Consumer Law Group, PLC unless you enter into a written agreement signed by you and Adam G. Taub. The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship.


**From:** Davina A. Bridges <DBridges@dickinson-wright.com>
**Sent:** Monday, April 29, 2024 3:07 PM
**To:** Adam Taub <adamgtaub@clgplc.net>
**Subject:**



**Davina A. Bridges**
Associate Attorney
O:616-336-1062
C:773-571-1842
DBridges@dickinson-wright.com

200 Ottawa Ave. N.W., Suite 900, Grand Rapids MI, 49503

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

| | |
|---|---|
| **From:** | Adam Taub |
| **To:** | Davina A. Bridges |
| **Cc:** | Katie Sargent |
| **Subject:** | RE: Bergunder |
| **Date:** | Monday, May 20, 2024 1:46:00 PM |
| **Attachments:** | image001.png |
| | image002.png |



I do not agree to waive my attorney fee lien on this matter.

Please do not issue a check without my firm on it.


Adam G. Taub
Adam G. Taub & Associates
Consumer Law Group, PLC
17200 West Ten Mile Road
Suite 200
Southfield, MI  48075
(248) 746-3790
adamgtaub@clgplc.net
www.clgplc.net


Member NACA, the National Association of Consumer Advocates
Chair, 2009-2010, State Bar of Michigan, Consumer Law Section

**CONFIDENTIALITY NOTICE WARNING:** The information contained in this message (inclusive of attachments) is attorney privileged and confidential information intended ONLY for the use of the individual/s and/or entity named above. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, I do not intend to waive and do not waive any privileges or the confidentiality of the message/s and attachment/s, and you are hereby notified that any dissemination of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately at adamgtaub@clgplc.net  or (248) 746-3790 and delete the message and attachments from your all your records. Thank you for your cooperation.

**PLEASE NOTE**: You do not become a client of Adam G. Taub or Adam G. Taub & Associates Consumer Law Group, PLC unless you enter into a written agreement signed by you and Adam G. Taub. The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship.



**From:** Davina A. Bridges <DBridges@dickinson-wright.com>
**Sent:** Monday, April 29, 2024 3:07 PM
**To:** Adam Taub <adamgtaub@clgplc.net>
**Subject:**



**Davina A. Bridges**
Associate Attorney
O:616-336-1062
C:773-571-1842
DBridges@dickinson-wright.com

200 Ottawa Ave. N.W., Suite 900, Grand Rapids MI, 49503

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.