## Exhibit 1: First Time Receiving Settlement Agreement

BERGUNDER v. JPMORGAN CHASE BANK, NA EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION Case No. 23-12886

**Adam Taub** <adamgtaub@clgplc.net>
Tue 2/27/2024 10:27 AM
To: bergunki@msn.com <bergunki@msn.com>
Cc: Katie Sargent <katiemsargent@clgplc.net>

1 attachments (407 KB)
bergunder.settlement agreement.FINAL approved.pdf;

Dear Ms. Bergunder:

Attached please find the Settlement Agreement And Release from Chase. **I have reviewed and approved this document.**

Please review this document, sign it where indicated, and email it back to my office as soon as possible.

As always, if you have any questions or concerns, please feel free to call my office.

Adam G. Taub
Adam G. Taub & Associates
Consumer Law Group, PLC
17200 West Ten Mile Road
Suite 200
Southfield, MI  48075
(248) 746-3790
adamgtaub@clgplc.net
www.clgplc.net

Member NACA, the National Association of Consumer Advocates
Chair, 2009-2010, State Bar of Michigan, Consumer Law Section

**CONFIDENTIALITY NOTICE WARNING:** The information contained in this message (inclusive of attachments) is attorney privileged and confidential information intended ONLY for the use of the individual/s and/or entity named above. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, I do not intend to waive and do not waive any privileges or the confidentiality of the message/s and attachment/s, and you are hereby notified that any dissemination of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately at adamgtaub@clgplc.net, or (248) 746-3790 and delete the message and attachments from your all your records. Thank you for your cooperation.

**PLEASE NOTE:** You do not become a client of Adam G. Taub or Adam G. Taub & Associates Consumer Law Group, PLC unless you enter into a written agreement signed by you and Adam G. Taub. The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship.