**Exhibit 2: Social Media Posting from Sister of Mr. Taub**

