**Exhibit 3: Obituary for Tracy Taub, Mr. Taub's Wife**



OBITUARY

*Tracy Kruzic Taub*

APRIL 16, 1965 – FEBRUARY 27, 2024



Tracy Kruzic Taub, age 58, of Berkley, Michigan, passed away on February 27, 2024. Tracy was a mental health professional with a successful practice. She was a fierce defender of the disadvantaged and had a great love for animals.

Tracy is survived by her dogs, Luna Taub and Clay McGonigal, and her cat Nancy as well as her husband Adam G. Taub, step-children Sam Taub and Elijah Taub, brother Chris Gomula-Kruzic (wife Jessica), sister Terry Margaret Kruzic-Moore, and numerous nieces and nephews.

She was preceded in death by her mother Nancy Josephine Grant. Tracy held a Bachelor's degree from the University of Tennessee and a Master of Social Work from Case Western University.

No memorial is planned at this time. In lieu of flowers, please donate to Reproductive Freedom for All, https://reproductivefreedomforall.org.

**Services**

No services are scheduled at this time. Receive a notification when services are updated.

GET REMINDERS

*In Memory Of*

Tracy Kruzic Taub

 2   ♡ 1    2