**Exhibit 4: Mr. Taub's E-Mail Minutes After Emotional Call**

RE: BERGUNDER v. JPMORGAN CHASE BANK, NA EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION Case No. 23-12886

Adam Taub <adamgtaub@clgplc.net>
Thu 2/29/2024 12:32 PM
To: Katrina Bergun <bergunki@msn.com>
Cc: Katie Sargent <katiemsargent@clgplc.net>

Ms. Bergunder:

[redacted]

I will be filing a motion to withdraw [redacted]

My guess is the other side will be filing a motion to [redacted] and will ask for costs and sanctions.

Adam G. Taub
Adam G. Taub & Associates
Consumer Law Group, PLC
17200 West Ten Mile Road
Suite 200
Southfield, MI 48075
(248) 746-3790
adamgtaub@clgplc.net
www.clgplc.net

Member NACA, the National Association of Consumer Advocates
Chair, 2009-2010, State Bar of Michigan, Consumer Law Section

25