**Exhibit 5: E-Mail Firing Mr. Taub and Associates**

(No subject)

Katrina Bergun <bergunki@msn.com>
Fri 3/22/2024 4:23 PM
To: Adam Taub <adamgtaub@clgplc.net>; Gary Nitzkin <gnitzkin@creditor-law.com>;

Katrina Bergunder
24674 Republic Ave.
Oak Park, MI 482387

March 22, 2024

Adam Taub & Adam G. Taub & Associates Consumer Law Group PLC
17200 West Ten Mile Road, Suite 200,
Southfield, MI 48075-8200

RE: Termination of Legal Services
Dear Mr. Taub & Adam G. Taub & Associates Consumer Law Group PLC,

I have decided to terminate our current legal relationship immediately.

I am terminating this relationship because of a breakdown in communication. I expect reasonable sound legal advice including answers to my questions, follow through on what is agreed to be done, honesty when it cannot be achieved, and do not feel I have received either.

Please do not take any further action on my behalf.

In accordance with MRPC Rule 1.16(d), I request that you send a complete copy of my case file immediately to the address below so that I may share this with my new counsel. You may send your final bill to the same address. With reasonable time, I will have a motion filed allowing you to withdraw.
Katrina Bergunder, 24674 Republic Ave., Oak Park, MI 48237
Sincerely,


Katrina Bergunder

FYI, a hard copy is in the mail for you as well.

Get Outlook for Android

26