**Exhibit 6: Call Log Records during Settlement Talks**



27