**Exhibit 7: Call Log from Emotional Outburst Call with Mr. Taub**

