**Exhibit 8: Letter asking for conveyance again.**

Katrina Bergunder
24674 Republic Ave, Oak Park, MI 48237
Bergunki@msn.com
773-853-7085

03/26/24

Adam Taub & Adam G. Taub & Associates Consumer Law Group PLC
17200 West Ten Mile Road, Suite 200,
Southfield, MI 48075-8200

Dear Mr. Taub and Associates,

I hope this letter finds you well. I am writing to follow up on our recent correspondence regarding the conclusion of our attorney-client relationship and the conveyance of my complete file.

As you are aware, our professional association has come to an end, and I am now in need of my complete file to facilitate the transition to new representation. I understand that this process may take some time, but I would appreciate an estimated timeline for when I can expect to receive my file.

Having access to my complete file is essential for me to effectively move forward with my legal matters. It contains important documents, correspondence, and information that will be invaluable as I navigate the next steps in my case.

Could you please provide me with an estimated time frame for when my complete file will be ready for conveyance?

I understand the importance of complying with any applicable ethical and professional obligations in the conveyance of client files, and I trust that you will handle this matter with the necessary diligence and professionalism.

Thank you for your attention to this matter. I look forward to receiving your response and working together to ensure a smooth transition.

Best regards,

*Katrina Bergunder* 3/26/24
Katrina Bergunder

29