**Exhibit 9: Disconcerting Response from Mr. Taub**

