# Exhibit 10: Bergunder Imploring for File Conveyance & Timeline

---

Request for Updated Timeline for File Conveyance

Katrina Bergunder <bergunki@msn.com>
Fri 4/12/2024 10:49 AM
To:Adam Taub <adamgtaub@clgplc.net>;Katie Sargent <katiemsargent@clgplc.net>

Dear Mr. Taub,

Thank you for your response, albeit somewhat disconcerting. I understand your position, but I would appreciate some clarification and an updated timeline for the file conveyance, including previous versions of the settlement agreement and [redacted].

I recognize that you have other clients and obligations, and I respect that. However, given the importance of this matter and the necessity of having all relevant documentation to proceed, I kindly request that you provide a more specific timeframe for when I can expect to receive the requested information.

Having a clear understanding of when I will receive [redacted] and previous versions of the settlement agreement will enable me to plan accordingly and move forward with confidence.

Additionally, regarding your inquiry [redacted] there are still outstanding issues that need to be addressed. Therefore, I am exploring all available options to ensure that my interests are adequately represented, [redacted]

I apologize if there was any confusion in my previous communication, and I hope this message clarifies my current position.

I appreciate your attention to this matter and look forward to receiving an updated timeline from you soon.
Best regards, Katrina Bergunder