**Exhibit 11: Taub Response to File Conveyance**

RE: Request for Updated Timeline for File Conveyance

Adam Taub <adamgtaub@clgplc.net>
Fri 4/12/2024 11:09 AM
To: Katrina Bergunder <bergunki@msn.com>; Katie Sargent <katiemsargent@clgplc.net>

Ms. Bergunder:

███████████████████████████████████████

██████████████████████ Please respond and then I can gage how urgent your need is to get the communications you are requesting.

Adam G. Taub
Adam G. Taub & Associates
Consumer Law Group, PLC
17200 West Ten Mile Road
Suite 200
Southfield, MI 48075
(248) 746-3790

adamgtaub@clgplc.net
www.clgplc.net

Member NACA, the National Association of Consumer Advocates

Chair, 2009-2010, State Bar of Michigan, Consumer Law Section