## Exhibit 12: Bergunder Final Attempts for File Conveyance

