**Exhibit 13: Taub Withdrawal Shortly After Emotional Call**

Re: BERGUNDER v. JPMORGAN CHASE BANK, NA EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION Case No. 23-12886

Katrina Bergun <bergunki@msn.com>
Thu 2/29/2024 1:18 PM
To: Adam Taub <adamgtaub@clgplc.net>

Dear Mr. Taub,
I do not agree nor accept the terms or motion. I'm very disheartened that you are quitting because you didn't have time to fully explain the settlement offer to me. I cannot sign something I do not understand.
Sincerely,
Katrina Bergunder

---

From: Adam Taub <adamgtaub@clgplc.net>
Sent: Thursday, February 29, 2024 1:01 PM
To: Katrina Bergun <bergunki@msn.com>
Cc: Katie Sargent <katiemsargent@clgplc.net>
Subject: RE: BERGUNDER v. JPMORGAN CHASE BANK, NA EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION Case No. 23-12886

Katrina Bergunder:

Attached please find my motion to withdraw as counsel.

Please find another attorney as soon as possible.

Adam G. Taub
Adam G. Taub & Associates
Consumer Law Group, PLC
17200 West Ten Mile Road
Suite 200
Southfield, MI  48075
(248) 746-3790
adamgtaub@clgplc.net
www.clgplc.net

Member NACA, the National Association of Consumer Advocates
Chair, 2009-2010, State Bar of Michigan, Consumer Law Section

**CONFIDENTIALITY NOTICE WARNING:** The information contained in this message (inclusive of attachments) is attorney privileged and confidential information intended ONLY for the use of the individual/s and/or entity named above. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, I do not intend to waive and do not waive any privileges or the confidentiality of the message/s and attachment/s, and you are hereby notified that any dissemination of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately at adamgtaub@clgplc.net or (248) 746-3790 and delete the message and attachments from your all your records. Thank you for your cooperation.

**PLEASE NOTE:** You do not become a client of Adam G. Taub or Adam G. Taub & Associates Consumer Law Group, PLC unless you enter into a written agreement signed by you and Adam G. Taub. The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship.