**Exhibit 15: Plaintiff Refuting Reasoning for Ceasing Negotiations**

---

Re: Update on Case Settlement and Change in Representation

Katrina Bergunder <bergunki@msn.com>
Mon 4/29/2024 1:43 PM
To: Davina A. Bridges <DBridges@dickinson-wright.com>

📎 1 attachments (5 MB)
Motion Confirm Pro Se status.pdf;

Dear Miss Bridges,

Thank you for your prompt response.

I appreciate your attempt to streamline the process, and I understand your perspective. However, I have attached my motion to confirm pro se for you. I mean no disrespect, but it is imperative for me to address certain matters directly.

As a pro se litigant, I am navigating this process to the best of my ability. I assure you that my intention is not to delay matters but to ensure that my rights and interests are properly represented.

I am sincerely grateful for your patience and understanding throughout this challenging period. I want to reiterate that the situation leading to my self-representation stems from circumstances beyond my control, particularly the personal challenges faced by my former counsel, Mr. Taub.

Regarding your previous statement about Mr. Taub's name remaining on the documents and Chase having revised the agreement on multiple occasions, I must clarify this and a previous interaction.

When I expressed the desire to remove his name, it was not solely due to a desire for expediency, but also because of significant concerns regarding his representation and competency.

I must address an incident where you made changes to the document without consulting me. Specifically, the alteration of gendered pronouns without confirmation was unsettling, especially as it is a question I asked my former counsel in what I thought was a privileged conversation (I was advised and accepted that the use of gendered pronouns at present makes documents clearer). While I initially accepted the changes to avoid further delay, in keeping the spirit of negotiation, and be polite, it was not a modification I requested. I appreciate your attempt to clarify, but it is crucial for me to have agency over such decisions, especially when it concerns sensitive matters.

If given this information, Chase is still firm on sending payment to Mr. Taub, please confirm that you've agreed to a settlement conference with that judge.

I hope this clarifies my position, and I am open to further discussion to ensure we can resolve this matter in a fair and timely manner.

Thank you for your attention to these matters.

Warm regards,

Katrina Bergunder

36