# Exhibit B:

| Approved, SCAO | Original - Court file<br>1st copy - Assignment Clerk/Extra<br>2nd copy- Friend of the Court/Extra | 3rd copy - Opposing party<br>4th copy - Moving party |
|---|---|---|

| STATE OF MICHIGAN<br>**JUDICIAL CIRCUIT**<br>45th  **JUDICIAL DISTRICT**<br>**COUNTY** | **ORDER** | **CASE NO.**<br>22-00061GC |
|---|---|---|

**Court address**                                                                                     Court telephone no.

13600 Oak Park Blvd, Oak Park, MI 48237                              (248)691-7440

| Plaintiff name(s), address(es), and telephone no(s).<br>JP Morgan Chase Bank, N.A. | v | Defendant name(s), address(es), and telephone no(s).<br>Katrina I Bergunder<br>24674 Republic Ave.<br>Oak Park, MI 48237<br>(773)853-7085 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Mandarich Law Group, LLP<br>James McArdle<br>P-82443<br>P.O. Box 109032, Chicago, IL 60610<br>(866)757-4738 | | Defendant's attorney, bar no., address, and telephone no. |

1. Motion title: ~~Motion to exclude witness and dismiss~~ *Dismiss with prejudice*

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable Judge Michelle Friedman Appel on 02/21/2023
   Date

☒ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is    ☒ granted.
                                                                                  ☐ granted in part, denied in part.
                                                                                  ☐ denied.

☒ The court further orders   *Case is dismissed with prejudice.*

_____

_____

_____

_____

_____

_____

_____

FEB 2 1 2023                                          *[signature]*                    32709