# Exhibit C:

| Approved, SCAO | Original – Court<br>1st copy – Plaintiff | 2nd copy - Defendant<br>3rd copy – Proof of service |
|---|---|---|
| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>45 DISTRICT COUR  JUDICIAL CIRCUIT | ANSWER, CIVIL<br>(PAGE 1 OF 4) | CASE NO.<br>2200061GC<br>Hon. Michelle Friedman |
| Court address<br>13600 OAK PARK BLVD, OAK PARK, MI 48237 | | Court telephone no.<br>(248) 691-7440 |

| Plaintiff name(s), address(es), and telephone no(s).<br>JPMORGAN CHASE BANK N.A.<br>c/o Attorney | v | Defendant name(s), addressees), and telephone no(s).<br>Katrina Bergunder<br>24674 Republic Ave<br>Oak Park, MI 48237<br>(773) 853-7085 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>JAMES M MCARDLE  (P82443)<br>PO BOX 109032<br>Chicago, IL 60610<br>(833) 769-2757 | | Defendant's attorney, bar no., address, and telephone no. |

☒ Defendant,
☐ Attorney for defendant    in answer to the complaint states:

(Paragraph numbers in the answer must correspond to paragraphs in the complaint. Attach additional sheets if necessary.)

1. I  ☐ agree with the statements in paragraph 1.
      ☐ disagree with the statements in paragraph 1 because _____
      ☒ do not know if the statements in paragraph 1 are true.

2. I  ☐ agree with the statements in paragraph 2.
      ☐ disagree with the statements in paragraph 2 because _____
      ☒ do not know if the statements in paragraph 2 are true.

3. I  ☐ agree with the statements in paragraph 3.
      ☐ disagree with the statements in paragraph 3 because _____
      ☒ do not know if the statements in paragraph 3 are true.

4. I  ☐ agree with the statements in paragraph 4.
      ☒ disagree with the statements in paragraph 4 because I do not have a copy. I kindly request the Plaintiff provide a copy.
      ☐ do not know if the statements in paragraph 4 are true.

5. I  ☐ agree with the statements in paragraph 5.
      ☐ disagree with the statements in paragraph 5 because _____
      ☒ do not know if the statements in paragraph 5 are true.

☒ continued on page 2.

05/16/22
Date

Defendant/Attorney signature
Katrina Bergunder
Name (Type or print)

*[Stamp: DISTRICT COURT 45-B OAK PARK, MICHIGAN TRUE COPY DATE MAY 16 2024]*

*[Stamp: 2022 MAY AM 10: 37 45TH DISTRICT COURT]*

IMPORTANT: If you have affirmative defenses, you must state them now using the last page of this form. If you do not, the court may prohibit you from raising them later. An affirmative defense is a defense claiming that the plaintiff is not entitled to a judgment because other facts exist that create a lawful defense. Affirmative defenses allow you to provide information to the court that is not stated in the plaintiff's complaint.

**CERTIFICATE OF SERVICE**

I certify that on this date I served a copy of this answer on the plaintiff(s) or their attorney(s) by
☐ personal service    ☒ first-class mail addressed to their last-known address(es) as defined in MCR 2.107(C)(3).

MAY 1 6 2022
Date                                                            Signature

Approved, SCAO
Form MC 03, Rev. 1/21
MCR 2.111
SRL
PAGE 1 OF 4

| Approved, SCAO | Original – Court<br>1st copy – Plaintiff | 2nd copy – Defendant<br>3rd copy – Proof of service |
|---|---|---|
| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>**6th JUDICIAL CIRCUIT** | **ANSWER, CIVIL**<br>**(PAGE 2 OF 4)** | **CASE NO.**<br>2200061GC<br>Hon. Michelle Friedman |

| Plaintiff's name(s)<br>JPMORGAN CHASE BANK N.A. | v | Defendant's name(s)<br>Katrina Bergunder |
|---|---|---|

continued from page 1.

6. I ☐ agree with the statements in paragraph 6.
   ☐ disagree with the statements in paragraph 6 because _____
   ☒ do not know if the statements in paragraph 6 are true.

7. I ☐ agree with the statements in paragraph 7.
   ☒ disagree with the statements in paragraph 7 because Fraud is suspected on the account.
   ☐ do not know if the statements in paragraph 7 are true.

8. I ☐ agree with the statements in paragraph 8.
   ☐ disagree with the statements in paragraph 8 because _____
   ☒ do not know if the statements in paragraph 8 are true.

