# Exhibit D:

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>45TH JUDICIAL DISTRICT | **NOTICE TO APPEAR** | CASE NO. **22-00061GC** GC |

Court Address 13600 OAK PARK BLVD  
OAK PARK, MI 48237

Court Telephone  
(248) 691-7440

| Plaintiff  {_}Personal service | YOU ARE DIRECTED TO APPEAR AT: |
|---|---|
| JP MORGAN CHASE BANK NA// | {_}The address above, courtroom ____ |
| | {X}VIA ZOOM HEARING |

V

| Defendant  {✓}Personal service | |
|---|---|
| BERGUNDER/KATRINA/I<br>24674 REPUBLIC AVE<br>OAK PARK, MI  48237 | Judge: MICHELLE FRIEDMAN APPEL  P-32709 |

FOR THE FOLLOWING PURPOSE:

|   | DAY | DATE | TIME |
|---|---|---|---|
| {X}Pre-trial Conf | TUE | 6/21/22 | 9:20 AM |

| Pltf Atty/People {_}Personal service | {_}Probable Cause Conference |
|---|---|
| (248) 352-4340  P-81102<br>MICHAEL THOMAS MAMUT<br>28366 FRANKLIN RD<br>SOUTHFIELD, MI  48034 | {_}Prelim Exam |
| | {_}Jury Selection |
| | {_}Jury Trial |

| Defendant's Atty {_}Personal service | {_}NonJury Trial |
|---|---|
| | {_}Sentencing |
| | {_}Motion |
| | {_}Arraignment |

DISTRICT COURT 45-B  
OAK PARK, MICHIGAN  
TRUE COPY  
DATE _____  
MAY 1 5 2024

| Officer | {_}Informal Hrg |
|---|---|
| | {_}Formal Hearing |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

{_}  
{_}The above matter is adjourned from

Date issued: MAY  16, 2022

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the dat at once.
6. Fines, costs, and other financial obligations imposed by the court mus be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

MC 06  (6/19)  **NOTICE TO APPEAR**