# Exhibit E:

STATE OF MICHIGAN        **NOTICE TO APPEAR**        CASE NO. **22-00061GC** GC
45TH JUDICIAL DISTRICT

| Court Address 13600 OAK PARK BLVD OAK PARK, MI  48237 | Court Telephone (248) 691-7440 |
| --- | --- |

Plaintiff       {_}Personal service
**JP MORGAN CHASE BANK NA//**

      V

Defendant       {_}Personal service
**BERGUNDER/KATRINA/I**
24674 REPUBLIC AVE
OAK PARK, MI  48237

Pltf Atty/People {_}Personal service
(248) 352-4340    P-81102
MICHAEL THOMAS MAMUT
28366 FRANKLIN RD
SOUTHFIELD, MI  48034

Defendant's Atty {_}Personal service

Officer

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.
Date issued: JUNE 21, 2022

**YOU ARE DIRECTED TO APPEAR AT:**

{_}The address above, courtroom ____

{X}**VIA ZOOM HEARING**

Judge: MICHELLE FRIEDMAN APPEL   P-32709

**FOR THE FOLLOWING PURPOSE:**

| | DAY | DATE | TIME |
| --- | --- | --- | --- |
| {X}Pre-trial Conf FINAL | TUE | 10/25/22 | 9:00 AM |

{_}Probable Cause Conference
{_}Prelim Exam
{_}Jury Selection
{_}Jury Trial
{_}NonJury Trial
{_}Sentencing
{_}Motion
{_}Arraignment
{_}Informal Hrg
{_}Formal Hearing
{_}
{_}The above matter is adjourned from

DISTRICT COURT 45-E
OAK PARK, MICHIGAN
TRUE COPY

DATE MAY 1 5 2024

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.

4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

**MC 06**   (6/19)   **NOTICE TO APPEAR**

**STATE OF MICHIGAN**
**IN THE 45TH DISTRICT COURT**

JP MORGAN CHASE BANK NA
        Plaintiff(s

-vs-                      Case No. 22-00061GC

KATRINA I BERGUNDER
        Defendant(s)

**PRE-TRIAL ORDER**

At a session of the 45TH District Court held
in Oak Park, Oakland County, Michigan

On:  06/21/22

PRESENT: Hon. Michelle Friedman Appel
**DISTRICT JUDGE**

    This matter having come to be heard at a scheduled pretrial conference and it
appears to this court that:

**PLAINTIFF'S POSITION:** *$ due & owing*

**DEFENDANT'S POSITION:** *Challenging the amount due & owe*

DISTRICT COURT 45-B
OAK PARK, MICHIGAN
TRUE COPY
DATE
MAY 1 5 2024

IT IS HEREBY ORDERED THAT:

1.  **DISCOVERY**

      ☑  Is granted
      ☐  Is not granted
      ☑  Discovery shall be completed by: *8.19.22*
    *Plaintiff shall provide Defendant with billing statement and*
2.  **CASE EVALUATION** *a copy of the original contract.*

      ☐  Is ordered
      ☑  Is not ordered
      ☐  Is completed

**In the event of rejection of case evaluation, costs are mandatory pursuant to
MCR 2.403.**

3. **TRIAL TIME.** Estimated trial time for the (Jury/Non-Jury) trial is
_____days.

4. **WITNESSES.** Parties shall file and exchange the names and addresses of all
witnesses to be called at trial on or before 7·22·22_____.
Failure to file a witness list shall result in witness being excluded from
testifying at trial, unless good cause is shown.

5. **MOTIONS.** Hearings on all pre-trial motions and dispositive motions shall be
filed on or before_____9·2·22_____.

6. **TRIAL.** *final* Trial shall be set *after close of discovery + after dispos*
*motion cut off*.

7. **EXHIBITS.** Parties shall exchange all proposed exhibits no later that 14 days
before trial. Copies of all proposed exhibits shall be enclosed in a sealed
envelope and submitted to the Court (no original, please). Any exhibits
received after said date shall be held inadmissible, unless good cause is
shown. Objections to the exhibits, to the extent they are known, shall be filed
7 days prior to trial.

8. **DEPOSITION.** All depositions must be purged not less that 14 days prior to
the jury trial or the objections therein shall be deemed waived.

9. **TRIAL BRIEFS.** Trial briefs, if any, are expected 7 days prior to the trial date.

10. **VOIR DIRE AND JURY INSTRUCTIONS.** Voir dire is customarily conducted
solely by the Court, however, upon request, attorneys may be allowed to
inquire. Any requested voir dire questions must be filed with the Court, not
less than 7 days prior to trial.

Counsel shall submit written theory of the case, together with written,
proposed jury instruction, and copies of the proposed jury instructions, and
copies of the proposed verdict form not later that 7 days prior to trial.
References may be made to the Standard Jury Instructions (SJI) by number.

Jury questionnaires may be reviewed by presenting a written request to the
jury clerk, prior to commencement of voir dire. The court will not postpone
the commencement of voir dire for parties to review juror questionnaires. The
jury clerk may be reached at (248) 691-7442.

_____
Hon. Michelle Friedman Appel

Approved for Entry:
Receipt Acknowledged:

DISTRICT COURT 45-B
OAK PARK, MICHIGAN
TRUE COPY

_____        _____
Attorney for Plaintiff          Attorney for Defendant

DATE — MAY 1 5 2024