# Exhibit F:

STATE OF MICHIGAN     **NOTICE TO APPEAR**     CASE NO. **22-00061GC** GC
45TH JUDICIAL DISTRICT

| Court Address 13600 OAK PARK BLVD OAK PARK, MI 48237 | Court Telephone (248) 691-7440 |
|---|---|

| Plaintiff {_}Personal service **JP MORGAN CHASE BANK NA//** | **YOU ARE DIRECTED TO APPEAR AT:** {_}The address above, courtroom ____ {X}**VIA ZOOM HEARING** |
|---|---|

V

| Defendant {_}Personal service **BERGUNDER/KATRINA/I** 24674 REPUBLIC AVE OAK PARK, MI 48237 |
|---|

Judge: MICHELLE FRIEDMAN APPEL P-32709

**FOR THE FOLLOWING PURPOSE:**

| | DAY | DATE | TIME |
|---|---|---|---|
| {X}Pre-trial Conf **FINAL** | TUE | 1/10/23 | 9:00 AM |

{_}Probable Cause Conference
{_}Prelim Exam
{_}Jury Selection
{_}Jury Trial
{_}NonJury Trial
{_}Sentencing
{_}Motion
{_}Arraignment
{_}Informal Hrg
{_}Formal Hearing
{_}
{_}The above matter is adjourned from

DISTRICT COURT 45-B
OAK PARK, MICHIGAN
TRUE COPY
DATE MAY 1 5 2024

| Pltf Atty/People {_}Personal service (248) 352-4340 P-81102 MICHAEL THOMAS MAMUT 28366 FRANKLIN RD SOUTHFIELD, MI 48034 |
|---|

| Defendant's Atty {_}Personal service |
|---|

| Officer |
|---|

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.
Date issued: OCT. 25, 2022

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for

contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

MC 06 (6/19) **NOTICE TO APPEAR**