# Exhibit G:

STATE OF MICHIGAN                    **NOTICE TO APPEAR**          CASE NO. 22-00061GC GC
45TH JUDICIAL DISTRICT

| Court Address 13600 OAK PARK BLVD | Court Telephone |
|---|---|
| OAK PARK, MI  48237 | (248) 691-7440 |

| Plaintiff          {_}Personal service | YOU ARE DIRECTED TO APPEAR AT: |
|---|---|
| **JP MORGAN CHASE BANK NA//** | {X}The address above, courtroom ____ |

{_}

**LIVE** IN PERSON BENCH TRIAL

                    v

| Defendant         {_}Personal service |
|---|
| **BERGUNDER/KATRINA/I** |
| 24674 REPUBLIC AVE |
| OAK PARK, MI  48237 |

Judge:  MICHELLE FRIEDMAN APPEL  P-32709

**FOR THE FOLLOWING PURPOSE:**

|  | DAY | DATE | TIME |
|---|---|---|---|
| {_}Pre-trial Conf | | | |

| Pltf Atty/People {_}Personal service |
|---|
| (248) 352-4340   P-81102 |
| MICHAEL THOMAS MAMUT |
| |
| 28366 FRANKLIN RD |
| SOUTHFIELD, MI  48034 |

{_}Probable Cause
    Conference
{_}Prelim Exam

{_}Jury Selection

{_}**Jury Trial**

| Defendant's Atty {_}Personal service |
|---|

{X}**NonJury Trial    TUE  2/21/23 10:30 AM**

{_}Sentencing

{_}Motion

DISTRICT COURT 45-B
OAK PARK, MICHIGAN
TRUE COPY

{_}Arraignment

| Officer |
|---|

{_}Informal Hrg

DATE:  MAY 1 5 2024

{_}Formal Hearing

{_}

If you require special accommodations
to use the court because of a
disability or if you require a foreign
language interpreter to help you fully
participate in court proceedings,
please contact the court immediately
to make arrangements.
Date issued: JAN. 10, 2023

{_}The above matter is adjourned from

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by
   authority of the judge for good
   cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR
   in a civil case may cause a default
   judgment to be entered. FAILURE OF
   THE PLAINTIFF TO APPEAR may result
   in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case
   may subject you to the penalty for

contempt of court, and a bench
warrant may be issued for your
arrest.
5. If you intend to employ a lawyer, he
   or she should be notified of the date
   at once.
6. Fines, costs, and other financial
   obligations imposed by the court must
   be paid at the time of assessment,
   except when the court allows
   otherwise, for good cause shown.

**MC 06**  (6/19)   **NOTICE TO APPEAR**