# Exhibit H:

**STATE OF MICHIGAN**
**IN THE 45th DISTRICT COURT - OAKLAND (D45)**

JPMORGAN CHASE BANK, N.A.,
    Plaintiff

                                     Case No. 2200061GC

v.

KATRINA I BERGUNDER,
    Defendant.

---

MANDARICH LAW GROUP, LLP
Claire Whitlatch (P85697)
James M. McArdle (P82443)
Brittany Y. Lawe (P83917)
Attorneys for Plaintiff
P.O. Box 109032
Chicago, IL 60610
866.757.4738

KATRINA I BERGUNDER
24674 REPUBLIC AVE
OAK PARK MI 48237-1867

---

**PLAINTIFF'S WITNESS LIST**

NOW COMES the plaintiff, JPMorgan Chase Bank, N.A., by and through their attorneys

of Mandarich Law Group, LLP and submits his witness list:

1. Representative for JPMorgan Chase Bank, Terricka Clark;

2. Any witness called by the Defendant;

1. Representative for JPMorgan Chase Bank, Terricka Clark;        ate of Trial.

Date: 31 January 2023

Respectfully Submitted,

James M. McArdle (P82443)

DISTRICT COURT
OAK PARK, MICHI
TRUE COPY

DATE _____ MAY 1 5