# Exhibit J:

```
                    STATE OF MICHIGAN

          45TH JUDICIAL DISTRICT, COUNTY OF OAKLAND

J.P. MORGAN CHASE BANK NA,

                    Plaintiff,
V
                                        District No. 22-00061GC
KATRINA BERGUNDER,

                    Defendant.
_____/
                       BENCH TRIAL

     BEFORE THE HONORABLE MICHELLE FRIEDMAN APPEL, (P32709)
         13600 OAK PARK BOULEVARD, OAK PARK, MICHIGAN 48237
                    On Tuesday, February 21, 2023


APPEARANCES:


For the Plaintiff:       MR. JAMES MCARDLE (P82443)
                         Mandarich Law Group LLP
                         P.O. Box 109032
                         Chicago, Illinois 60610
                         (866) 757-4738



Appearing in Pro Per:    MS. KATRINA BERGUNDER
                         24674 Republic Avenue
                         Oak Park, Michigan 48237



TRANSCRIBED BY:          Ms. Kassandra Ginn, CER 8822
                         Certified Electronic Recorder
                         (248) 691-7442
```

1

TABLE OF CONTENTS

| WITNESSES: | PLAINTIFF | | PAGE |
|---|---|---|---|
| None | | | |

| WINESSES: | DEFENDANT | | |
|---|---|---|---|
| None | | | |

| EXHIBITS: | | MARKED | ADMITTED |
|---|---|---|---|
| None | | | |

```
 1              Oak Park, Michigan
 2              Tuesday, February 21, 2023 - 10:17 a.m.
 3                       -        -        -
 4              THE COURT:  Calling 22-00061GC, J.P. Morgan vs.
 5   Katrina Bergunder.  Appearance on behalf of the Plaintiff.
 6              MR. MCARDLE:  Good morning, Your Honor.  Jim McArdle
 7   appearing on behalf of J.P. Morgan Chase.
 8              THE COURT:  Okay.  And your name, please?
 9              MS. BERGUNDER:  Good morning, Your Honor.  I'm
10   Katrina Bergunder, the defendant in this case, and I am
11   representing myself today.
12              THE COURT:  So it's my understanding you sent in an
13   order dismissing the case, but it wasn't stipulated to.
14              MR. MCARDLE:  Correct, Your Honor.
15              THE COURT:  So I assume that you have no objection
16   to this case being dismissed?
17              MS. BERGUNDER:  Um, I do, Your Honor.  I, I -- they
18   want to dismiss it without prejudice, and, um, as we have made
19   it all the way to the trial date.
20              THE COURT:  I agree.  I mean today are you ready to
21   proceed today, Counsel?
22              MR. MCARDLE:  I am not, Your Honor.  Um, I -- as
23   Your Honor is well aware there is difficulty in getting
24   certain evidence.  I finally convinced my client to dismiss
25   this.  The difficulty I have, Your Honor, is that my authority
```

3

```
 1    extends to dismissing without prejudice where there is
 2    bankruptcy discharge, where there is a death, where there is a
 3    satisfaction in full.
 4              THE COURT:  Okay.  So that's your position.  I
 5    understand that, but today is the date and time set for trial.
 6    Plaintiff is unable to proceed.  Case dismissed with
 7    prejudice.  Thank you.
 8              MR. MCARDLE:  Thank you, Judge.
 9              MS. BERGUNDER:  Thank you, Your Honor.
10              (At 10:18 a.m., proceedings concluded)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  STATE OF MICHIGAN)
 2  COUNTY OF OAKLAND)
 3       I, Kassandra Ginn, certify that this transcript, consisting of
 4  5 pages, held on Tuesday, February 21, 2023, before the HONORABLE
 5  MICHELLE FRIEDMAN APPEL, Chief Judge at the 45th District Court,
 6  located at 13600 Oak Park Boulevard, Oak Park, Michigan, 48237, is
 7  a complete, true, and correct transcript of the electronic
 8  recordings.
 9
10
11  _7/16/24_                    _Kassandra Ginn_
12  Date                          Kassandra Ginn, CER 8822
13                                45th District Court
14                                13600 Oak Park Boulevard
15                                Oak Park, Michigan 48237
16                                (248) 691-7442
17
18
19
20
21
22
23
24
25
```

5