# Exhibit K:

| Approved, SCAO | Original - Court file<br>1st copy - Assignment Clerk/Extra<br>2nd copy - Friend of the Court/Extra | 3rd copy - Opposing party<br>4th copy - Moving party |
|---|---|---|

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| 45th JUDICIAL CIRCUIT<br>JUDICIAL DISTRICT<br>COUNTY | ORDER | 22-00061GC |

**Court address**: 13600 Oak Park Blvd, Oak Park, MI 48237  
**Court telephone no.**: (248)691-7440

| Plaintiff name(s), address(es), and telephone no(s). | | Defendant name(s), address(es), and telephone no(s). |
|---|---|---|
| JP Morgan Chase Bank, N.A. | v | Katrina I Bergunder<br>24674 Republic Ave.<br>Oak Park, MI 48237<br>(773)853-7085 |
| **Plaintiff's attorney, bar no., address, and telephone no.**<br>Mandarich Law Group, LLP<br>James McArdle<br>P-82443<br>P.O. Box 109032, Chicago, IL 60610<br>(866)757-4738 | | **Defendant's attorney, bar no., address, and telephone no.** |

1. Motion title: ~~Motion to exclude witness and dismiss~~ *Dismiss with prejudice*

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable Judge Michelle Friedman Appel on 02/21/2023

☒ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is  ☒ granted.  
☐ granted in part, denied in part.  
☐ denied.

☒ The court further orders *Case is dismissed with prejudice.*

DISTRICT COURT 45-B  
OAK PARK, MICHIGAN  
TRUE COPY  
DATE MAY 1 5 2024

FEB 2 1 2023  
Date

Judge — 32709 Bar

JUDGE MICHELLE FRIEDMAN APPEL

MC 327 (6/17) ORDER