# Exhibit L:

**Katrina, your dispute is now open**

Experian Alerts <support@s.usa.experian.com>
Fri 5/5/2023 3:56 AM
To: bergunki@msn.com <bergunki@msn.com>



Membership ID# 10193885663139202    Sign In



## Katrina, your dispute is open

### Account dispute
Your dispute should be completed by **Jun 02, 2023**.



### How likely are you to recommend Experian?

0   1   2   3   4   5   6   7   8   9   10

Take survey >

**Why am I receiving this email?**
This is not a marketing email—you're receiving this message to notify you of a recent change to your account. If you've unsubscribed from Experian CreditWorks℠ Basic emails in the past, don't worry—you no longer receive newsletters or special offers.

You can update some alerts and communications preferences any time on your Experian CreditWorks℠ Basic profile, but you'll continue to receive notifications like this one on the status of your account.

To ensure that you'll stay up to date on account notifications, add support@e.usa.experian.com to your address book and avoid marking these messages as spam.

Privacy Policy

View Your Consumer Right to Obtain a Security Freeze

© 2023 Fair Isaac Corporation. FICO® is a trademark of Fair Isaac Corporation.

© 2023 ConsumerInfo.com, Inc., an Experian® company. All rights reserved.
P.O. Box 2390 Allen, TX, 75013, US

