# Exhibit M:

**Your Equifax credit report dispute is in progress.**

no-reply@email.equifax.com <no-reply@email.equifax.com>
Thu 5/4/2023 9:41 PM
To: bergunki@msn.com <bergunki@msn.com>

[%%view_email_url%%]View in browser

# *my* Equifax™

# We're investigating your Equifax credit report dispute.

**Submitted**
05/05/2023

**Under investigation**

**Completed (estimate)**
06/04/2023

Dear Katrina,

We're investigating your Equifax credit report dispute:

- During the investigation, we'll review the information you provided and, if needed, contact the source of your credit information to verify its accuracy.

- We'll notify you within about 30 days when the results are available.

- Depending on the results, you may see updates in your Equifax credit report.

You can view the status of your dispute in your Dispute Center at any time.

**Dispute confirmation number**

3124626699

MORE ABOUT DISPUTES

## Disputing with other credit bureaus

You won't always find the same information in your credit reports at each of the three nationwide credit bureaus, so you may want to check your credit reports from TransUnion® and Experian® as well. If you find inaccurate or incomplete information, you can file disputes with TransUnion® and Experian® separately.

Privacy Policy | Terms of Use | FCRA | [%%profile_center_url%%]Unsubscribe
Copyright 2023 Equifax

You are receiving this email because you have a myEquifax account. Please do not reply to this email. For help, visit Equifax Support.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

Equifax Information Services, LLC PO Box 105496 Atlanta GA 30348