# Exhibit N:

**Katrina: TransUnion received your dispute**

**Credit Karma** <notifications@creditkarma.com>
Fri 5/5/2023 3:18 PM
To:bergunki@msn.com <bergunki@msn.com>

# Katrina, here's your Direct Dispute™ update.

Submitted to TransUnion — **In Review** — Completed

Your recent dispute was submitted to TransUnion on 05/05/2023 and is expected to be resolved within 30 days of that date.

We'll let you know when we have more information. In the meantime, feel free to check the dispute status in your Credit Karma account.

**Check the status**

Did you find this email helpful?  

 

Apple, the Apple logo, and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.

Android, Google Play and the Google Play logo are trademarks of Google Inc.

Credit Karma, LLC, P.O. Box 30963, Oakland, CA 94604 Copyright © 2008-2023 Credit Karma, LLC. All Rights Reserved.
Note: Never share your online banking or Credit Karma passwords with anyone, including us!

Privacy Statement   Terms of Use