# Exhibit P:

Select all   Mark as read   Archive                                    Sort

## Notifications                                              ⚙ Preferences

**Filter by:**

☐ Credit score and rating

☐ Identity and fraud protection

☐ Connected accounts

☐ Experian Boost®

☐ Unread

☐ Archived

May 17, 2023  •••
**Your FICO® Score has decreased by 43 points.**

May 16, 2023  •••
**Your Dispute Results are ready.**

May 16, 2023  •••
**Your Account Dispute has been updated.**

🔔

You have opened an Account Dispute on your Experian credit report.

The dispute for the account with JPMCB CARD that starts with 464018XXXXXXXXXX has been received and should be completed by 06/02/2023.

**Source:**
Experian

**Date Submitted:**
May 04, 2023

**Estimated Resolution Date:**
Jun 02, 2023

**Report Number:**
0673-0083-19

**Account Number:**
464018XXXXXXXXXX

**Company:**
JPMCB CARD

**Address:**
Po Box 15369, Wilmington, DE 19850

**WHAT NOW?**

We'll process the disputed items with the data furnisher or vendor that collected the information from a public record. You'll receive alerts when updates are available and when your full results are ready to view.

Select all    Mark as read    Archive

Learn more in the help center

‹  **1**  2  ›



### A personal loan could help your credit

Consolidating your $8,711 in debt with a personal loan could simplify your payments, help pay off what you owe and raise your credit score over time.

[ Check my rates ]

Services

Tools

Support

Get the free Experian app:

 

Follow us:

  

Contact Us    Terms & Conditions    Privacy Policy

© 2023 Experian. All rights reserved.

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names mentioned herein are the property of their respective owners. Licenses and Disclosures.

TrustedSite
CERTIFIED SECURE