# Exhibit Q:

# EQUIFAX

**CREDIT FILE : May 17, 2023**

**Confirmation # 3124626699**

Dear BERGUNDER KATRINA:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

## Were changes made to my credit report and what actions were taken?

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

## How do I know that all of this is happening?

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

## What should I do if I do not agree with the results of the investigation?

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains

(Continued On Next Page)

00000971-DISC

Page 1 of 6

P.O. Box 105518
Atlanta, GA 30348

0000097171- DISC
BERGUNDER KATRINA
7101 N WILDWOOD ST
WESTLAND, MI 48185-2728

3124626699-EMB-0b13010a0000019-05172023

medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

3124626699-EMB-0br3010a0000119-05172023

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certified it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

### The Results Of Our Reinvestigation

| Credit Account Information *(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)* | | |
|---|---|---|
| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L: Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

**>>>   The information you disputed has been updated as well as other information on this item. Account # - *7683 The results are:   THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE CURRENT STATUS IS BEING REPORTED CORRECTLY. THE PRIOR PAYING HISTORY**

(Continued On Next Page)
00009771-DISC

3124626699-EWB-0bf3010a0000119-05172023

ON THIS ACCOUNT HAS BEEN UPDATED. THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE BALANCE IS BEING REPORTED CORRECTLY. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *DATE OF MAJOR DELINQUENCY 1ST REPORTED *ACCOUNT HISTORY.  If you have additional questions about this item please contact: **CHASE CARD, PO Box 15298, Wilmington, DE 19850-5298**
**Phone: (800) 945-2000**

**JPMCB - CARD SERVICES**   *PO Box 15298 Wilmington DE 198505298 : 8009452000*
Account Number *7683

| | |
|---|---|
| Date Opened | 02/03/2009 |
| Terms Duration | |
| Terms Frequency | Monthly |
| Months Revd | 99 |
| Activity Designator | Closed |
| Creditor Classification | |

| Date of Last Reported | 05/17/2023 | Balance Amount | $9,772 | Date of Last Payment | 11/2020 | Actual Payment Amount | | Credit Limit | $8,000 |
| Status | Charge Off | Amount Past Due | $9,772 | High Credit | | Scheduled Payment Amount | | Date of 1st Delinquency | 01/2021 |

Type of Account: Revolving
Type of Loan: Flexible Spending Credit Card
Whose Account: Individual Account
Date of 1st Activity: 01/2021
Date Maj Del. 1st Rptd: 01/2021
Charge Off Amount: $9,772

Portfolio Indicator: Portfolio Status:
Deferred Pay Start Date: 
Balloon Pay Amount: 
Balloon Pay Date: 
Date Closed:

## ADDITIONAL INFORMATION:
**Charged Off Account**

**Account Closed By Credit Grantor**

**Flexible Spending Credit Card**

Account History with Status Codes

| | | | | | |
|---|---|---|---|---|---|
| | 04/2023 L | 03/2023 L | 02/2023 L | 01/2023 L | 12/2022 L |
| | 06/2022 L | 05/2022 L | 04/2022 L | 03/2022 L | 02/2022 L |
| | 08/2021 L | 07/2021 L | 06/2021 6 | 05/2021 5 | 04/2021 4 |
| | | | | | 03/2021 3 |
| | | | | | 11/2022 L |
| | | | | | 01/2022 L |
| | | | | | 12/2021 L |
| | | | | | 11/2021 L |
| | | | | | 02/2021 2 |
| | | | | | 01/2021 1 |
| | | | | | 10/2022 L |
| | | | | | 12/2021 L |
| | | | | | 09/2022 L |
| | | | | | 11/2021 L |
| | | | | | 10/2021 L |
| | | | | | 08/2022 L |
| | | | | | 07/2021 L |
| | | | | | 09/2021 L |

### Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|

## Flexible Spending Credit Card

| | |
|---|---|
| 04/23 | No Data Available |
| 03/23 | No Data Available |
| 02/23 | No Data Available |
| 01/23 | No Data Available |
| 12/22 | No Data Available |
| 11/22 | No Data Available |
| 10/22 | No Data Available |

(Continued On Next Page)
00000771-DISC

3124626699-EMB-06/30/10a0000119-05172023

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | No Data Available | | | | | | | | |
| 08/22 | No Data Available | | | | | | | | |
| 07/22 | No Data Available | | | | | | | | |
| 06/22 | No Data Available | | | | | | | | |
| 05/22 | No Data Available | | | | | | | | |
| 04/22 | No Data Available | | | | | | | | |
| 03/22 | No Data Available | | | | | | | | |
| 02/22 | No Data Available | | | | | | | | |
| 01/22 | No Data Available | | | | | | | | |
| 12/21 | No Data Available | | | | | | | | |
| 11/21 | No Data Available | | | | | | | | |
| 10/21 | No Data Available | | | | | | | | |
| 09/21 | No Data Available | | | | | | | | |
| 08/21 | No Data Available | | | | | | | | |
| 07/21 | $9,772 | | | 11/01/2020 | | $8,000 | $9,772 | Flexible Spending Credit Card | Closed |
| 06/21 | $9,772 | $256 | | 11/01/2020 | $9,772 | $8,000 | $1,566 | Flexible Spending Credit Card | Closed |

(Continued On Next Page)
00000977 1-DISC

3124626699-EMB-0bf3010a0000119-05172023

**_Notice to Consumers_**

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

(End of Report)
00009771-DISC

3124626699-EMB-0bf3010a0000119-05172023