# Exhibit R:

