# Exhibit S:

Katrina Bergunder
24674 Republic Ave
Oak Park, MI 48237

May 17, 2023

JP Morgan Chase
Attn: Customer Service
PO BOX 15369
WILMINGTON, DE 19850

Subject: Request for Accurate Reporting of Dismissed Debt

Dear Sir/Madam,

I am writing to bring to your attention a discrepancy in the reporting of a debt on my credit report. The debt in question, associated with Katrina Bergunder and court CASE NO: 22-00061GC, has been legally dismissed with prejudice by 45th District Court (13600 Oak Park Blvd, Oak Park, MI 48237) on February 21, 2023, as confirmed by the court's dismissal order.

Despite the court's ruling, it has come to my attention that the debt is still being inaccurately reported as "charged off" on my credit report. This misrepresentation negatively impacts my credit history and misleads potential creditors who review my creditworthiness.

I kindly request that Chase immediately update the reporting of this debt to accurately reflect the dismissal with prejudice. It is imperative that the accurate status of "dismissed with prejudice" is reflected on my credit report, as mandated by the Fair Credit Reporting Act.

Enclosed with this letter, you will find a copy of the court's dismissal order and court of record, which serves as conclusive evidence of the debt's legal status. I expect this documentation to be thoroughly reviewed and the necessary updates to be made promptly.

Please provide written confirmation once the accurate reporting has been updated on my credit report. Failure to comply with this request may result in legal action to enforce my rights under the Fair Credit Reporting Act.

I trust that Chase will handle this matter expeditiously and in accordance with the relevant regulations. Thank you for your attention to this important issue.

Sincerely,

Katrina Bergunder

Approved, SCAO

| Original – Court file | 3rd copy – Opposing party |
| 1st copy – Assignment Clerk/Extra | 4th copy – Moving party |
| 2nd copy- Friend of the Court/Extra | |

**STATE OF MICHIGAN**
**JUDICIAL CIRCUIT**
45th **JUDICIAL DISTRICT**
**COUNTY**

**ORDER**

**CASE NO.**
22-00061GC

Court telephone no.

Court address
13600 Oak Park Blvd, Oak Park, MI 48237

(248)691-7440

Plaintiff name(s), address(es), and telephone no(s).
JP Morgan Chase Bank, N.A.

v

Defendant name(s), address(es), and telephone no(s).
Katrina I Bergunder
24674 Republic Ave.
Oak Park, MI 48237
(773)853-7085

Plaintiff's attorney, bar no., address, and telephone no.
Mandarich Law Group, LLP
James McArdle
P-82443
P.O. Box 109032, Chicago, IL 60610
(866)757-4738

Defendant's attorney, bar no., address, and telephone no.

1. Motion title: ~~Motion to exclude witness and dismiss~~ Dismiss with prejudice

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable Judge Michelle Friedman Appel on 02/21/2023
   Date

☒ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is

☒ granted.
☐ granted in part, denied in part.
☐ denied.

☒ The court further orders

Case is dismissed with prejudice.

FEB 2 1 2023

32709
Bar

Date

Judge

JUDGE MICHELLE FRIEDMAN APPEL

**45th District Court**
**13600 Oak Park Blvd**
**Oak Park, MI 48237**

Register of Actions

◁ Return                     Register of Action

Enter New Search

*Register of Action*

```
|STATE OF MICHIGAN        |              | CASE NO: 22-00061GC  GC |
|45TH JUDICIAL DISTRICT| REGISTER OF ACTIONS  |                         |
|                         |              |                         |
```

Court Address 13600 OAK PARK BLVD                    Court Telephone
              OAK PARK        MI  48237               (248) 691-7440


              JUDGE OF RECORD: APPEL,MICHELLE FRIEDMAN,       P-32709


                                         Attorney
P01  PLAINTIFF              (CLSD)        P-81102
     JP MORGAN CHASE BANK NA//            MAMUT,MICHAEL THOMAS,
                                          28366 FRANKLIN RD
                                          SOUTHFIELD     MI 48034
                                          (248) 352-4340


