# Exhibit T:

Katrina Bergunder
24674 Republic Ave
Oak Park, MI 48237

May 17, 2023

Experian
PO Box 9701
Allen, TX 75013

Subject: Dispute Rejection - Request for Reconsideration

Dear Experian,

I am writing in response to your recent communication regarding the rejection of my dispute regarding the status of JPMCB CARD/ Report #0673-0083-19 on my credit report. I had previously disputed the entry, requesting that it be updated to reflect the accurate status of "dismissed with prejudice" as confirmed by the court.

I would like to reiterate that the debt in question has been legally dismissed with prejudice by the 45th District Court (13600 Oak Park Blvd, Oak Park, MI 48237), and I have enclosed a copy of the court's dismissal order and record of court as supporting documentation. The inaccurate reporting of this debt as "charged off" misrepresents the true status and negatively impacts my credit history.

I kindly request that you reconsider my dispute and make the necessary updates to accurately reflect the dismissal with prejudice on my credit report. I believe that the continued reporting of an inaccurate status is misleading and does not align with the Fair Credit Reporting Act's requirements.

I also request a description of how the reinvestigation was conducted along with the business name, address, documentation, and telephone number of the furnisher of information.

Please provide written confirmation once the necessary corrections have been made to my credit report. I trust that you will handle this matter promptly and in accordance with the applicable regulations.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Katrina Bergunder

| Original - Court file<br>1st copy - Assignment Clerk/Extra<br>2nd copy - Friend of the Court/Extra | 3rd copy - Opposing party<br>4th copy - Moving party |
|---|---|

Approved, SCAO

| STATE OF MICHIGAN<br>JUDICIAL CIRCUIT<br>45th  JUDICIAL DISTRICT<br>COUNTY | ORDER | CASE NO.<br>22-00061GC |
|---|---|---|

Court address: 13600 Oak Park Blvd, Oak Park, MI 48237   Court telephone no. (248)691-7440

| Plaintiff name(s), address(es), and telephone no(s).<br>JP Morgan Chase Bank, N.A. | v | Defendant name(s), address(es), and telephone no(s).<br>Katrina I Bergunder<br>24674 Republic Ave.<br>Oak Park, MI 48237<br>(773)853-7085 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Mandarich Law Group, LLP<br>James McArdle<br>P-82443<br>P.O. Box 109032, Chicago, IL 60610<br>(866)757-4738 | | Defendant's attorney, bar no., address, and telephone no. |

1. Motion title: ~~Motion to exclude witness and dismiss~~ Dismiss with prejudice

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable Judge Michelle Friedman Appel on 02/21/2023

☑ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is
☑ granted.
☐ granted in part, denied in part.
☐ denied.

☑ The court further orders case is dismissed with prejudice.

Date: FEB 2 1 2023

Judge: [signature] 32709 Bar

JUDGE MICHELLE FRIEDMAN APPEL

**45th District Court**
**13600 Oak Park Blvd**
**Oak Park, MI 48237**

Register of Actions

⬅ Return    Register of Action
[Enter New Search]

*Register of Action*

```
|STATE OF MICHIGAN         |               | CASE NO: 22-00061GC  GC |
|45TH JUDICIAL DISTRICT| REGISTER OF ACTIONS |                    |
```

Court Address 13600 OAK PARK BLVD             Court Telephone
              OAK PARK         MI  48237      (248) 691-7440

JUDGE OF RECORD: APPEL,MICHELLE FRIEDMAN,   P-32709

                                            Attorney
                                            P-81102
P01   PLAINTIFF            (CLSD)           MAMUT,MICHAEL THOMAS,
      JP MORGAN CHASE BANK NA//             28366 FRANKLIN RD
                                            SOUTHFIELD    MI 48034
                                            (248) 352-4340

