# Exhibit U:

Katrina Bergunder
24674 Republic Ave
Oak Park, MI 48237

June 5, 2023

Equifax Disclosure Department
P.O. Box 740241
Atlanta, GA 30374

Subject: Dispute Rejection - Request for Reconsideration

Dear Equifax,

I am writing in response to your recent communication regarding the rejection of my dispute regarding the status of JPMCB CARD/ Confirmation # 3124626699 on my credit report. I had previously disputed the entry, requesting that it be updated to reflect the accurate status of "dismissed with prejudice" as confirmed by the court.

I would like to reiterate that the debt in question has been legally dismissed with prejudice by the 45th District Court (13600 Oak Park Blvd, Oak Park, MI 48237), and I have enclosed a copy of the court's dismissal order and record of court as supporting documentation. The inaccurate reporting of this debt as "charged off" misrepresents the true status and negatively impacts my credit history.

I kindly request that you reconsider my dispute and make the necessary updates to accurately reflect the dismissal with prejudice on my credit report. I believe that the continued reporting of an inaccurate status is misleading and does not align with the Fair Credit Reporting Act's requirements.

I also request a description of how the reinvestigation was conducted along with the business name, address, documentation, and telephone number of the furnisher of information.

Please provide written confirmation once the necessary corrections have been made to my credit report. I trust that you will handle this matter promptly and in accordance with the applicable regulations.

Thank you for your attention to this matter.

Sincerely,
*[signature]*
Katrina Bergunder

| | Original - Court file | 3rd copy - Opposing party |
| --- | --- | --- |
| | 1st copy - Assignment Clerk/Extra | 4th copy - Moving party |
| | 2nd copy - Friend of the Court/Extra | |

Approved, SCAO

| STATE OF MICHIGAN | | CASE NO. |
| --- | --- | --- |
| JUDICIAL CIRCUIT | ORDER | 22-00061GC |
| 45th JUDICIAL DISTRICT | | |
| COUNTY | | |

Court telephone no.

Court address: 13600 Oak Park Blvd, Oak Park, MI 48237   (248)691-7440

Plaintiff name(s), address(es), and telephone no(s).
JP Morgan Chase Bank, N.A.

v

Defendant name(s), address(es), and telephone no(s).
Katrina I Bergunder
24674 Republic Ave.
Oak Park, MI 48237
(773)853-7085

Plaintiff's attorney, bar no., address, and telephone no.
Mandarich Law Group, LLP
James McArdle
P-82443
P.O. Box 109032, Chicago, IL 60610
(866)757-4738

Defendant's attorney, bar no., address, and telephone no.

1. Motion title: ~~Motion to exclude witness and dismiss~~ Dismiss with prejudice

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable Judge Michelle Friedman Appel on 02/21/2023

☒ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is
☒ granted.
☐ granted in part, denied in part.
☐ denied.

☒ The court further orders case is dismissed with prejudice.

Date: FEB 2 1 2023

Judge: JUDGE MICHELLE FRIEDMAN APPEL

Bar no. 32709

**45th District Court**
**13600 Oak Park Blvd**
**Oak Park, MI 48237**

Register of Actions

Return  Register of Action

*Register of Action*

```
|STATE OF MICHIGAN       |                       |  CASE NO: 22-00061GC  GC |
|45TH JUDICIAL DISTRICT|  REGISTER OF ACTIONS    |                          |
```

Court Address 13600 OAK PARK BLVD                          Court Telephone
              OAK PARK          MI  48237                   (248) 691-7440

JUDGE OF RECORD: APPEL,MICHELLE FRIEDMAN,     P-32709

                                                 Attorney
P01  PLAINTIFF                   (CLSD)          P-81102
     JP MORGAN CHASE BANK NA//                   MAMUT,MICHAEL THOMAS,
                                                 28366 FRANKLIN RD
                                                 SOUTHFIELD      MI 48034
                                                 (248) 352-4340

