# Exhibit V:

Katrina Bergunder
24674 Republic Ave
Oak Park, MI 48237

June 5, 2023

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016.

Subject: Dispute Rejection - Request for Reconsideration

Dear TransUnion,

I am writing in response to your recent communication regarding the rejection of my dispute regarding the status of JPMCB CARD on my credit report. I had previously disputed the entry, requesting that it be updated to reflect the accurate status of "dismissed with prejudice" as confirmed by the court.

I would like to reiterate that the debt in question has been legally dismissed with prejudice by the 45th District Court (13600 Oak Park Blvd, Oak Park, MI 48237), and I have enclosed a copy of the court's dismissal order and record of court as supporting documentation. The inaccurate reporting of this debt as "charged off" misrepresents the true status and negatively impacts my credit history.

I kindly request that you reconsider my dispute and make the necessary updates to accurately reflect the dismissal with prejudice on my credit report. I believe that the continued reporting of an inaccurate status is misleading and does not align with the Fair Credit Reporting Act's requirements.

I also request a description of how the reinvestigation was conducted along with the business name, address, documentation, and telephone number of the furnisher of information.

Please provide written confirmation once the necessary corrections have been made to my credit report. I trust that you will handle this matter promptly and in accordance with the applicable regulations.

Thank you for your attention to this matter.

Sincerely,

*[signature]*
Katrina Bergunder

| | Original - Court file<br>1st copy - Assignment Clerk/Extra<br>2nd copy - Friend of the Court/Extra | 3rd copy - Opposing party<br>4th copy - Moving party |
|---|---|---|

Approved, SCAO

| STATE OF MICHIGAN<br>45th JUDICIAL CIRCUIT<br>JUDICIAL DISTRICT<br>COUNTY | ORDER | CASE NO.<br>22-00061GC |
|---|---|---|

Court address: 13600 Oak Park Blvd, Oak Park, MI 48237

Court telephone no.: (248)691-7440

Plaintiff name(s), address(es), and telephone no(s).
JP Morgan Chase Bank, N.A.

v

Defendant name(s), address(es), and telephone no(s).
Katrina I Bergunder
24674 Republic Ave.
Oak Park, MI 48237
(773)853-7085

Plaintiff's attorney, bar no., address, and telephone no.
Mandarich Law Group, LLP
James McArdle
P-82443
P.O. Box 109032, Chicago, IL 60610
(866)757-4738

Defendant's attorney, bar no., address, and telephone no.

1. Motion title: ~~Motion to exclude witness and dismiss~~ Dismiss with prejudice

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable Judge Michelle Friedman Appel on 02/21/2023

☑ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is
☑ granted.
☐ granted in part, denied in part.
☐ denied.

☑ The court further orders case is dismissed with prejudice.

Date: FEB 21 2023

Judge: Michelle Appel, 32709

JUDGE MICHELLE FRIEDMAN APPEL

**45th District Court**
**13600 Oak Park Blvd**
**Oak Park, MI 48237**

*Register of Actions*

⬅ Return

Register of Action

[Enter New Search]

*Register of Action*

```
|STATE OF MICHIGAN        |                         |   CASE NO: 22-00061GC  GC |
|45TH JUDICIAL DISTRICT|   REGISTER OF ACTIONS      |                           |
```

Court Address  13600 OAK PARK BLVD                               Court Telephone
               OAK PARK              MI  48237                    (248) 691-7440

                    JUDGE OF RECORD: APPEL,MICHELLE FRIEDMAN,       P-32709

                                                     Attorney
P01   PLAINTIFF                    (CLSD)            P-81102
      JP MORGAN CHASE BANK NA//                      MAMUT,MICHAEL THOMAS,
                                                     28366 FRANKLIN RD
                                                     SOUTHFIELD      MI 48034
                                                     (248) 352-4340

