# Exhibit W:

Katrina Bergunder
24674 Republic Ave
Oak Park, MI 48237

June 5, 2023

JP Morgan Chase
Attn: Customer Service
PO BOX 15369
WILMINGTON, DE 19850

Subject: Request to Correct Credit Report Information

Dear Sir/Madam,

I am writing in response to your recent correspondence regarding my request to update the reporting status of the debt associated with my account. I appreciate your prompt attention to my concern, but I must assert that the current reporting status of "charged off" is still inaccurate and must be corrected.

As I previously indicated, the debt in question has been legally dismissed with prejudice 45th District Court located at 13600 Oak Park Blvd, Oak Park MI, as confirmed by the court's dismissal order, which I have provided as supporting documentation. The dismissal with prejudice invalidates any claims associated with the debt and mandates an accurate reporting of its dismissal status.

It is crucial for accurate and fair reporting that the credit reporting information reflects the true legal status of the debt. Labeling it as "charged off" misrepresents the outcome of the court proceedings and can lead to confusion and potential negative consequences for my creditworthiness.

I kindly request that you review the documentation provided once again and make the necessary corrections to accurately reflect the dismissal with prejudice on my credit report. It is imperative that the reporting of this debt aligns with the legal ruling and provides an accurate representation of my credit history.

I trust that Chase Card Services will rectify this matter promptly and ensure that my credit report reflects the true status of the debt. Failure to address this issue appropriately may leave me with no choice but to pursue further action to protect my rights under the Fair Credit Reporting Act.

Thank you for your immediate attention to this matter. I look forward to receiving confirmation of the corrected reporting status in due course.

Sincerely,

*Katrina Bergunder*
Katrina Bergunder

| Original - Court file<br>1st copy - Assignment Clerk/Extra<br>2nd copy- Friend of the Court/Extra | 3rd copy - Opposing party<br>4th copy - Moving party |

Approved, SCAO

| STATE OF MICHIGAN<br>45th JUDICIAL CIRCUIT<br>JUDICIAL DISTRICT<br>COUNTY | ORDER | CASE NO.<br>22-00061GC |

Court address: 13600 Oak Park Blvd, Oak Park, MI 48237    Court telephone no. (248)691-7440

Plaintiff name(s), address(es), and telephone no(s).
JP Morgan Chase Bank, N.A.

v

Defendant name(s), address(es), and telephone no(s).
Katrina I Bergunder
24674 Republic Ave.
Oak Park, MI 48237
(773)853-7085

Plaintiff's attorney, bar no., address, and telephone no.
Mandarich Law Group, LLP
James McArdle
P-82443
P.O. Box 109032, Chicago, IL 60610
(866)757-4738

Defendant's attorney, bar no., address, and telephone no.

1. Motion title: ~~Motion to exclude witness and dismiss~~ **Dismiss with prejudice**

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable Judge Michelle Friedman Appel on 02/21/2023

☑ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is
☑ granted.
☐ granted in part, denied in part.
☐ denied.

☒ The court further orders **Case is dismissed with prejudice**

Date: FEB 2 1 2023

Judge: [signature] JUDGE MICHELLE FRIEDMAN APPEL    Bar no. 32709