# Exhibit X:



