# Exhibit Y:

```
            UNITED STATES
            POSTAL SERVICE.

              UNION LAKE
         7650 COOLEY LAKE RD
        UNION LAKE, MI 48387-9998
             (800)275-8777
                                      11:01 AM
06/06/2023
                              Unit       Price
Product              Qty      Price
                                         $1.26
First-Class Mail®      1
Large Envelope
   Wilmington, DE 19850
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
       Fri 06/09/2023
   Certified Mail®                       $4.15
       Tracking #:
       70223330000122444249
Total                                    $5.41

First-Class Mail®      1                 $1.50
Large Envelope
   Atlanta, GA 30374
   Weight: 0 lb 1.30 oz
   Estimated Delivery Date
       Fri 06/09/2023
   Certified Mail®                       $4.15
       Tracking #:
       70223330000122444256
Total                                    $5.65

First-Class Mail®      1                 $1.50
Large Envelope
   Chester, PA 19016
   Weight: 0 lb 1.30 oz
   Estimated Delivery Date
       Fri 06/09/2023
   Certified Mail®                       $4.15
       Tracking #:
       70223330000122444263
Total                                    $5.65

Grand Total:                            $16.71

                                        $16.71
Credit Card Remit
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX5843
   Approval #: 010103
   Transaction #: 410
   AID: A0000000042203          Chip
   AL: US Debit
   PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
      https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
         Thank you for your business.

         Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.
```



```
         or call 1-800-410-7420.

UFN: 259486-0387
Receipt #: 840-54800127-3-7896238-2
Clerk: 12
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Wilmington, DE 19850

Certified Mail Fee  $4.15                    0387  12
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $
Postage     $1.26                            06/06/2023
Total Postage and Fees
            $5.41
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30374

Certified Mail Fee  $4.15                    0387  12
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $
Postage     $1.50                            06/06/2023
Total Postage and Fees
            $5.65
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Chester, PA 19016

Certified Mail Fee  $4.15                    0387  12
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $
Postage     $1.50                            06/06/2023
Total Postage and Fees
            $5.65
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions