# Exhibit Z:

Case 2:23-cv-12886-SFC-EAS   ECF No. 34-27, PageID.935   Filed 09/02/24   Page 2 of 7

PO Box 9701
Allen, TX 75013



0005809   01 MB 0.531  **AUTO  T7 0 7134 48237-186774  -C01-P05814-I
KATRINA BERGUNDER
24674 REPUBLIC AVE
OAK PARK MI  48237-1867



# experian.

## Your Dispute Results
Report # **1890-4786-29** for **Jun 07, 2023**



# Hi, Katrina. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report.  **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.  **Updated** (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details.  **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.  **Processed** - This item was either updated or deleted; Please review your report for the details.

### Here are your results

Credit items
**JPMCB CARD** 464018205119.... Outcome: **Updated** - The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

Case 2:23-cv-12886-SFC-EAS  ECF No. 34-27, PageID.936  Filed 09/02/24  Page 3 of 7

## Dispute Results (Continued)

### Before Dispute

**JPMCB CARD** Partial Acct # 464018205119....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

| | | |
|---|---|---|
| **Date opened** Feb 2009 | **Terms** Not reported | **Recent balance** $9,772 as of May 2023 |
| **Address ID #** 0109768569 | **Monthly payment** Not reported | This account is scheduled to continue on record until Sep 2027. |
| **Type** Credit Card | **Credit limit or original amount** $8,000 | **Comment: Account closed at credit grantor's request.** |
| **Responsibility** Individual | **High balance** $9,772 | This item was updated from our processing of your dispute in May 2023. |

Status (Jul 2021) Account charged off. $9,772 written off. $9,772 past due as of May 2023.

Payment history: Jun 2016 - May 2023




| | Jun21 | May21 |
|---|---|---|
| Account Balance | $9,772 | $9,614 |
| Date Payment Received | 11.17.20 | 11.17.20 |
| Scheduled Payment Amount | $256 | $283 |
| Actual Amount Paid | No Data | No Data |

Between May 2021 and Jun 2021, your credit limit/high balance was $8,000

### After Dispute

**JPMCB CARD** Partial Acct # 464018205119....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

| | | |
|---|---|---|
| **Date opened** Feb 2009 | **Terms** Not reported | **Recent balance** $9,772 as of Jun 2023 |
| **Address ID #** 0109768569 | **Monthly payment** Not reported | This account is scheduled to continue on record until Sep 2027. |
| **Original creditor** L | **Credit limit or original amount** $8,000 | **Comment: Account closed at credit grantor's request.** |
| **Type** Credit Card | **High balance** $9,772 | This item was updated from our processing of your dispute in Jun 2023. |
| **Responsibility** Individual | | |

Status (Jul 2021) Account charged off. $9,772 written off. $9,772 past due as of Jun 2023.

Payment history: Jul 2016 - Jun 2023



| | Jun21 |
|---|---|
| Account Balance | $9,772 |
| Date Payment Received | 11.17.20 |
| Scheduled Payment Amount | $256 |
| Actual Amount Paid | No Data |

As of Jun 2021 your credit limit/high balance was $8,000

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit

**Dispute Results** (Continued)

experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | |
|---|---|---|---|
| **OK** Current / Terms met | **150** Past due 150 Days | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Past due 30 Days | **180** Past due 180 Days | **R** Repossession | **C** Collection |
| **60** Past due 60 Days | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Past due 90 Days | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| **120** Past due 120 Days | **F** Foreclosure | **G** Claim filed with government | **ND** No data for this period |

## ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**JPMCB CARD** Partial Acct # 464018205119....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Jul 2021)** Account charged off. $9,772 written off. $9,772 past due as of Jun 2023.

| Date opened | Terms | Recent balance | |
|---|---|---|---|
| Feb 2009 | Not reported | $9,772 as of Jun 2023 | |
| Address ID # | Monthly payment | This account is scheduled to continue on record until Sep 2027. | |
| 0109768569 | Not reported | | |
| Original creditor | Credit limit or original amount | Comment: Account closed at credit grantor's request. | |
| L | $8,000 | | |
| Type | High balance | This item was updated from our processing of your dispute in Jun 2023. | |
| Credit Card | $9,772 | | |
| Responsibility | | | |
| Individual | | | |

