# Appendix A

| Approved, SCAO | Original — Court<br>1st copy — Plaintiff | 2nd copy - Defendant<br>3rd copy – Proof of service |
| --- | --- | --- |
| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>**6th JUDICIAL CIRCUIT** | **ANSWER, CIVIL**<br>**(PAGE 3 OF 4)** | **CASE NO.**<br>**2200061GC**<br>**Hon. Michelle Friedman** |

| Plaintiff's name(s)<br>JPMORGAN CHASE BANK N.A. | v | Defendant's name(s)<br>Katrina Bergunder |
| --- | --- | --- |

**CHECK ALL THAT APPLY (for each box checked, attach a statement of facts)** | **AFFIRMATIVE DEFENSES**

☒ Defendant,  ☐ Attorney for defendant  states the following affirmative defenses:

☐ 1.  I paid this debt in full (satisfied). Attached is proof of payment.

☐ 2.  This action is barred by the statute of limitations because

    ☐ the plaintiff failed to sue within six years of _____ the last activity on the alleged account. MCL 600.5807(8).

    ☐ the alleged contract involves a motor vehicle retail sales installment contract or the sale of other goods, and the plaintiff failed to sue within four years of _____, the last activity on the alleged account. MCL 440.2725(1).

    ☐ the plaintiff failed to sue within three years after the alleged contract of sale of a mobile home on _____. MCL 125.2333.

☐ 3.  ☐ I paid an amount that the plaintiff accepted as payment in full (accord and satisfaction). Attached is proof of payment.

    ☐ The debt was discharged in bankruptcy. The case number was _____.

☒ 4.  The contract is void or voidable because<br>    ☐ I was a minor when the alleged contract was made.

    ☐ I was not mentally competent when the alleged contract was made. Probate case number _____. Attached are my letters of conservatorship/guardianship.

    ☒ there was no valid contract (no meeting of the minds) because  See Attached Statement of Facts.

☒ 5.  The contract was severely unjust or extremely one-sided (unconscionable).

☐ 6.  I am not liable for the alleged damages because of the plaintiff's contributory negligence.

☐ 7.  The alleged contract is unenforceable because it is not in writing (statute of frauds).

☐ 8.  My vehicle was repossessed and later sold in a commercially unreasonable manner. MCL 440.9607(3).

☒ 9.  The contract should not be enforced because of the plaintiff's improper conduct (fraud and/or duress).

☐ 10.  The goods purchased were defective (failure of consideration).

☒ 11.  The terms of the contract did not express what the parties intended (mutual mistake).

☐ 12.  I have not been credited for all payments made on the alleged account. Attached is proof of payment.

☒ 13. Other:    See Attached Statement of Facts.

05/16/22
Date

Defendant/Attorney signature

Katrina Bergunder
Name (Type or print)

Approved, SCAO
Form MC 03, Rev. 1/21
MCR 2.111
SRL
PAGE 4 OF 4

*[Stamp: DISTRICT COURT OAK PARK, MICHIGAN TRUE COPY DATE MAY 16 2024]*

*[Stamp: 2022 MAY 16 45TH DISTRICT COURT 2410037]*

31

| Approved, SCAO | Original — Court<br>1st copy — Plaintiff | 2nd copy - Defendant<br>3rd copy — Proof of service |
|---|---|---|
| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>**6th JUDICIAL CIRCUIT** | **ANSWER, CIVIL**<br>**(PAGE 4 OF 4)** | **CASE NO.**<br>2200061GC<br>Hon. Michelle Friedman |

| Plaintiff's name(s)<br>JPMORGAN CHASE BANK N.A. | v | Defendant's name(s)<br>Katrina Bergunder |
|---|---|---|

### STATEMENT OF FACTS

4c. I thought that Plaintiff would be reasonable in repayment in the event of dramatic, devastating, and unforeseen world events such as the global pandemic of COVID-19 that resulted in the world shutting down, loss of work, and the death of millions

5. At the time I was living in poverty, in an abusive situation, and struggling in college, I agreed to the unfair terms to support myself in times when my $10/hour job could not.

9. When inquired, they insisted that if I had hardships that they would work with me. Despite my numerous repeated calls, Plaintiff was unwilling to work with me.

11. As part of the world, I thought that Plaintiff would know about large, unforeseen world events and be reasonable in the event of them.

13. While Plaintiff has continuously refused to negotiate, I am still willing to negotiate with Plaintiff to resolve our issues.

DISTRICT COURT 45-B
OAK PARK, MICHIGAN
TRUE COPY

DATE ——— MAY 1 5 2024

45TH DISTRICT COURT
2022 MAY 16 AM 10: 37

Approved, SCAO
Form MC 03, Rev. 1/21
MCR 2.111
SRL
PAGE 4 OF 4

32