# Appendix B

33

## STATE OF MICHIGAN
## IN THE 45TH DISTRICT COURT

JP MORGAN CHASE BANK NA
        Plaintiff(s

-vs-                  Case No. 22-00061GC

KATRINA I BERGUNDER
        Defendant(s)

### PRE-TRIAL ORDER

At a session of the 45TH District Court held
in Oak Park, Oakland County, Michigan

On: 06/21/22

PRESENT: Hon. Michelle Friedman Appel
**DISTRICT JUDGE**

This matter having come to be heard at a scheduled pretrial conference and it appears to this court that:

**PLAINTIFF'S POSITION:** $ due + owing

**DEFENDANT'S POSITION:** Challenging the amount due + owing

DISTRICT COURT 45-B
OAK PARK, MICHIGAN
TRUE COPY
DATE [signature]
MAY 1 5 2024

IT IS HEREBY ORDERED THAT:

1. **DISCOVERY**

    ☑ Is granted
    ☐ Is not granted
    ☑ Discovery shall be completed by: ~~7~~ 8.19.22

    Plaintiff shall provide Defendant with billing statement and a copy of the original contract.

2. **CASE EVALUATION**

    ☐ Is ordered
    ☑ Is not ordered
    ☐ Is completed

**In the event of rejection of case evaluation, costs are mandatory pursuant to MCR 2.403.**

34

3. **TRIAL TIME.** Estimated trial time for the (~~Jury~~/Non-Jury) trial is ____1____ days.

4. **WITNESSES.** Parties shall file and exchange the names and addresses of all witnesses to be called at trial on or before _7.22.22_. Failure to file a witness list shall result in witness being excluded from testifying at trial, unless good cause is shown.

5. **MOTIONS.** Hearings on all pre-trial motions and dispositive motions shall be filed on or before _9.2.22_.

6. **TRIAL.** final — Trial shall be set _after close of discovery + after dispos motion cut off_.

7. **EXHIBITS.** Parties shall exchange all proposed exhibits no later that 14 days before trial. Copies of all proposed exhibits shall be enclosed in a sealed envelope and submitted to the Court (no original, please). Any exhibits received after said date shall be held inadmissible, unless good cause is shown. Objections to the exhibits, to the extent they are known, shall be filed 7 days prior to trial.

8. **DEPOSITION.** All depositions must be purged not less that 14 days prior to the jury trial or the objections therein shall be deemed waived.

9. **TRIAL BRIEFS.** Trial briefs, if any, are expected 7 days prior to the trial date.

10. **VOIR DIRE AND JURY INSTRUCTIONS.** Voir dire is customarily conducted solely by the Court, however, upon request, attorneys may be allowed to inquire. Any requested voir dire questions must be filed with the Court, not less than 7 days prior to trial.

    Counsel shall submit written theory of the case, together with written, proposed jury instruction, and copies of the proposed jury instructions, and copies of the proposed verdict form not later that 7 days prior to trial. References may be made to the Standard Jury Instructions (SJI) by number.

    Jury questionnaires may be reviewed by presenting a written request to the jury clerk, prior to commencement of voir dire. The court will not postpone the commencement of voir dire for parties to review juror questionnaires. The jury clerk may be reached at (248) 691-7442.

_____
Hon. Michelle Friedman Appel

Approved for Entry:
Receipt Acknowledged:

DISTRICT COURT 45-B
OAK PARK, MICHIGAN
TRUE COPY
DATE __MAY 15 2024__

_____     _____
Attorney for Plaintiff                Attorney for Defendant

35