# Appendix C

| Approved, SCAO | | Original - Court file<br>1st copy - Assignment clerk/Ex..<br>2nd copy - Friend of the court/Extra | 3rd copy - Opposing party<br>4th copy - Moving party |
|---|---|---|---|
| 45th | STATE OF MICHIGAN<br>JUDICIAL CIRCUIT<br>JUDICIAL DISTRICT<br>COUNTY | NOTICE OF HEARING AND MOTION | CASE NO.<br>22-00061GC<br>Judge Michelle Friedman Appel |

**Court address**  
13600 Oak Park BLVD, Oak Park, MI 48237

**Court telephone no.**  
(248)691-7440

| Plaintiff name(s)<br>JP Morgan Chase Bank, N.A. | | Defendant name(s)<br>Katrina Bergunder |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>866-757-4738  P-82443<br>Mandarich Law Group, LLP<br>James McArdle<br>P.O. Box 109032, Chicago, IL 60610 | v | Defendant's attorney, bar no., address, and telephone no.<br>pro per<br>24674 Republic Ave<br>Oak Park, MI 48237<br>773-853-7085 |

### NOTICE OF HEARING

1. Motion title: Motion to exclude witness and dismiss

2. Moving party: Katrina Bergunder, defendant

3. This matter has been placed on the motion calendar for:

| Judge | Bar no. | Date | Time |
|---|---|---|---|
| Judge Michelle Friedman Appel | 32709 | 02/21/2023 | 10:30 AM |

Hearing location  
☑ Court address above  ☐

4. If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

### MOTION

I move the court to consider motion to exclude the witness and dismissal of case with prejudice. **I move to exclude the witness because without contact information there is no way to find out what they claim to know.**

**The court ordered discovery, among other items needed to proceed is the document upon which the plaintiff predicates its theory of liability. The court ordered that it be produced. It has not been produced. Defendant cannot prepare for trial dealing with a non-existent document. The case should be dismissed with prejudice, pursuant to MCR 2.313 and MCR 2.504(B)(1) which the latter is withheld by the Michigan Court of Appeals case Grubor Enterprises, Inc v Kortidis*, 201 Mich App 630, 43-B 9-506 NW2d 614 (1993). Defendant should be awarded costs.**

*Should be italicized but SCAO form does not permit formatting

02/08/2023  
Date

/s/ K Bergunder  
Signature

DISTRICT COURT  
OAK PARK, MICHIGAN  
TRUE COPY  
DATE MAY 15 2024

### CERTIFICATE OF MAILING

I certify that on this date I served a copy of this notice of hearing and motion on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

02/08/2023  
Date

/s/ K Bergunder  
Signature

MC 326 (3/10)  **NOTICE OF HEARING AND MOTION**