# Appendix D

```
                    STATE OF MICHIGAN

          45TH JUDICIAL DISTRICT, COUNTY OF OAKLAND

J.P. MORGAN CHASE BANK NA,

                      Plaintiff,
V
                                       District No. 22-00061GC
KATRINA BERGUNDER,

                      Defendant.
_____/

                         BENCH TRIAL

      BEFORE THE HONORABLE MICHELLE FRIEDMAN APPEL, (P32709)
         13600 OAK PARK BOULEVARD, OAK PARK, MICHIGAN 48237
                    On Tuesday, February 21, 2023


APPEARANCES:

For the Plaintiff:        MR. JAMES MCARDLE (P82443)
                          Mandarich Law Group LLP
                          P.O. Box 109032
                          Chicago, Illinois 60610
                          (866) 757-4738


Appearing in Pro Per:     MS. KATRINA BERGUNDER
                          24674 Republic Avenue
                          Oak Park, Michigan 48237


TRANSCRIBED BY:           Ms. Kassandra Ginn, CER 8822
                          Certified Electronic Recorder
                          (248) 691-7442
```

TABLE OF CONTENTS

| WITNESSES: PLAINTIFF | PAGE |
|---|---|
| None | |

WINESSES: DEFENDANT

None

| EXHIBITS: | MARKED | ADMITTED |
|---|---|---|
| None | | |

2

40

```
 1                    Oak Park, Michigan
 2                    Tuesday, February 21, 2023 - 10:17 a.m.
 3                         -        -        -
 4              THE COURT: Calling 22-00061GC, J.P. Morgan vs.
 5    Katrina Bergunder. Appearance on behalf of the Plaintiff.
 6              MR. MCARDLE: Good morning, Your Honor. Jim McArdle
 7    appearing on behalf of J.P. Morgan Chase.
 8              THE COURT: Okay. And your name, please?
 9              MS. BERGUNDER: Good morning, Your Honor. I'm
10    Katrina Bergunder, the defendant in this case, and I am
11    representing myself today.
12              THE COURT: So it's my understanding you sent in an
13    order dismissing the case, but it wasn't stipulated to.
14              MR. MCARDLE: Correct, Your Honor.
15              THE COURT: So I assume that you have no objection
16    to this case being dismissed?
17              MS. BERGUNDER: Um, I do, Your Honor. I, I -- they
18    want to dismiss it without prejudice, and, um, as we have made
19    it all the way to the trial date.
20              THE COURT: I agree. I mean today are you ready to
21    proceed today, Counsel?
22              MR. MCARDLE: I am not, Your Honor. Um, I -- as
23    Your Honor is well aware there is difficulty in getting
24    certain evidence. I finally convinced my client to dismiss
25    this. The difficulty I have, Your Honor, is that my authority
```

3

```
 1    extends to dismissing without prejudice where there is
 2    bankruptcy discharge, where there is a death, where there is a
 3    satisfaction in full.
 4             THE COURT:  Okay.  So that's your position.  I
 5    understand that, but today is the date and time set for trial.
 6    Plaintiff is unable to proceed.  Case dismissed with
 7    prejudice.  Thank you.
 8             MR. MCARDLE:  Thank you, Judge.
 9             MS. BERGUNDER:  Thank you, Your Honor.
10             (At 10:18 a.m., proceedings concluded)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  STATE OF MICHIGAN)
 2  COUNTY OF OAKLAND)
 3       I, Kassandra Ginn, certify that this transcript, consisting of
 4  5 pages, held on Tuesday, February 21, 2023, before the HONORABLE
 5  MICHELLE FRIEDMAN APPEL, Chief Judge at the 45th District Court,
 6  located at 13600 Oak Park Boulevard, Oak Park, Michigan, 48237, is
 7  a complete, true, and correct transcript of the electronic
 8  recordings.
 9
10
11   7/16/24                    Kassandra Ginn
12  Date                        Kassandra Ginn, CER 8822
13                              45th District Court
14                              13600 Oak Park Boulevard
15                              Oak Park, Michigan 48237
16                              (248) 691-7442
17
18
19
20
21
22
23
24
25
```

5

43