# Appendix E

| Approved, SCAO | | Original - Court file<br>1st copy - Assignment Clerk/Extra<br>2nd copy - Friend of the Court/Extra | 3rd copy - Opposing party<br>4th copy - Moving party |
|---|---|---|---|
| **STATE OF MICHIGAN**<br>**JUDICIAL CIRCUIT**<br>45th **JUDICIAL DISTRICT**<br>**COUNTY** | | **ORDER** | **CASE NO.**<br>22-00061GC |

**Court address**  
13600 Oak Park Blvd, Oak Park, MI 48237

Court telephone no.  
(248)691-7440

Plaintiff name(s), address(es), and telephone no(s).  
JP Morgan Chase Bank, N.A.

v

Defendant name(s), address(es), and telephone no(s).  
Katrina I Bergunder  
24674 Republic Ave.  
Oak Park, MI 48237  
(773)853-7085

Plaintiff's attorney, bar no., address, and telephone no.  
Mandarich Law Group, LLP  
James McArdle  
P-82443  
P.O. Box 109032, Chicago, IL 60610  
(866)757-4738

Defendant's attorney, bar no., address, and telephone no.

1. Motion title: ~~Motion to exclude witness and dismiss~~ Dismiss with prejudice

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable Judge Michelle Friedman Appel on 02/21/2023

☒ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is  
☒ granted.  
☐ granted in part, denied in part.  
☐ denied.

☒ The court further orders Case is dismissed with prejudice.

DISTRICT COURT 45-B  
OAK PARK, MICHIGAN  
TRUE COPY  
DATE MAY 1 5 2024

Date: FEB 2 1 2023

Judge [signature] 32709 Bar

JUDGE MICHELLE FRIEDMAN APPEL

MC 327 (6/17) ORDER