# Appendix F

**Katrina, your dispute is now open**

Experian Alerts <support@s.usa.experian.com>
Fri 5/5/2023 3:56 AM
To: bergunki@msn.com <bergunki@msn.com>



Membership ID# 10193885663139202   Sign In



# Katrina, your dispute is open

**Account dispute**
Your dispute should be completed by **Jun 02, 2023**.



**How likely are you to recommend Experian?**

0  1  2  3  4  5  6  7  8  9  10

Take survey >

**Why am I receiving this email?**
This is not a marketing email—you're receiving this message to notify you of a recent change to your account. If you've unsubscribed from Experian CreditWorks℠ Basic emails in the past, don't worry—you no longer receive newsletters or special offers.

You can update some alerts and communications preferences any time on your Experian CreditWorks℠ Basic profile, but you'll continue to receive notifications like this one on the status of your account.

To ensure that you'll stay up to date on account notifications, add support@e.usa.experian.com to your address book and avoid marking these messages as spam.

Privacy Policy

View Your Consumer Right to Obtain a Security Freeze

© 2023 Fair Isaac Corporation. FICO® is a trademark of Fair Isaac Corporation.

47

**Your Equifax credit report dispute is in progress.**

no-reply@email.equifax.com <no-reply@email.equifax.com>
Thu 5/4/2023 9:41 PM
To: bergunki@msn.com <bergunki@msn.com>

[%%view_email_url%%]View in browser

# my Equifax™

## We're investigating your Equifax credit report dispute.

 

Submitted
05/05/2023

Under investigation

Completed (estimate)
06/04/2023

Dear Katrina,

We're investigating your Equifax credit report dispute:

- During the investigation, we'll review the information you provided and, if needed, contact the source of your credit information to verify its accuracy.
- We'll notify you within about 30 days when the results are available.
- Depending on the results, you may see updates in your Equifax credit report.

You can view the status of your dispute in your Dispute Center at any time.

**Dispute confirmation number**

3124626699

48

**Katrina: TransUnion received your dispute**

Credit Karma <notifications@creditkarma.com>
Fri 5/5/2023 3:18 PM
To: bergunki@msn.com <bergunki@msn.com>

# Katrina, here's your Direct Dispute™ update.

Submitted to TransUnion — **In Review** — Completed

Your recent dispute was submitted to TransUnion on 05/05/2023 and is expected to be resolved within 30 days of that date.

We'll let you know when we have more information. In the meantime, feel free to check the dispute status in your Credit Karma account.

**Check the status**

Did you find this email helpful?  

 

Apple, the Apple logo, and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.

Android, Google Play and the Google Play logo are trademarks of Google Inc.

Credit Karma, LLC, P.O. Box 30963, Oakland, CA 94604 Copyright © 2008-2023 Credit Karma, LLC. All Rights Reserved.
Note: Never share your online banking or Credit Karma passwords with anyone, including us!

Privacy Statement   Terms of Use

49