DISTRICT COURT 45-B
OAK PARK, MICHIGAN
TRUE COPY
DATE MAY 1 5 2024

2022 MAY 16 AM 10:37
45TH DISTRICT COURT

Approved, SCAO
Form MC 03, Rev. 1/21
MCR 2.111
SRL
PAGE 2 OF 4

| Approved, SCAO | Original – Court / 1st copy – Plaintiff | 2nd copy – Defendant / 3rd copy – Proof of service |
|---|---|---|
| **STATE OF MICHIGAN** **JUDICIAL DISTRICT** **6th JUDICIAL CIRCUIT** | **ANSWER, CIVIL (PAGE 3 OF 4)** | **CASE NO.** 2200061GC Hon. Michelle Friedman |

| Plaintiff's name(s) | | Defendant's name(s) |
|---|---|---|
| JPMORGAN CHASE BANK N.A. | v | Katrina Bergunder |

**CHECK ALL THAT APPLY** (for each box checked, attach a statement of facts) — **AFFIRMATIVE DEFENSES**

☒ Defendant,  ☐ Attorney for defendant states the following affirmative defenses:

☐ 1. I paid this debt in full (satisfied). Attached is proof of payment.

☐ 2. This action is barred by the statute of limitations because

  ☐ the plaintiff failed to sue within six years of _____ the last activity on the alleged account. MCL 600.5807(8).

  ☐ the alleged contract involves a motor vehicle retail sales installment contract or the sale of other goods, and the plaintiff failed to sue within four years of _____, the last activity on the alleged account. MCL 440.2725(1).

  ☐ the plaintiff failed to sue within three years after the alleged contract of sale of a mobile home on _____. MCL 125.2333.

☐ 3. ☐ I paid an amount that the plaintiff accepted as payment in full (accord and satisfaction). Attached is proof of payment.

  ☐ The debt was discharged in bankruptcy. The case number was _____.

☒ 4. The contract is void or voidable because
  ☐ I was a minor when the alleged contract was made.
  ☐ I was not mentally competent when the alleged contract was made. Probate case number _____. Attached are my letters of conservatorship/guardianship.
  ☒ there was no valid contract (no meeting of the minds) because See Attached Statement of Facts.

☒ 5. The contract was severely unjust or extremely one-sided (unconscionable).

☐ 6. I am not liable for the alleged damages because of the plaintiff's contributory negligence.

☐ 7. The alleged contract is unenforceable because it is not in writing (statute of frauds).

☐ 8. My vehicle was repossessed and later sold in a commercially unreasonable manner. MCL 440.9607(3).

☒ 9. The contract should not be enforced because of the plaintiff's improper conduct (fraud and/or duress).

☐ 10. The goods purchased were defective (failure of consideration).

☒ 11. The terms of the contract did not express what the parties intended (mutual mistake).

☐ 12. I have not been credited for all payments made on the alleged account. Attached is proof of payment.

☒ 13. Other: See Attached Statement of Facts.

Date: 05/16/22

Defendant/Attorney signature: *(signed)*
Name (Type or print): Katrina Bergunder

Approved, SCAO
Form MC 03, Rev. 1/21
MCR 2.111
SRL
PAGE 4 OF 4

| Approved, SCAO | Original – Court<br>1st copy – Plaintiff | 2nd copy - Defendant<br>3rd copy – Proof of service |
|---|---|---|
| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>**6th JUDICIAL CIRCUIT** | **ANSWER, CIVIL**<br>**(PAGE 4 OF 4)** | **CASE NO.**<br>2200061GC<br>Hon. Michelle Friedman |

| Plaintiff's name(s)<br>JPMORGAN CHASE BANK N.A. | v | Defendant's name(s)<br>Katrina Bergunder |
|---|---|---|

**STATEMENT OF FACTS**

4c. I thought that Plaintiff would be reasonable in repayment in the event of dramatic, devastating, and unforeseen world events such as the global pandemic of COVID-19 that resulted in the world shutting down, loss of work, and the death of millions

5. At the time I was living in poverty, in an abusive situation, and struggling in college, I agreed to the unfair terms to support myself in times when my $10/hour job could not.

9. When inquired, they insisted that if I had hardships that they would work with me. Despite my numerous repeated calls, Plaintiff was unwilling to work with me.

11. As part of the world, I thought that Plaintiff would know about large, unforeseen world events and be reasonable in the event of them.

13. While Plaintiff has continuously refused to negotiate, I am still willing to negotiate with Plaintiff to resolve our issues.

DISTRICT COURT 45-B
OAK PARK, MICHIGAN
TRUE COPY
DATE MAY 1 5 2024

45TH DISTRICT COURT
2022 MAY 16 AM 10: 37