D01  DEFENDANT              (CLSD)
     BERGUNDER/KATRINA/I
     24674 REPUBLIC AVE
     OAK PARK        MI 48237


  DATE              ACTIONS, JUDGMENTS, CASE NOTES            INITIALS

01/07/22
  P01    SUMM & COMP  FILED            MAMUT,MICHAEL T P-81102 NMC
         (RETD  )                              $9,772.36
01/10/22
         FILING FEE PAID       $75.00  RCPT # D337821         TMS
         CHECK TENDERED 302894                                TMS
03/31/22
  P01    MOTION TO EXTEND TIME FOR SERV  FILED                NMC
  P01    ORDER TO EXTEND TIME FOR SERV  FILED                 NMC
         (2J  )
  P01    MOTION FOR SUBSTITUTED SERVICE  FILED                NMC
  P01    ORDER FOR SUBSTITUTED SERVICE  FILED                 NMC
         (2J  )
         MOTION FEE PAID      $20.00  RCPT # D341877          TMS
         CHECK TENDERED 50285                                 TMS
04/07/22
  D01    ORDER TO EXTEND TIME FOR SERV  ENTERED               PJT
                       07/07/22  05:30P
  D01    ORDER FOR SUBSTITUTED SERVICE  ENTERED               PJT
  P01    SUMM & COMP  TO USE OWN PROCESS SRVER ISSUED         PJT
04/26/22
  D01    PROOF OF SERVICE FILED                               PJT
         (POSTED )
04/27/22
  D01    PROOF OF SERVICE FILED                               PJT
         (1ST/CER)
  D01    SUMM & COMP  FOR SUBSTITUTED SERVICE  SERVED         PJT
05/04/22
         DEF AT COUNTER--WILL FILE WRITTEN RESPONSE W/        PJT
         THE COURT                                            PJT
```

| | | |
|---|---|---|
| 05/16/22 | | |
| D01 | ANSWER FILED | PJT |
| D01 | AFF DEFENSES FILED | PJT |

JP MORGAN CHASE BANK N v  BERGUNDER/KATRINA/I    CASE#: 22-00061GC   PAGE:  2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| ALL | PRE-TRIAL SCHEDULED | PJT |
| | 06/21/22  09:20A | |
| ALL | NOTICE TO APPEAR ISSUED | PJT |
| | COPY OF ANSWER ATTACHED TO NTAS | PJT |
| 05/23/22 | RETD DEFAULT JDGMT--ANSWER FILED, PT SCHEDULED | PJT |
| 06/21/22 | | |
| ALL | PRE-TRIAL HELD | PJT |
| ALL | PRE-TRIAL FINAL SCHEDULED | PJT |
| | 10/25/22  09:00A | |
| | PARTIES PRESENT VIA ZOM; DISCOVERY IS ORDERED | PJT |
| | & TO BE COMPLETED BY 8/19/22; CASE EVAL IS | PJT |
| | NOT ORDERED; WITNESS LIST BY 7/22/22; DISP | PJT |
| | MTNS BY 9/2/225; FINAL PT SHALL BE SET AFTER | PJT |
| | CLOSE OF DISCOVERY & AFTER DISP MTN CUT OFF | PJT |
| ALL | NOTICE TO APPEAR ISSUED | PJT |
| 08/18/22 | | |
| D01 | EXHIBITS FILED | NMC |
| 10/19/22 | | |
| | FEE WAIVER REQUEST FILED BY K. BERGUNDER | PJT |
| | FEE WAIVER REQUEST GRANTED | PJT |
| 10/25/22 | | |
| ALL | PRE-TRIAL FINAL HELD | PJT |
| ALL | PRE-TRIAL FINAL SCHEDULED | PJT |
| | 01/10/23  09:00A | |
| | PARTIES PRESENT VIA ZOOM; ADJ 60 DAYS | PJT |
| ALL | NOTICE TO APPEAR ISSUED | PJT |
| 01/10/23 | | |
| ALL | PRE-TRIAL FINAL HELD | PJT |
| ALL | BENCH TRIAL  SCHEDULED | PJT |
| | (LIVE   )      02/21/23  10:30A | |
| | PARTIES PRESENT VIA ZOOM; SET FOR **LIVE** IN | PJT |
| | PERSON BENCH TRIAL ON 2/21/23 10:30AM--DATE & | PJT |
| | TIME GIVEN ON THE RECORD | PJT |
| ALL | NOTICE TO APPEAR ISSUED | PJT |
| 02/01/23 | | |
| P01 | NOTICE WITNESS LIST FILED | PJT |
| 02/06/23 | | |
| P01 | ACTION TELEPHONE CALL RECEIVED | NMC |
| | ADV TO SUBMIT REQ TO JUDGE FOR ANY PARTY TO | NMC |
| | APPEAR VIA ZOOM | NMC |
| 02/07/23 | | |
| P01 | CORRESPONDEN FILED | PJT |
| | (2J*   ) | |
| | *PLAINTIFF'S REQUEST FOR WITNESS TO APPEAR VIA | PJT |
| | ZOOM | PJT |
| 02/08/23 | | |
| D01 | ACTION TELEPHONE CALL RECEIVED | PJT |
| | T/C DEF REQ MTN TO DISMISS DATE--ADV NO | PJT |
| | AVAILABLE DATES PRIOR TO BT--GAVE BT DATE AND | PJT |
| | TIME | PJT |
| D01 | MOTION FILED | PJT |
| | (**   ) | |
| | **DEF MTN TO EXCLUDE WITNESS AND DISMISS | PJT |
| D01 | NOTICE FILED | PJT |

JP MORGAN CHASE BANK N v  BERGUNDER/KATRINA/I    CASE#: 22-00061GC   PAGE:  3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| D01 | PROOF OF SERVICE FILED | PJT |
| ALL | MOTION SCHEDULED      02/21/23  10:30A | PJT |
| 02/09/23 | | |
| | PLTF REQ REVIEWED BY JUDGE MFA, PER JUDGE MFA, | PJT |
| | OK FOR WITNESS TERRICKA CLARK TO APPEAR FOR BT | PJT |
| | VIA ZOOM | PJT |