D01   DEFENDANT            (CLSD)
      BERGUNDER/KATRINA/I
      24674 REPUBLIC AVE
      OAK PARK     MI 48237

DATE              ACTIONS, JUDGMENTS, CASE NOTES              INITIALS

01/07/22
  P01      SUMM & COMP   FILED             MAMUT,MICHAEL T P-81102   NMC
           (RETD  )                                  $9,772.36
01/10/22
           FILING FEE PAID      $75.00  RCPT # D337821               TMS
           CHECK TENDERED 302894                                     TMS
03/31/22
  P01      MOTION TO EXTEND TIME FOR SERV  FILED                     NMC
  P01      ORDER TO EXTEND TIME FOR SERV   FILED                     NMC
           (2J    )
  P01      MOTION FOR SUBSTITUTED SERVICE  FILED                     NMC
  P01      ORDER FOR SUBSTITUTED SERVICE   FILED                     NMC
           (2J    )
           MOTION FEE PAID      $20.00  RCPT # D341877               TMS
           CHECK TENDERED 50285                                      TMS
04/07/22
  D01      ORDER TO EXTEND TIME FOR SERV   ENTERED                   PJT
                            07/07/22  05:30P
  D01      ORDER FOR SUBSTITUTED SERVICE   ENTERED                   PJT
  P01      SUMM & COMP  TO USE OWN PROCESS SRVER ISSUED              PJT
04/26/22
  D01      PROOF OF SERVICE FILED                                    PJT
           (POSTED  )
04/27/22
  D01      PROOF OF SERVICE FILED                                    PJT
           (1ST/CER)
  D01      SUMM & COMP  FOR SUBSTITUTED SERVICE  SERVED              PJT
05/04/22
           DEF AT COUNTER--WILL FILE WRITTEN RESPONSE W/             PJT
           THE COURT                                                 PJT

```
05/16/22
    D01      ANSWER FILED                                              PJT
    D01      AFF DEFENSES FILED                                        PJT
JP MORGAN CHASE BANK N v BERGUNDER/KATRINA/I    CASE#: 22-00061GC  PAGE: 2
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| ALL | PRE-TRIAL SCHEDULED | PJT |
|  | 06/21/22  09:20A |  |
| ALL | NOTICE TO APPEAR ISSUED | PJT |
|  | COPY OF ANSWER ATTACHED TO NTAS | PJT |
| 05/23/22 |  |  |
|  | RETD DEFAULT JDGMT--ANSWER FILED, PT SCHEDULED | PJT |
| 06/21/22 |  |  |
| ALL | PRE-TRIAL HELD | PJT |
| ALL | PRE-TRIAL FINAL SCHEDULED | PJT |
|  | 10/25/22  09:00A |  |
|  | PARTIES PRESENT VIA ZOM; DISCOVERY IS ORDERED | PJT |
|  | & TO BE COMPLETED BY 8/19/22; CASE EVAL IS | PJT |
|  | NOT ORDERED; WITNESS LIST BY 7/22/22; DISP | PJT |
|  | MTNS BY 9/2/225; FINAL PT SHALL BE SET AFTER | PJT |
|  | CLOSE OF DISCOVERY & AFTER DISP MTN CUT OFF | PJT |
| ALL | NOTICE TO APPEAR ISSUED | PJT |
| 08/18/22 |  |  |
| D01 | EXHIBITS FILED | NMC |
| 10/19/22 |  |  |
|  | FEE WAIVER REQUEST FILED BY K. BERGUNDER | PJT |
|  | FEE WAIVER REQUEST GRANTED | PJT |
| 10/25/22 |  |  |
| ALL | PRE-TRIAL FINAL HELD | PJT |
| ALL | PRE-TRIAL FINAL SCHEDULED | PJT |
|  | 01/10/23  09:00A |  |
|  | PARTIES PRESENT VIA ZOOM; ADJ 60 DAYS | PJT |
| ALL | NOTICE TO APPEAR ISSUED | PJT |
| 01/10/23 |  |  |
| ALL | PRE-TRIAL FINAL HELD | PJT |
| ALL | BENCH TRIAL   SCHEDULED | PJT |
|  | (LIVE    )          02/21/23  10:30A |  |
|  | PARTIES PRESENT VIA ZOOM; SET FOR **LIVE** IN | PJT |
|  | PERSON BENCH TRIAL ON 2/21/23 10:30AM--DATE & | PJT |
|  | TIME GIVEN ON THE RECORD | PJT |
| ALL | NOTICE TO APPEAR ISSUED | PJT |
| 02/01/23 |  |  |
| P01 | NOTICE WITNESS LIST FILED | PJT |
| 02/06/23 |  |  |
| P01 | ACTION TELEPHONE CALL RECEIVED | NMC |
|  | ADV TO SUBMIT REQ TO JUDGE FOR ANY PARTY TO | NMC |
|  | APPEAR VIA ZOOM | NMC |
| 02/07/23 |  |  |
| P01 | CORRESPONDEN FILED | PJT |
|  | (2J*    ) |  |
|  | *PLAINTIFF'S REQUEST FOR WITNESS TO APPEAR VIA | PJT |
|  | ZOOM | PJT |
| 02/08/23 |  |  |
| D01 | ACTION TELEPHONE CALL RECEIVED | PJT |
|  | T/C DEF REQ MTN TO DISMISS DATE--ADV NO | PJT |
|  | AVAILABLE DATES PRIOR TO BT--GAVE BT DATE AND | PJT |
|  | TIME | PJT |
| D01 | MOTION FILED | PJT |
|  | (**    ) |  |
|  | **DEF MTN TO EXCLUDE WITNESS AND DISMISS | PJT |
| D01 | NOTICE FILED | PJT |