D01  DEFENDANT                   (CLSD)
     BERGUNDER/KATRINA/I
     24674 REPUBLIC AVE
     OAK PARK       MI 48237

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| 01/07/22 | | |
| P01 | SUMM & COMP  FILED         MAMUT,MICHAEL T P-81102 | NMC |
|  | (RETD  )                              $9,772.36 | |
| 01/10/22 | | |
|  | FILING FEE PAID    $75.00  RCPT # D337821 | TMS |
|  | CHECK TENDERED 302894 | TMS |
| 03/31/22 | | |
| P01 | MOTION TO EXTEND TIME FOR SERV  FILED | NMC |
| P01 | ORDER TO EXTEND TIME FOR SERV  FILED | NMC |
|  | (2J  ) | |
| P01 | MOTION FOR SUBSTITUTED SERVICE  FILED | NMC |
| P01 | ORDER FOR SUBSTITUTED SERVICE  FILED | NMC |
|  | (2J  ) | |
|  | MOTION FEE PAID    $20.00  RCPT # D341877 | TMS |
|  | CHECK TENDERED 50285 | TMS |
| 04/07/22 | | |
| D01 | ORDER TO EXTEND TIME FOR SERV  ENTERED | PJT |
|  | 07/07/22   05:30P | |
| D01 | ORDER FOR SUBSTITUTED SERVICE  ENTERED | PJT |
| P01 | SUMM & COMP  TO USE OWN PROCESS SRVER ISSUED | PJT |
| 04/26/22 | | |
| D01 | PROOF OF SERVICE FILED | PJT |
|  | (POSTED ) | |
| 04/27/22 | | |
| D01 | PROOF OF SERVICE FILED | PJT |
|  | (1ST/CER) | |
| D01 | SUMM & COMP  FOR SUBSTITUTED SERVICE  SERVED | PJT |
| 05/04/22 | | |
|  | DEF AT COUNTER--WILL FILE WRITTEN RESPONSE W/ | PJT |
|  | THE COURT | PJT |