D01   DEFENDANT                    (CLSD)
      BERGUNDER/KATRINA/I
      24674 REPUBLIC AVE
      OAK PARK         MI 48237

      DATE                ACTIONS, JUDGMENTS, CASE NOTES              INITIALS

      01/07/22
        P01       SUMM & COMP    FILED              MAMUT,MICHAEL T P-81102 NMC
                  (RETD   )                                  $9,772.36
      01/10/22
                  FILING FEE PAID      $75.00  RCPT # D337821              TMS
                  CHECK TENDERED 302894                                    TMS
      03/31/22
        P01       MOTION TO EXTEND TIME FOR SERV  FILED                    NMC
        P01       ORDER TO EXTEND TIME FOR SERV   FILED                    NMC
                  (2J    )
        P01       MOTION FOR SUBSTITUTED SERVICE  FILED                    NMC
        P01       ORDER FOR SUBSTITUTED SERVICE   FILED                    NMC
                  (2J    )
                  MOTION FEE PAID      $20.00  RCPT # D341877              TMS
                  CHECK TENDERED 50285                                     TMS
      04/07/22
        D01       ORDER TO EXTEND TIME FOR SERV  ENTERED                   PJT
                                 07/07/22  05:30P
        D01       ORDER FOR SUBSTITUTED SERVICE  ENTERED                   PJT
        P01       SUMM & COMP  TO USE OWN PROCESS SRVER ISSUED             PJT
      04/26/22
        D01       PROOF OF SERVICE FILED                                   PJT
                  (POSTED )
      04/27/22
        D01       PROOF OF SERVICE FILED                                   PJT
                  (1ST/CER)
        D01       SUMM & COMP  FOR SUBSTITUTED SERVICE  SERVED             PJT
      05/04/22
                  DEF AT COUNTER--WILL FILE WRITTEN RESPONSE W/            PJT
                  THE COURT                                                PJT

```
05/16/22
   D01      ANSWER FILED                                              PJT
   D01      AFF DEFENSES FILED                                        PJT
JP MORGAN CHASE BANK N v  BERGUNDER/KATRINA/I    CASE#: 22-00061GC  PAGE:  2
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| | ALL    PRE-TRIAL SCHEDULED | PJT |
| | 06/21/22  09:20A | |
| | ALL    NOTICE TO APPEAR ISSUED | PJT |
| | COPY OF ANSWER ATTACHED TO NTAS | PJT |
| 05/23/22 | | |
| | RETD DEFAULT JDGMT--ANSWER FILED, PT SCHEDULED | PJT |
| 06/21/22 | | |
| | ALL    PRE-TRIAL HELD | PJT |
| | ALL    PRE-TRIAL FINAL SCHEDULED | PJT |
| | 10/25/22  09:00A | |
| | PARTIES PRESENT VIA ZOM; DISCOVERY IS ORDERED | PJT |
| | & TO BE COMPLETED BY 8/19/22; CASE EVAL IS | PJT |
| | NOT ORDERED; WITNESS LIST BY 7/22/22; DISP | PJT |
| | MTNS BY 9/2/225; FINAL PT SHALL BE SET AFTER | PJT |
| | CLOSE OF DISCOVERY & AFTER DISP MTN CUT OFF | PJT |
| | ALL    NOTICE TO APPEAR ISSUED | PJT |
| 08/18/22 | | |
| | D01    EXHIBITS FILED | NMC |
| 10/19/22 | | |
| | FEE WAIVER REQUEST FILED BY K. BERGUNDER | PJT |
| | FEE WAIVER REQUEST GRANTED | PJT |
| 10/25/22 | | |
| | ALL    PRE-TRIAL FINAL HELD | PJT |
| | ALL    PRE-TRIAL FINAL SCHEDULED | PJT |
| | 01/10/23  09:00A | |
| | PARTIES PRESENT VIA ZOOM; ADJ 60 DAYS | PJT |
| | ALL    NOTICE TO APPEAR ISSUED | PJT |
| 01/10/23 | | |
| | ALL    PRE-TRIAL FINAL HELD | PJT |
| | ALL    BENCH TRIAL  SCHEDULED | PJT |
| | (LIVE  )              02/21/23  10:30A | |
| | PARTIES PRESENT VIA ZOOM; SET FOR **LIVE** IN | PJT |
| | PERSON BENCH TRIAL ON 2/21/23 10:30AM--DATE & | PJT |
| | TIME GIVEN ON THE RECORD | PJT |
| | ALL    NOTICE TO APPEAR ISSUED | PJT |
| 02/01/23 | | |
| | P01    NOTICE WITNESS LIST FILED | PJT |
| 02/06/23 | | |
| | P01    ACTION TELEPHONE CALL RECEIVED | NMC |
| | ADV TO SUBMIT REQ TO JUDGE FOR ANY PARTY TO | NMC |
| | APPEAR VIA ZOOM | NMC |
| 02/07/23 | | |
| | P01    CORRESPONDEN FILED | PJT |
| | (2J*   ) | |
| | *PLAINTIFF'S REQUEST FOR WITNESS TO APPEAR VIA | PJT |
| | ZOOM | PJT |
| 02/08/23 | | |
| | D01    ACTION TELEPHONE CALL RECEIVED | PJT |
| | T/C DEF REQ MTN TO DISMISS DATE--ADV NO | PJT |
| | AVAILABLE DATES PRIOR TO BT--GAVE BT DATE AND | PJT |
| | TIME | PJT |
| | D01    MOTION FILED | PJT |
| | (**   ) | |
| | **DEF MTN TO EXCLUDE WITNESS AND DISMISS | PJT |
| | D01    NOTICE FILED | PJT |