Payment history: Jul 2016 - Jun 2023

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO |
| 2020 | 2020 In Good Standing | | | | | | | | | | | |
| 2019 | 2019 In Good Standing | | | | | | | | | | | |
| 2018 | 2018 In Good Standing | | | | | | | | | | | |
| 2017 | 2017 In Good Standing | | | | | | | | | | | |
| 2016 | | | | | | | OK | OK | OK | OK | OK | OK |

| | Jun21 |
|---|---|
| Account Balance | $9,772 |
| Date Payment Received | 11.17.20 |
| Scheduled Payment Amount | $256 |
| Actual Amount Paid | No Data |

As of Jun 2021 your credit limit/high balance was $8,000

## 👍 Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✓ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

## Dispute Results (Continued)

### Your Positive Account Activity (Continued)

**BANK OF AMERICA** Partial Acct # 552433528257....
PO BOX 982238 EL PASO TX 79998; (800) 421 2110

**Status (May 2023)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Oct 2017 | 0109768569 | $1,800 | $1,323 as of May 2023 | Individual |
| Terms | Monthly payment | High balance | | | |
| Not reported | $35 | $2,375 | | | |



| | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,336 | $1,347 | $1,362 | $1,375 | $1,387 | $1,400 | $1,414 | $1,427 | $1,441 | $1,453 | $1,467 | $1,480 | $1,495 | $1,507 |
| Date Payment Received | 04.13.23 | 03.13.23 | 02.13.23 | 01.13.23 | 12.13.22 | 11.14.22 | 10.13.22 | 09.13.22 | 08.13.22 | 07.13.22 | 06.13.22 | 05.13.22 | 04.13.22 | 03.14.22 |
| Scheduled Payment Amount | $36 | $34 | $37 | $37 | $36 | $36 | $36 | $36 | $36 | $35 | $35 | $34 | $35 | $33 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,524 | $1,539 | $1,554 | $1,570 | $1,585 | $1,601 | $1,617 | $1,631 | $1,648 |
| Date Payment Received | 02.14.22 | 01.13.22 | 12.13.21 | 11.13.21 | 10.13.21 | 09.13.21 | 08.13.21 | 07.13.21 | 06.14.21 |
| Scheduled Payment Amount | $36 | $36 | $36 | $37 | $36 | $37 | $38 | $37 | $38 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Between Jun 2021 and Apr 2023, your credit limit/high balance was $1,800

**CAPITAL ONE** Partial Acct # 414709885249....
PO BOX 31293 SALT LAKE CITY UT 84131; (800) 955 7070

**Status (May 2023)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit Card | Aug 2015 | 0109768569 | $10,000 | $7,760 as of May 2023 | Individual |
| Terms | Monthly payment | High balance | | | |
| Not reported | $255 | $10,930 | | | |

| | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $7,834 | $7,917 | $7,981 | $8,080 | $8,154 | $8,241 | $8,330 | $8,399 | $8,490 | $8,577 | $8,661 | $8,757 | $8,846 | $8,939 |
| Date Payment Received | 04.18.23 | 03.18.23 | 02.17.23 | 01.18.23 | 12.17.22 | 11.18.22 | 10.18.22 | 09.19.22 | 08.18.22 | 07.18.22 | 06.18.22 | 05.17.22 | 04.18.22 | 03.14.22 |
| Scheduled Payment Amount | $252 | $257 | $242 | $262 | $256 | $253 | $261 | $247 | $255 | $258 | $246 | $254 | $251 | $256 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,015 | $9,123 | $9,217 | $9,305 | $9,406 | $9,494 | $9,602 | $9,693 | $9,788 |
| Date Payment Received | 02.18.22 | 01.17.22 | 12.16.21 | 11.15.21 | 10.12.21 | 08.25.21 | 08.21.21 | 07.14.21 | 06.15.21 |
| Scheduled Payment Amount | $244 | $262 | $265 | $262 | $270 | $264 | $277 | $278 | $276 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Between Jun 2021 and Apr 2023, your credit limit/high balance was $10,000

**CAPITAL ONE** Partial Acct # 486236721558....
PO BOX 31293 SALT LAKE CITY UT 84131; (800) 955 7070

**Status (Mar 2018)** Paid, Closed/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Aug 2007 | 0109768569 | $3,250 | Not reported | Individual |
| Terms | Monthly payment | High balance | | Comment: | This account is scheduled to continue on record until Mar 2028. |
| Not reported | Not reported | $847 | | Account closed at credit grantor's request. | |

**COMENITY BANK/ANNTYLR** Partial Acct # 585637310181....
PO BOX 182789 COLUMBUS OH 43218; No phone # available

**Status (Apr 2018)** Paid, Closed/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Charge Card | Apr 2012 | 0109768569 | $1,250 | Not reported | Individual |
| Terms | Monthly payment | High balance | | Comment: | This account is scheduled to continue on record until Apr 2028. |
| Not reported | Not reported | $154 | | Account closed at credit grantor's request. | |