```
                02/15/23            **FILE WITH JUDGR MFA**                          PJT
                                    FILE RETD BY JUDGE MFA                           PJT
                02/17/23            NOTICE TO DISMISS FILED                          NMC
                        P01        NTC OF DISMISSAL FILED BY PLTF IS NOT             NMC
                                   SUFFICIENT AS THE DEFT FILED AN ANSWER - A        NMC
                                   STIP & ORDER TO DISMISS MUST BE FILED TO          NMC
                                   DISMISS THIS CASE                                 NMC
                                   T/C TO PLTF ATTY'S OFFICE - WAS TRANSFERRED       NMC
                                   TWICE AND DID NOT GET ANYONE ON THE PHONE THAT    NMC
                                   COULD TAKE CARE OF THIS MATTER - SPOKE TO         NMC
                                   TWO DIFFERENT RECEPTIONISTS THEREFORE I SENT      NMC
                                   AN EMAIL TO THE PERSON WHO SUBMITTED THE          NMC
                                   DISMISSAL BY EMAIL                                NMC

                02/21/23
                        ALL        BENCH TRIAL   HELD                               PJT
                        D01        ORDER TO DISMISS ENTERED                         PJT
                        D01        DISMISSAL WITH PREJUDICE ENTERED                 PJT
                                   PARTIES PRESENT (LIVE IN PERSON); DEF'S MTN      PJT
                                   TO DISMISS GRANTED; CASE DISMISSED WITH          PJT
                                   PREJUDICE                                        PJT


                        ***** END OF REGISTER OF ACTIONS ***** 05/17/23 10:03
```

Enter New Search