```
JP MORGAN CHASE BANK N v BERGUNDER/KATRINA/I    CASE#: 22-00061GC  PAGE: 3
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| D01 | PROOF OF SERVICE FILED | PJT |
| ALL | MOTION SCHEDULED       02/21/23  10:30A | PJT |
| 02/09/23 |  |  |
|  | PLTF REQ REVIEWED BY JUDGE MFA, PER JUDGE MFA, | PJT |
|  | OK FOR WITNESS TERRICKA CLARK TO APPEAR FOR BT | PJT |
|  | VIA ZOOM | PJT |

| Date | Code | Description | Init |
|---|---|---|---|
| 02/15/23 | | **FILE WITH JUDGR MFA** | PJT |
| | | FILE RETD BY JUDGE MFA | PJT |
| 02/17/23 | | | |
| | P01 | NOTICE TO DISMISS FILED | NMC |
| | | NTC OF DISMISSAL FILED BY PLTF IS NOT | NMC |
| | | SUFFICIENT AS THE DEFT FILED AN ANSWER – A | NMC |
| | | STIP & ORDER TO DISMISS MUST BE FILED TO | NMC |
| | | DISMISS THIS CASE | NMC |
| | | T/C TO PLTF ATTY'S OFFICE – WAS TRANSFERRED | NMC |
| | | TWICE AND DID NOT GET ANYONE ON THE PHONE THAT | NMC |
| | | COULD TAKE CARE OF THIS MATTER – SPOKE TO | NMC |
| | | TWO DIFFERENT RECEPTIONISTS THEREFORE I SENT | NMC |
| | | AN EMAIL TO THE PERSON WHO SUBMITTED THE | NMC |
| | | DISMISSAL BY EMAIL | NMC |
| 02/21/23 | | | |
| | ALL | BENCH TRIAL  HELD | PJT |
| | D01 | ORDER TO DISMISS ENTERED | PJT |
| | D01 | DISMISSAL WITH PREJUDICE ENTERED | PJT |
| | | PARTIES PRESENT (LIVE IN PERSON); DEF'S MTN | PJT |
| | | TO DISMISS GRANTED; CASE DISMISSED WITH | PJT |
| | | PREJUDICE | PJT |

***** END OF REGISTER OF ACTIONS *****  05/17/23 10:03

Enter New Search