| Date | | | |
|---|---|---|---|
| 05/16/22 | | | |
| | D01 | ANSWER FILED | PJT |
| | D01 | AFF DEFENSES FILED | PJT |

JP MORGAN CHASE BANK N v BERGUNDER/KATRINA/I   CASE#: 22-00061GC  PAGE: 2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| | ALL   PRE-TRIAL SCHEDULED | PJT |
| | 06/21/22  09:20A | |
| | ALL   NOTICE TO APPEAR ISSUED | PJT |
| | COPY OF ANSWER ATTACHED TO NTAS | PJT |
| 05/23/22 | | |
| | RETD DEFAULT JDGMT--ANSWER FILED, PT SCHEDULED | PJT |
| 06/21/22 | | |
| | ALL   PRE-TRIAL HELD | PJT |
| | ALL   PRE-TRIAL FINAL SCHEDULED | PJT |
| | 10/25/22  09:00A | |
| | PARTIES PRESENT VIA ZOM; DISCOVERY IS ORDERED | PJT |
| | & TO BE COMPLETED BY 8/19/22; CASE EVAL IS | PJT |
| | NOT ORDERED; WITNESS LIST BY 7/22/22; DISP | PJT |
| | MTNS BY 9/2/225; FINAL PT SHALL BE SET AFTER | PJT |
| | CLOSE OF DISCOVERY & AFTER DISP MTN CUT OFF | PJT |
| | ALL   NOTICE TO APPEAR ISSUED | PJT |
| 08/18/22 | | |
| | D01   EXHIBITS FILED | NMC |
| 10/19/22 | | |
| | FEE WAIVER REQUEST FILED BY K. BERGUNDER | PJT |
| | FEE WAIVER REQUEST GRANTED | PJT |
| 10/25/22 | | |
| | ALL   PRE-TRIAL FINAL HELD | PJT |
| | ALL   PRE-TRIAL FINAL SCHEDULED | PJT |
| | 01/10/23  09:00A | |
| | PARTIES PRESENT VIA ZOOM; ADJ 60 DAYS | PJT |
| | ALL   NOTICE TO APPEAR ISSUED | PJT |
| 01/10/23 | | |
| | ALL   PRE-TRIAL FINAL HELD | PJT |
| | ALL   BENCH TRIAL  SCHEDULED | PJT |
| | (LIVE  )      02/21/23  10:30A | |
| | PARTIES PRESENT VIA ZOOM; SET FOR **LIVE** IN | PJT |
| | PERSON BENCH TRIAL ON 2/21/23 10:30AM--DATE & | PJT |
| | TIME GIVEN ON THE RECORD | PJT |
| | ALL   NOTICE TO APPEAR ISSUED | PJT |
| 02/01/23 | | |
| | P01   NOTICE WITNESS LIST FILED | PJT |
| 02/06/23 | | |
| | P01   ACTION TELEPHONE CALL RECEIVED | NMC |
| | ADV TO SUBMIT REQ TO JUDGE FOR ANY PARTY TO | NMC |
| | APPEAR VIA ZOOM | NMC |
| 02/07/23 | | |
| | P01   CORRESPONDEN FILED | PJT |
| | (2J*  ) | |
| | *PLAINTIFF'S REQUEST FOR WITNESS TO APPEAR VIA | PJT |
| | ZOOM | PJT |
| 02/08/23 | | |
| | D01   ACTION TELEPHONE CALL RECEIVED | PJT |
| | T/C DEF REQ MTN TO DISMISS DATE--ADV NO | PJT |
| | AVAILABLE DATES PRIOR TO BT--GAVE BT DATE AND | PJT |
| | TIME | PJT |
| | D01   MOTION FILED | PJT |
| | (**   ) | |
| | **DEF MTN TO EXCLUDE WITNESS AND DISMISS | PJT |
| | D01   NOTICE FILED | PJT |

JP MORGAN CHASE BANK N v BERGUNDER/KATRINA/I   CASE#: 22-00061GC  PAGE: 3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| | D01   PROOF OF SERVICE FILED | PJT |
| | ALL   MOTION SCHEDULED    02/21/23  10:30A | PJT |
| 02/09/23 | | |
| | PLTF REQ REVIEWED BY JUDGE MFA, PER JUDGE MFA, | PJT |
| | OK FOR WITNESS TERRICKA CLARK TO APPEAR FOR BT | PJT |
| | VIA ZOOM | PJT |

```
02/15/23
            **FILE WITH JUDGR MFA**                          PJT
            FILE RETD BY JUDGE MFA                           PJT
02/17/23
   P01      NOTICE TO DISMISS FILED                          NMC
            NTC OF DISMISSAL FILED BY PLTF IS NOT            NMC
            SUFFICIENT AS THE DEFT FILED AN ANSWER - A       NMC
            STIP & ORDER TO DISMISS MUST BE FILED TO         NMC
            DISMISS THIS CASE                                NMC
            T/C TO PLTF ATTY'S OFFICE - WAS TRANSFERRED      NMC
            TWICE AND DID NOT GET ANYONE ON THE PHONE THAT   NMC
            COULD TAKE CARE OF THIS MATTER - SPOKE TO        NMC
            TWO DIFFERENT RECEPTIONISTS THEREFORE I SENT     NMC
            AN EMAIL TO THE PERSON WHO SUBMITTED THE         NMC
            DISMISSAL BY EMAIL                               NMC
02/21/23
   ALL      BENCH TRIAL  HELD                                PJT
   D01      ORDER TO DISMISS ENTERED                         PJT
   D01      DISMISSAL WITH PREJUDICE ENTERED                 PJT
            PARTIES PRESENT (LIVE IN PERSON); DEF'S MTN      PJT
            TO DISMISS GRANTED; CASE DISMISSED WITH          PJT
            PREJUDICE                                        PJT

          ***** END OF REGISTER OF ACTIONS ***** 05/17/23 10:03
```

[Enter New Search]