```
JP MORGAN CHASE BANK N v  BERGUNDER/KATRINA/I    CASE#: 22-00061GC  PAGE:  3
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| | D01    PROOF OF SERVICE FILED | PJT |
| | ALL    MOTION SCHEDULED    02/21/23  10:30A | PJT |
| 02/09/23 | | |
| | PLTF REQ REVIEWED BY JUDGE MFA, PER JUDGE MFA, | PJT |
| | OK FOR WITNESS TERRICKA CLARK TO APPEAR FOR BT | PJT |
| | VIA ZOOM | PJT |

```
     02/15/23
                **FILE WITH JUDGR MFA**                         PJT
                FILE RETD BY JUDGE MFA                          PJT
     02/17/23
        P01     NOTICE TO DISMISS FILED                         NMC
                NTC OF DISMISSAL FILED BY PLTF IS NOT           NMC
                SUFFICIENT AS THE DEFT FILED AN ANSWER - A      NMC
                STIP & ORDER TO DISMISS MUST BE FILED TO        NMC
                DISMISS THIS CASE                               NMC
                T/C TO PLTF ATTY'S OFFICE - WAS TRANSFERRED     NMC
                TWICE AND DID NOT GET ANYONE ON THE PHONE THAT  NMC
                COULD TAKE CARE OF THIS MATTER - SPOKE TO       NMC
                TWO DIFFERENT RECEPTIONISTS THEREFORE I SENT    NMC
                AN EMAIL TO THE PERSON WHO SUBMITTED THE        NMC
                DISMISSAL BY EMAIL                              NMC
     02/21/23
        ALL     BENCH TRIAL  HELD                               PJT
        D01     ORDER TO DISMISS ENTERED                        PJT
        D01     DISMISSAL WITH PREJUDICE ENTERED                PJT
                PARTIES PRESENT (LIVE IN PERSON); DEF'S MTN     PJT
                TO DISMISS GRANTED; CASE DISMISSED WITH         PJT
                PREJUDICE                                       PJT

                ***** END OF REGISTER OF ACTIONS ***** 05/17/23 10:03
```

Enter New Search