## Dispute Results (Continued)

### Your Positive Account Activity (Continued)

---

**DISCOVER BANK** Partial Acct # 601100762985....
PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (May 2023)** Closed/Never late.

| Field | Value |
|---|---|
| Type | Credit card |
| Terms | Not reported |
| Date opened | Apr 2007 |
| Monthly payment | $270 |
| Address ID # | 0109768569 |
| High balance | $16,327 |
| Credit limit or original amount | $15,500 |
| Recent balance | $13,480 as of May 2023 |
| Comment | Account closed at credit grantor's request. |
| Responsibility | Individual |
|  | This account is scheduled to continue on record until May 2033. |

|  | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 | Feb22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $13,544 | $13,598 | $13,632 | $13,667 | $13,715 | $13,764 | $13,821 | $13,880 | $13,948 | $14,023 | $14,101 | $14,192 | $14,277 | $14,385 |
| Date Payment Received | 03.19.23 | 02.19.23 | 01.18.23 | 12.18.22 | 11.18.22 | 10.18.22 | 09.18.22 | 08.18.22 | 07.18.22 | 06.19.22 | 05.18.22 | 04.18.22 | 03.18.22 | 02.18.22 |
| Scheduled Payment Amount | $271 | $272 | $273 | $274 | $275 | $276 | $277 | $278 | $279 | $281 | $283 | $284 | $286 | $288 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|  | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $14,474 | $14,564 | $14,662 | $14,753 | $14,853 | $14,948 | $15,239 | $15,386 |
| Date Payment Received | 01.18.22 | 12.16.21 | 11.18.21 | 10.12.21 | 08.23.21 | 08.09.21 | 06.24.21 | 06.15.21 |
| Scheduled Payment Amount | $290 | $292 | $294 | $296 | $298 | $299 | $305 | $308 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Between Jun 2021 and Mar 2023, your credit limit/high balance was $15,500

---

**ENERBANK USA** Partial Acct # 234025....
650 S MAIN ST STE 1000 SALT LAKE CITY UT 84101; (888) 390 1220

**Status (Apr 2023)** Open/Never late.

| Field | Value |
|---|---|
| Type | Unsecured |
| Terms | 120 Months |
| Date opened | Jun 2016 |
| Monthly payment | $196 |
| Address ID # | 0109768569 |
| High balance | Not reported |
| Credit limit or original amount | $14,906 |
| Recent payment | $196 as of 04/18/2023 |
| Recent balance | $6,176 as of Apr 2023 |
| Responsibility | Joint with REBECCA M DELISO |

|  | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 | Feb22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $6,318 | $6,472 | $6,607 | $6,749 | $6,893 | $7,030 | $7,166 | $7,305 | $7,431 | $7,576 | $7,699 | $7,834 | $7,959 | $8,103 |
| Date Payment Received | 03.17.23 | 02.21.23 | 01.18.23 | 12.19.22 | 11.21.22 | 10.21.22 | 09.20.22 | 08.22.22 | 07.18.22 | 06.23.22 | 05.19.22 | 04.20.22 | 03.18.22 | 02.22.22 |
| Scheduled Payment Amount | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 |
| Actual Amount Paid | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 |

|  | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $8,225 | $8,344 | $8,483 | $8,598 | $8,721 | $8,864 | $9,149 | $9,262 |
| Date Payment Received | 01.20.22 | 12.17.21 | 11.22.21 | 10.18.21 | 09.17.21 | 08.26.21 | 07.12.21 | 06.09.21 |
| Scheduled Payment Amount | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 |
| Actual Amount Paid | $196 | $196 | $196 | $196 | $196 | $396 | $196 | $196 |

The original amount of this account was $14,906

---

**KOHLS/CAPONE** Partial Acct # 639305053899....
PO BOX 3115 MILWAUKEE WI 53201; (800) 564 5740

**Status (Jul 2018)** Paid, Closed/Never late.

| Field | Value |
|---|---|
| Type | Charge Card |
| Terms | Not reported |
| Date opened | May 2009 |
| Monthly payment | Not reported |
| Address ID # | 0109768569 |
| High balance | $718 |
| Credit limit or original amount | $1,500 |
| Recent balance | Not reported |
| Comment | Closed due to inactivity |
| Responsibility | Individual |
|  | This account is scheduled to continue on record until Jul 2028. |

---

**LOANCARE** Partial Acct # 623001926....
3637 SENTARA WAY VIRGINIA BEACH VA 23452; (757) 892 1700

**Status (Jun 2018)** Paid, Closed/Never late.

| Field | Value |
|---|---|
| Type | Mortgage |
| Terms | 30 Years |
| Date opened | Apr 2016 |
| Monthly payment | Not reported |
| Address ID # | 0109768569 |
| High balance | Not reported |
| Credit limit or original amount | $140,030 |
| Recent balance | Not reported |
| Responsibility | Joint with REBECCA DELISO |
|  | This account is scheduled to continue on record until Jun 2028. |

Fannie Mae ID
4011720522

## Dispute Results (Continued)

### Your Positive Account Activity (Continued)

**NEW AMERICAN FUNDING** Partial Acct # 965300023....
11001 LAKELIKE BLVD BLD 1 #325 AUSTIN TX 78717; (800) 893 5304

**Status (Jun 2023)** Open/Never late.

| | | |
|---|---|---|
| **Type** Mortgage | **Date opened** May 2018 | **Address ID #** 0109768569 |
| **Terms** 30 Years | **Monthly payment** $1,189 | **High balance** Not reported |

**Credit limit or original amount** $146,000
**Recent payment** $1,200 as of 05/16/2023

**Recent balance** $153,231 as of Jun 2023

**Responsibility** Joint with KEVIN JAMES BERGUNDER

**Mortgage ID #** 1003763000298441121
**Fannie Mae ID** 4014956515

| | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $153,470 | $153,839 | $154,071 | $154,303 | $154,534 | $154,764 | $154,993 | $155,221 | $155,448 | $155,975 | $155,900 | $156,124 | $156,348 | $156,570 |
| **Date Payment Received** | 04.12.23 | 03.14.23 | 02.14.23 | 01.12.23 | 12.13.22 | 11.15.22 | 10.12.22 | 09.13.22 | 08.12.22 | 07.12.22 | 06.14.22 | 05.12.22 | 04.12.22 | 03.11.22 |
| **Scheduled Payment Amount** | $1,189 | $1,189 | $1,323 | $1,323 | $1,323 | $1,323 | $1,323 | $1,323 | $1,323 | $1,323 | $1,323 | $1,323 | $1,323 | $1,323 |
| **Actual Amount Paid** | $1,330 | $1,330 | $1,330 | $1,330 | $1,330 | $1,330 | $1,330 | $1,330 | $1,330 | $1,330 | $1,330 | $1,330 | $1,330 | $1,185 |

| | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $156,788 | $157,006 | $157,222 | $157,437 | $157,652 | $147,617 | $147,617 | $144,326 | $144,326 | $144,326 |
| **Date Payment Received** | 02.14.22 | 01.12.22 | 12.20.21 | 12.06.21 | 11.04.21 | 05.05.20 | 05.05.20 | 05.05.20 | 05.05.20 | 05.05.20 |
| **Scheduled Payment Amount** | $1,182 | $1,182 | $1,182 | $1,182 | $1,182 | $1,173 | $0 | $0 | $0 | $0 |
| **Actual Amount Paid** | $1,185 | $1,185 | $1,185 | $1,185 | $6,953 | No Data | No Data | No Data | No Data | No Data |

*The original amount of this account was $146,000*

---

**US DEPT OF ED/GLELSI** Partial Acct # 295023838879....
PO BOX 7860 MADISON WI 53707; (800) 236 4300

**Status (May 2023)** Transferred,closed/Never late.

| | | |
|---|---|---|
| **Type** Education | **Date opened** Oct 2007 | **Address ID #** 0109768569 |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** Not reported |

**Credit limit or original amount** $21,093

**Recent balance** Not reported
**Comment:** Account closed due to transfer.

**Responsibility** Individual
This account is scheduled to continue on record until May 2033.

| | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 |
| **Date Payment Received** | 04.01.23 | 03.01.23 | 02.01.23 | 01.01.23 | 12.01.22 | 11.01.22 | 10.01.22 | 09.01.22 | 08.01.22 | 07.01.22 | 06.01.22 | 05.01.22 | 04.01.22 | 03.01.22 |
| **Scheduled Payment Amount** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 |
|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 | $16,590 |
| **Date Payment Received** | 02.01.22 | 01.01.22 | 12.01.21 | 11.01.21 | 10.01.21 | 09.01.21 | 08.01.21 | 07.01.21 | 06.01.21 |
| **Scheduled Payment Amount** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*The original amount of this account was $21,093*