# Appendix G

Katrina Bergunder
24674 Republic Ave
Oak Park, MI 48237

May 17, 2023

Experian
PO Box 9701
Allen, TX 75013

Subject: Dispute Rejection - Request for Reconsideration

Dear Experian,

I am writing in response to your recent communication regarding the rejection of my dispute regarding the status of JPMCB CARD/ Report #0673-0083-19 on my credit report. I had previously disputed the entry, requesting that it be updated to reflect the accurate status of "dismissed with prejudice" as confirmed by the court.

I would like to reiterate that the debt in question has been legally dismissed with prejudice by the 45th District Court (13600 Oak Park Blvd, Oak Park, MI 48237), and I have enclosed a copy of the court's dismissal order and record of court as supporting documentation. The inaccurate reporting of this debt as "charged off" misrepresents the true status and negatively impacts my credit history.

I kindly request that you reconsider my dispute and make the necessary updates to accurately reflect the dismissal with prejudice on my credit report. I believe that the continued reporting of an inaccurate status is misleading and does not align with the Fair Credit Reporting Act's requirements.

I also request a description of how the reinvestigation was conducted along with the business name, address, documentation, and telephone number of the furnisher of information.

Please provide written confirmation once the necessary corrections have been made to my credit report. I trust that you will handle this matter promptly and in accordance with the applicable regulations.

Thank you for your attention to this matter.

Sincerely,

Katrina Bergunder

51

Approved, SCAO

| Original - Court file<br>1st copy - Assignment Clerk/Extra<br>2nd copy- Friend of the Court/Extra | | 3rd copy - Opposing party<br>4th copy - Moving party |
|---|---|---|

| STATE OF MICHIGAN | | | CASE NO. |
|---|---|---|---|
| JUDICIAL CIRCUIT | **ORDER** | | 22-00061GC |
| 45th JUDICIAL DISTRICT | | | |
| COUNTY | | | Court telephone no. |

Court address
(248)691-7440

13600 Oak Park Blvd, Oak Park, MI 48237

| Plaintiff name(s), address(es), and telephone no(s).<br>JP Morgan Chase Bank, N.A. | | Defendant name(s), address(es), and telephone no(s).<br>Katrina I Bergunder<br>24674 Republic Ave.<br>Oak Park, MI 48237<br>(773)853-7085 |
|---|---|---|
| | v | |
| Plaintiff's attorney, bar no., address, and telephone no.<br>Mandarich Law Group, LLP<br>James McArdle<br>P-82443<br>P.O. Box 109032, Chicago, IL 60610<br>(866)757-4738 | | Defendant's attorney, bar no., address, and telephone no. |

1. Motion title: ~~Motion to exclude witness and dismiss~~  Dismiss with prejudice

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable  Judge Michelle Friedman Appel  on 02/21/2023
                                                                                          Date

☑ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is      ☑ granted.
                                                          ☐ granted in part, denied in part.
                                                          ☐ denied.

☒ The court further orders

Case is dismissed with prejudice.

_____

_____

_____

_____

_____

_____

_____

_____

FEB 2 1 2023                          _____  32709
Date                                  Judge                        Bar
                                      JUDGE MICHELLE FRIEDMAN APPEL

**45th District Court**
**13600 Oak Park Blvd**
**Oak Park, MI 48237**

Register of Actions

← Return

Register of Action

Register of Action

| STATE OF MICHIGAN | | | CASE NO: 22-00061GC GC |
| 45TH JUDICIAL DISTRICT | REGISTER OF ACTIONS | | |

Court Address 13600 OAK PARK BLVD
OAK PARK          MI  48237

Court Telephone
(248) 691-7440

JUDGE OF RECORD: APPEL,MICHELLE FRIEDMAN,          P-32709

P01  PLAINTIFF          (CLSD)
     JP MORGAN CHASE BANK NA//

Attorney
P-81102
MAMUT,MICHAEL THOMAS,
28366 FRANKLIN RD
SOUTHFIELD          MI 48034
(248) 352-4340

D01  DEFENDANT          (CLSD)
     BERGUNDER/KATRINA/I
     24674 REPUBLIC AVE
     OAK PARK          MI 48237

| DATE | | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|---|---|---|
| 01/07/22 | | | |
| | P01 | SUMM & COMP  FILED          MAMUT,MICHAEL T P-81102 | NMC |
| | | (RETD  )          $9,772.36 | |
| 01/10/22 | | | |
| | | FILING FEE PAID          $75.00  RCPT # D337821 | TMS |
| | | CHECK TENDERED 302894 | TMS |
| 03/31/22 | | | |
| | P01 | MOTION TO EXTEND TIME FOR SERV  FILED | NMC |
| | P01 | ORDER TO EXTEND TIME FOR SERV  FILED | NMC |
| | | (2J  ) | |
| | P01 | MOTION FOR SUBSTITUTED SERVICE  FILED | NMC |
| | P01 | ORDER FOR SUBSTITUTED SERVICE  FILED | NMC |
| | | (2J  ) | |
| | | MOTION FEE PAID          $20.00  RCPT # D341877 | TMS |
| | | CHECK TENDERED 50285 | TMS |
| 04/07/22 | | | |
| | D01 | ORDER TO EXTEND TIME FOR SERV  ENTERED | PJT |
| | | 07/07/22  05:30P | |
| | D01 | ORDER FOR SUBSTITUTED SERVICE  ENTERED | PJT |
| | P01 | SUMM & COMP  TO USE OWN PROCESS SRVER ISSUED | PJT |
| 04/26/22 | | | |
| | D01 | PROOF OF SERVICE FILED | PJT |
| | | (POSTED  ) | |
| 04/27/22 | | | |
| | D01 | PROOF OF SERVICE FILED | PJT |
| | | (1ST/CER) | |
| | D01 | SUMM & COMP  FOR SUBSTITUTED SERVICE  SERVED | PJT |
| 05/04/22 | | | |
| | | DEF AT COUNTER--WILL FILE WRITTEN RESPONSE W/ | PJT |
| | | THE COURT | PJT |

53

| | D01 | ANSWER FILED | PJT |
| | D01 | AFF DEFENSES FILED | PJT |

JP MORGAN CHASE BANK N v BERGUNDER/KATRINA/I     CASE#: 22-00061GC PAGE: 2

| DATE | | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|--|-------------------------------|----------|
| | ALL | PRE-TRIAL SCHEDULED | PJT |
| | | 06/21/22 09:20A | |
| | ALL | NOTICE TO APPEAR ISSUED | PJT |
| | | COPY OF ANSWER ATTACHED TO NTAS | PJT |
| 05/23/22 | | | |
| | | RETD DEFAULT JDGMT--ANSWER FILED, PT SCHEDULED | PJT |
| 06/21/22 | | | |
| | ALL | PRE-TRIAL HELD | PJT |
| | ALL | PRE-TRIAL FINAL SCHEDULED | PJT |
| | | 10/25/22 09:00A | |
| | | PARTIES PRESENT VIA ZOM; DISCOVERY IS ORDERED | PJT |
| | | & TO BE COMPLETED BY 8/19/22; CASE EVAL IS | PJT |
| | | NOT ORDERED; WITNESS LIST BY 7/22/22; DISP | PJT |
| | | MTNS BY 9/2/225; FINAL PT SHALL BE SET AFTER | PJT |
| | | CLOSE OF DISCOVERY & AFTER DISP MTN CUT OFF | PJT |
| | ALL | NOTICE TO APPEAR ISSUED | PJT |
| 08/18/22 | | | |
| | D01 | EXHIBITS FILED | NMC |
| 10/19/22 | | | |
| | | FEE WAIVER REQUEST FILED BY K. BERGUNDER | PJT |
| | | FEE WAIVER REQUEST GRANTED | PJT |
| 10/25/22 | | | |
| | ALL | PRE-TRIAL FINAL HELD | PJT |
| | ALL | PRE-TRIAL FINAL SCHEDULED | PJT |
| | | 01/10/23 09:00A | |
| | | PARTIES PRESENT VIA ZOOM; ADJ 60 DAYS | PJT |
| | ALL | NOTICE TO APPEAR ISSUED | PJT |
| 01/10/23 | | | |
| | ALL | PRE-TRIAL FINAL HELD | PJT |
| | ALL | BENCH TRIAL SCHEDULED | PJT |
| | | (LIVE ) 02/21/23 10:30A | |
| | | PARTIES PRESENT VIA ZOOM; SET FOR **LIVE** IN | PJT |
| | | PERSON BENCH TRIAL ON 2/21/23 10:30AM--DATE & | PJT |
| | | TIME GIVEN ON THE RECORD | PJT |
| | ALL | NOTICE TO APPEAR ISSUED | PJT |
| 02/01/23 | | | |
| | P01 | NOTICE WITNESS LIST FILED | PJT |
| 02/06/23 | | | |
| | P01 | ACTION TELEPHONE CALL RECEIVED | NMC |
| | | ADV TO SUBMIT REQ TO JUDGE FOR ANY PARTY TO | NMC |
| | | APPEAR VIA ZOOM | NMC |
| 02/07/23 | | | |
| | P01 | CORRESPONDEN FILED | PJT |
| | | (2J* ) | |
| | | *PLAINTIFF'S REQUEST FOR WITNESS TO APPEAR VIA | PJT |
| | | ZOOM | PJT |
| 02/08/23 | | | |
| | D01 | ACTION TELEPHONE CALL RECEIVED | PJT |
| | | T/C DEF REQ MTN TO DISMISS DATE--ADV NO | PJT |
| | | AVAILABLE DATES PRIOR TO BT--GAVE BT DATE AND | PJT |
| | | TIME | PJT |
| | D01 | MOTION FILED | PJT |
| | | (** ) | |
| | | **DEF MTN TO EXCLUDE WITNESS AND DISMISS | PJT |
| | D01 | NOTICE FILED | PJT |

JP MORGAN CHASE BANK N v BERGUNDER/KATRINA/I     CASE#: 22-00061GC PAGE: 3

| DATE | | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|--|-------------------------------|----------|
| | D01 | PROOF OF SERVICE FILED | PJT |
| | ALL | MOTION SCHEDULED     02/21/23 10:30A | PJT |
| 02/09/23 | | | |
| | | PLTF REQ REVIEWED BY JUDGE MFA, PER JUDGE MFA, | PJT |
| | | OK FOR WITNESS TERRICKA CLARK TO APPEAR FOR BT | PJT |
| | | VIA ZOOM | PJT |

|  |  |  |
|---|---|---|
|  | **FILE WITH JUDGR MFA** | PJT |
|  | FILE RETD BY JUDGE MFA | PJT |
| 02/17/23 |  |  |
| P01 | NOTICE TO DISMISS FILED | NMC |
|  | NTC OF DISMISSAL FILED BY PLTF IS NOT | NMC |
|  | SUFFICIENT AS THE DEFT FILED AN ANSWER - A | NMC |
|  | STIP & ORDER TO DISMISS MUST BE FILED TO | NMC |
|  | DISMISS THIS CASE | NMC |
|  | T/C TO PLTF ATTY'S OFFICE - WAS TRANSFERRED | NMC |
|  | TWICE AND DID NOT GET ANYONE ON THE PHONE THAT | NMC |
|  | COULD TAKE CARE OF THIS MATTER - SPOKE TO | NMC |
|  | TWO DIFFERENT RECEPTIONISTS THEREFORE I SENT | NMC |
|  | AN EMAIL TO THE PERSON WHO SUBMITTED THE | NMC |
|  | DISMISSAL BY EMAIL | NMC |
| 02/21/23 |  |  |
| ALL | BENCH TRIAL HELD | PJT |
| D01 | ORDER TO DISMISS ENTERED | PJT |
| D01 | DISMISSAL WITH PREJUDICE ENTERED | PJT |
|  | PARTIES PRESENT (LIVE IN PERSON); DEF'S MTN | PJT |
|  | TO DISMISS GRANTED; CASE DISMISSED WITH | PJT |
|  | PREJUDICE | PJT |

```
***** END OF REGISTER OF ACTIONS ***** 05/17/23 10:03
```

Enter New Search

55

Katrina Bergunder
24674 Republic Ave
Oak Park, MI 48237

June 5, 2023

Equifax Disclosure Department
P.O. Box 740241
Atlanta, GA 30374

Subject: Dispute Rejection - Request for Reconsideration

Dear Equifax,

I am writing in response to your recent communication regarding the rejection of my dispute regarding the status of JPMCB CARD/ Confirmation # 3124626699 on my credit report. I had previously disputed the entry, requesting that it be updated to reflect the accurate status of "dismissed with prejudice" as confirmed by the court.

I would like to reiterate that the debt in question has been legally dismissed with prejudice by the 45th District Court (13600 Oak Park Blvd, Oak Park, MI 48237), and I have enclosed a copy of the court's dismissal order and record of court as supporting documentation. The inaccurate reporting of this debt as "charged off" misrepresents the true status and negatively impacts my credit history.

I kindly request that you reconsider my dispute and make the necessary updates to accurately reflect the dismissal with prejudice on my credit report. I believe that the continued reporting of an inaccurate status is misleading and does not align with the Fair Credit Reporting Act's requirements.

I also request a description of how the reinvestigation was conducted along with the business name, address, documentation, and telephone number of the furnisher of information.

Please provide written confirmation once the necessary corrections have been made to my credit report. I trust that you will handle this matter promptly and in accordance with the applicable regulations.

Thank you for your attention to this matter.

Sincerely,

Katrina Bergunder

Original – Court file
1st copy – Assignment Clerk/Extra
2nd copy- Friend of the Court/Extra

3rd copy – Opposing party
4th copy – Moving party

Approved, SCAO

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| **JUDICIAL CIRCUIT** | **ORDER** | 22-00061GC |
| 45th **JUDICIAL DISTRICT** | | |
| **COUNTY** | | |

Court telephone no.

Court address
13600 Oak Park Blvd, Oak Park, MI 48237

(248)691-7440

Plaintiff name(s), address(es), and telephone no(s).
JP Morgan Chase Bank, N.A.

v

Defendant name(s), address(es), and telephone no(s).
Katrina I Bergunder
24674 Republic Ave.
Oak Park, MI 48237
(773)853-7085

Plaintiff's attorney, bar no., address, and telephone no.
Mandarich Law Group, LLP
James McArdle
P-82443
P.O. Box 109032, Chicago, IL 60610
(866)757-4738

Defendant's attorney, bar no., address, and telephone no.

1. Motion title: ~~Motion to exclude witness and dismiss~~ Dismiss with prejudice

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable Judge Michelle Friedman Appel on 02/21/2023
   Date

☑ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is
☑ granted.
☐ granted in part, denied in part.
☐ denied.

☒ The court further orders Case is dismissed with prejudice.

_____

_____

_____

_____

_____

_____

_____

_____

FEB 2 1 2023

Date

Judge                                      32709
                                           Bar n

JUDGE MICHELLE FRIEDMAN APPEL

MC 237  (6/17)  ORDER

**45th District Court**
**13600 Oak Park Blvd**
**Oak Park, MI 48237**

Register of Actions

◁ Return          Register of Action

[Court Park Agenda]

### Register of Action

```
|STATE OF MICHIGAN    |                    |    CASE NO: 22-00061GC  GC  |
|45TH JUDICIAL DISTRICT|  REGISTER OF ACTIONS |                            |
|                     |                    |                            |
```

Court Address 13600 OAK PARK BLVD                    Court Telephone
              OAK PARK          MI  48237              (248) 691-7440

              JUDGE OF RECORD: APPEL,MICHELLE FRIEDMAN,          P-32709


                                        Attorney
P01  PLAINTIFF              (CLSD)       P-81102
     JP MORGAN CHASE BANK NA//           MAMUT,MICHAEL THOMAS,
                                         28366 FRANKLIN RD
                                         SOUTHFIELD      MI 48034
                                         (248) 352-4340


D01  DEFENDANT              (CLSD)
     BERGUNDER/KATRINA/I
     24674 REPUBLIC AVE
     OAK PARK        MI 48237


| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|-------------------------------|----------|
| 01/07/22 | | |
| P01 | SUMM & COMP  FILED                    MAMUT,MICHAEL T P-81102 | NMC |
| | (RETD  )                              $9,772.36 | |
| 01/10/22 | | |
| | FILING FEE PAID          $75.00  RCPT # D337821 | TMS |
| | CHECK TENDERED 302894 | TMS |
| 03/31/22 | | |
| P01 | MOTION TO EXTEND TIME FOR SERV  FILED | NMC |
| P01 | ORDER TO EXTEND TIME FOR SERV  FILED | NMC |
| | (2J   ) | |
| P01 | MOTION FOR SUBSTITUTED SERVICE  FILED | NMC |
| P01 | ORDER FOR SUBSTITUTED SERVICE  FILED | NMC |
| | (2J   ) | |
| | MOTION FEE PAID          $20.00  RCPT # D341877 | TMS |
| | CHECK TENDERED 50285 | TMS |
| 04/07/22 | | |
| D01 | ORDER TO EXTEND TIME FOR SERV  ENTERED | PJT |
| | 07/07/22  05:30P | |
| D01 | ORDER FOR SUBSTITUTED SERVICE  ENTERED | PJT |
| P01 | SUMM & COMP  TO USE OWN PROCESS SRVER ISSUED | PJT |
| 04/26/22 | | |
| D01 | PROOF OF SERVICE FILED | PJT |
| | (POSTED ) | |
| 04/27/22 | | |
| D01 | PROOF OF SERVICE FILED | PJT |
| | (1ST/CER) | |
| D01 | SUMM & COMP  FOR SUBSTITUTED SERVICE  SERVED | PJT |
| 05/04/22 | | |
| | DEF AT COUNTER--WILL FILE WRITTEN RESPONSE W/ | PJT |
| | THE COURT | PJT |

58

| | D01 | ANSWER FILED | PJT |
| | D01 | AFF DEFENSES FILED | PJT |

JP MORGAN CHASE BANK N v BERGUNDER/KATRINA/I      CASE#: 22-00061GC  PAGE:  2

| DATE | | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|---|
| | ALL | PRE-TRIAL SCHEDULED | PJT |
| | | 06/21/22  09:20A | |
| | ALL | NOTICE TO APPEAR ISSUED | PJT |
| | | COPY OF ANSWER ATTACHED TO NTAS | PJT |
| 05/23/22 | | | |
| | | RETD DEFAULT JDGMT--ANSWER FILED, PT SCHEDULED | PJT |
| 06/21/22 | | | |
| | ALL | PRE-TRIAL HELD | PJT |
| | ALL | PRE-TRIAL FINAL SCHEDULED | PJT |
| | | 10/25/22  09:00A | |
| | | PARTIES PRESENT VIA ZOM; DISCOVERY IS ORDERED | PJT |
| | | & TO BE COMPLETED BY 8/19/22; CASE EVAL IS | PJT |
| | | NOT ORDERED; WITNESS LIST BY 7/22/22; DISP | PJT |
| | | MTNS BY 9/2/225; FINAL PT SHALL BE SET AFTER | PJT |
| | | CLOSE OF DISCOVERY & AFTER DISP MTN CUT OFF | PJT |
| | ALL | NOTICE TO APPEAR ISSUED | PJT |
| 08/18/22 | | | |
| | D01 | EXHIBITS FILED | NMC |
| 10/19/22 | | | |
| | | FEE WAIVER REQUEST FILED BY K. BERGUNDER | PJT |
| | | FEE WAIVER REQUEST GRANTED | PJT |
| 10/25/22 | | | |
| | ALL | PRE-TRIAL FINAL HELD | PJT |
| | ALL | PRE-TRIAL FINAL SCHEDULED | PJT |
| | | 01/10/23  09:00A | |
| | | PARTIES PRESENT VIA ZOOM; ADJ 60 DAYS | PJT |
| | ALL | NOTICE TO APPEAR ISSUED | PJT |
| 01/10/23 | | | |
| | ALL | PRE-TRIAL FINAL HELD | PJT |
| | ALL | BENCH TRIAL  SCHEDULED | PJT |
| | | (LIVE   )        02/21/23  10:30A | |
| | | PARTIES PRESENT VIA ZOOM; SET FOR **LIVE** IN | PJT |
| | | PERSON BENCH TRIAL ON 2/21/23 10:30AM--DATE & | PJT |
| | | TIME GIVEN ON THE RECORD | PJT |
| | ALL | NOTICE TO APPEAR ISSUED | PJT |
| 02/01/23 | | | |
| | P01 | NOTICE WITNESS LIST FILED | PJT |
| 02/06/23 | | | |
| | P01 | ACTION TELEPHONE CALL RECEIVED | NMC |
| | | ADV TO SUBMIT REQ TO JUDGE FOR ANY PARTY TO | NMC |
| | | APPEAR VIA ZOOM | NMC |
| 02/07/23 | | | |
| | P01 | CORRESPONDEN FILED | PJT |
| | | (2J*   ) | |
| | | *PLAINTIFF'S REQUEST FOR WITNESS TO APPEAR VIA | PJT |
| | | ZOOM | PJT |
| 02/08/23 | | | |
| | D01 | ACTION TELEPHONE CALL RECEIVED | PJT |
| | | T/C DEF REQ MTN TO DISMISS DATE--ADV NO | PJT |
| | | AVAILABLE DATES PRIOR TO BT--GAVE BT DATE AND | PJT |
| | | TIME | PJT |
| | D01 | MOTION FILED | PJT |
| | | (**   ) | |
| | | **DEF MTN TO EXCLUDE WITNESS AND DISMISS | PJT |
| | D01 | NOTICE FILED | PJT |

JP MORGAN CHASE BANK N v BERGUNDER/KATRINA/I      CASE#: 22-00061GC  PAGE:  3

| DATE | | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|---|
| | D01 | PROOF OF SERVICE FILED | PJT |
| | ALL | MOTION SCHEDULED    02/21/23  10:30A | PJT |
| 02/09/23 | | | |
| | | PLTF REQ REVIEWED BY JUDGE MFA, PER JUDGE MFA, | PJT |
| | | OK FOR WITNESS TERRICKA CLARK TO APPEAR FOR BT | PJT |
| | | VIA ZOOM | PJT |

|  | 02/15/23 | | |
|---|---|---|---|
| | | **FILE WITH JUDGR MFA** | PJT |
| | | FILE RETD BY JUDGE MFA | PJT |
| 02/17/23 | | | |
| | P01 | NOTICE TO DISMISS FILED | NMC |
| | | NTC OF DISMISSAL FILED BY PLTF IS NOT | NMC |
| | | SUFFICIENT AS THE DEFT FILED AN ANSWER – A | NMC |
| | | STIP & ORDER TO DISMISS MUST BE FILED TO | NMC |
| | | DISMISS THIS CASE | NMC |
| | | T/C TO PLTF ATTY'S OFFICE – WAS TRANSFERRED | NMC |
| | | TWICE AND DID NOT GET ANYONE ON THE PHONE THAT | NMC |
| | | COULD TAKE CARE OF THIS MATTER – SPOKE TO | NMC |
| | | TWO DIFFERENT RECEPTIONISTS THEREFORE I SENT | NMC |
| | | AN EMAIL TO THE PERSON WHO SUBMITTED THE | NMC |
| | | DISMISSAL BY EMAIL | NMC |
| 02/21/23 | | | |
| | ALL | BENCH TRIAL HELD | PJT |
| | D01 | ORDER TO DISMISS ENTERED | PJT |
| | D01 | DISMISSAL WITH PREJUDICE ENTERED | PJT |
| | | PARTIES PRESENT (LIVE IN PERSON); DEF'S MTN | PJT |
| | | TO DISMISS GRANTED; CASE DISMISSED WITH | PJT |
| | | PREJUDICE | PJT |

***** END OF REGISTER OF ACTIONS ***** 05/17/23 10:03

[ Enter New Search ]

Katrina Bergunder
24674 Republic Ave
Oak Park, MI 48237

June 5,2023

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016.

Subject: Dispute Rejection - Request for Reconsideration

Dear TransUnion,

I am writing in response to your recent communication regarding the rejection of my dispute regarding the status of JPMCB CARD on my credit report. I had previously disputed the entry, requesting that it be updated to reflect the accurate status of "dismissed with prejudice" as confirmed by the court.

I would like to reiterate that the debt in question has been legally dismissed with prejudice by the 45th District Court (13600 Oak Park Blvd, Oak Park, MI 48237), and I have enclosed a copy of the court's dismissal order and record of court as supporting documentation. The inaccurate reporting of this debt as "charged off" misrepresents the true status and negatively impacts my credit history.

I kindly request that you reconsider my dispute and make the necessary updates to accurately reflect the dismissal with prejudice on my credit report. I believe that the continued reporting of an inaccurate status is misleading and does not align with the Fair Credit Reporting Act's requirements.

I also request a description of how the reinvestigation was conducted along with the business name, address, documentation, and telephone number of the furnisher of information.

Please provide written confirmation once the necessary corrections have been made to my credit report. I trust that you will handle this matter promptly and in accordance with the applicable regulations.

Thank you for your attention to this matter.

Sincerely,

Katrina Bergunder

61

Approved, SCAO

Original - Court file
1st copy - Assignment Clerk/Extra
2nd copy- Friend of the Court/Extra

3rd copy - Opposing party
4th copy - Moving party

| STATE OF MICHIGAN | ORDER | CASE NO. |
|---|---|---|
| 45th     JUDICIAL CIRCUIT    JUDICIAL DISTRICT    COUNTY | | 22-00061GC |

Court telephone no.

Court address
13600 Oak Park Blvd, Oak Park, MI 48237

(248)691-7440

Plaintiff name(s), address(es), and telephone no(s).
JP Morgan Chase Bank, N.A.

v

Defendant name(s), address(es), and telephone no(s).
Katrina I Bergunder
24674 Republic Ave.
Oak Park, MI 48237
(773)853-7085

Plaintiff's attorney, bar no., address, and telephone no.
Mandarich Law Group, LLP
James McArdle
P-82443
P.O. Box 109032, Chicago, IL 60610
(866)757-4738

Defendant's attorney, bar no., address, and telephone no.

1. Motion title: ~~Motion to exclude witness and dismiss~~   Dismiss with prejudice

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable Judge Michelle Friedman Appel   on   02/21/2023
Date

☒ 4. For the reasons stated on the record,

THE COURT ORDERS that the above-named motion is   ☑ granted.
☐ granted in part, denied in part.
☐ denied.

☒ The court further orders   Case is dismissed with prejudice.

FEB 2 1 2023
Date

Judge

32709
Bar no.

JUDGE MICHELLE FRIEDMAN APPEL

62



45th District Court
13600 Oak Park Blvd
Oak Park, MI 48237

Register of Actions

⟵ Return

Register of Action

Register of Action

```
|STATE OF MICHIGAN       |              |   CASE NO: 22-00061GC  GC  |
|45TH JUDICIAL DISTRICT|  REGISTER OF ACTIONS   |                        |
|                      |               |                        |
|                      |               |                        |

Court Address 13600 OAK PARK BLVD                   Court Telephone
              OAK PARK           MI  48237          (248) 691-7440

              JUDGE OF RECORD: APPEL,MICHELLE FRIEDMAN,      P-32709

                                        Attorney
  P01  PLAINTIFF            (CLSD)       P-81102
       JP MORGAN CHASE BANK NA//        MAMUT,MICHAEL THOMAS,
                                        28366 FRANKLIN RD
                                        SOUTHFIELD      MI 48034
                                        (248) 352-4340

  D01  DEFENDANT            (CLSD)
       BERGUNDER/KATRINA/I
       24674 REPUBLIC AVE
       OAK PARK         MI 48237
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|--------------------------------|----------|
| 01/07/22 | | |
| P01 | SUMM & COMP  FILED                    MAMUT,MICHAEL T P-81102 | NMC |
| | (RETD   )                                 $9,772.36 | |
| 01/10/22 | | |
| | FILING FEE PAID          $75.00  RCPT # D337821 | TMS |
| | CHECK TENDERED 302894 | TMS |
| 03/31/22 | | |
| P01 | MOTION TO EXTEND TIME FOR SERV  FILED | NMC |
| P01 | ORDER TO EXTEND TIME FOR SERV  FILED | NMC |
| | (2J   ) | |
| P01 | MOTION FOR SUBSTITUTED SERVICE  FILED | NMC |
| P01 | ORDER FOR SUBSTITUTED SERVICE  FILED | NMC |
| | (2J   ) | |
| | MOTION FEE PAID          $20.00  RCPT # D341877 | TMS |
| | CHECK TENDERED 50285 | TMS |
| 04/07/22 | | |
| D01 | ORDER TO EXTEND TIME FOR SERV  ENTERED | PJT |
| | 07/07/22  05:30P | |
| D01 | ORDER FOR SUBSTITUTED SERVICE  ENTERED | PJT |
| P01 | SUMM & COMP  TO USE OWN PROCESS SRVER ISSUED | PJT |
| 04/26/22 | | |
| D01 | PROOF OF SERVICE FILED | PJT |
| | (POSTED ) | |
| 04/27/22 | | |
| D01 | PROOF OF SERVICE FILED | PJT |
| | (1ST/CER) | |
| D01 | SUMM & COMP  FOR SUBSTITUTED SERVICE  SERVED | PJT |
| 05/04/22 | | |
| | DEF AT COUNTER--WILL FILE WRITTEN RESPONSE W/ | PJT |
| | THE COURT | PJT |

```
05/16/22
    D01    ANSWER FILED                                              PJT
    D01    AFF DEFENSES FILED                                        PJT
JP MORGAN CHASE BANK N v  BERGUNDER/KATRINA/I      CASE#: 22-00061GC  PAGE:  2
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| ALL | PRE-TRIAL SCHEDULED | PJT |
|  | 06/21/22  09:20A |  |
| ALL | NOTICE TO APPEAR ISSUED | PJT |
|  | COPY OF ANSWER ATTACHED TO NTAS | PJT |
| 05/23/22 |  |  |
|  | RETD DEFAULT JDGMT--ANSWER FILED, PT SCHEDULED | PJT |
| 06/21/22 |  |  |
| ALL | PRE-TRIAL HELD | PJT |
| ALL | PRE-TRIAL FINAL SCHEDULED | PJT |
|  | 10/25/22  09:00A |  |
|  | PARTIES PRESENT VIA ZOM; DISCOVERY IS ORDERED | PJT |
|  | & TO BE COMPLETED BY 9/19/22; CASE EVAL IS | PJT |
|  | NOT ORDERED; WITNESS LIST BY 7/22/22; DISP | PJT |
|  | MTNS BY 9/2/225; FINAL PT SHALL BE SET AFTER | PJT |
|  | CLOSE OF DISCOVERY & AFTER DISP MTN CUT OFF | PJT |
| ALL | NOTICE TO APPEAR ISSUED | PJT |
| 08/18/22 |  |  |
| D01 | EXHIBITS FILED | NMC |
| 10/19/22 |  |  |
|  | FEE WAIVER REQUEST FILED BY K. BERGUNDER | PJT |
|  | FEE WAIVER REQUEST GRANTED | PJT |
| 10/25/22 |  |  |
| ALL | PRE-TRIAL FINAL HELD | PJT |
| ALL | PRE-TRIAL FINAL SCHEDULED | PJT |
|  | 01/10/23  09:00A |  |
|  | PARTIES PRESENT VIA ZOOM; ADJ 60 DAYS | PJT |
| ALL | NOTICE TO APPEAR ISSUED | PJT |
| 01/10/23 |  |  |
| ALL | PRE-TRIAL FINAL HELD | PJT |
| ALL | BENCH TRIAL  SCHEDULED | PJT |
|  | (LIVE  )        02/21/23  10:30A |  |
|  | PARTIES PRESENT VIA ZOOM; SET FOR **LIVE** IN | PJT |
|  | PERSON BENCH TRIAL ON 2/21/23 10:30AM--DATE & | PJT |
|  | TIME GIVEN ON THE RECORD | PJT |
| ALL | NOTICE TO APPEAR ISSUED | PJT |
| 02/01/23 |  |  |
| P01 | NOTICE WITNESS LIST FILED | PJT |
| 02/06/23 |  |  |
| P01 | ACTION TELEPHONE CALL RECEIVED | NMC |
|  | ADV TO SUBMIT REQ TO JUDGE FOR ANY PARTY TO | NMC |
|  | APPEAR VIA ZOOM | NMC |
| 02/07/23 |  |  |
| P01 | CORRESPONDEN FILED | PJT |
|  | (2J*   ) |  |
|  | *PLAINTIFF'S REQUEST FOR WITNESS TO APPEAR VIA | PJT |
|  | ZOOM | PJT |
| 02/08/23 |  |  |
| D01 | ACTION TELEPHONE CALL RECEIVED | PJT |
|  | T/C DEF REQ MTN TO DISMISS DATE--ADV NO | PJT |
|  | AVAILABLE DATES PRIOR TO BT--GAVE BT DATE AND | PJT |
|  | TIME | PJT |
| D01 | MOTION FILED | PJT |
|  | (**   ) |  |
|  | **DEF MTN TO EXCLUDE WITNESS AND DISMISS | PJT |
| D01 | NOTICE FILED | PJT |

```
JP MORGAN CHASE BANK N v  BERGUNDER/KATRINA/I      CASE#: 22-00061GC  PAGE:  3
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| D01 | PROOF OF SERVICE FILED | PJT |
| ALL | MOTION SCHEDULED        02/21/23  10:30A | PJT |
| 02/09/23 |  |  |
|  | PLTF REQ REVIEWED BY JUDGE MFA, PER JUDGE MFA, | PJT |
|  | OK FOR WITNESS TERRICKA CLARK TO APPEAR FOR BT | PJT |
|  | VIA ZOOM | PJT |

| 02/15/23 | | |
|---|---|---|
| | **FILE WITH JUDGE MFA** | PJT |
| | FILE RETD BY JUDGE MFA | PJT |
| 02/17/23 | | |
| P01 | NOTICE TO DISMISS FILED | NMC |
| | NTC OF DISMISSAL FILED BY PLTF IS NOT | NMC |
| | SUFFICIENT AS THE DEFT FILED AN ANSWER - A | NMC |
| | STIP & ORDER TO DISMISS MUST BE FILED TO | NMC |
| | DISMISS THIS CASE | NMC |
| | T/C TO PLTF ATTY'S OFFICE - WAS TRANSFERRED | NMC |
| | TWICE AND DID NOT GET ANYONE ON THE PHONE THAT | NMC |
| | COULD TAKE CARE OF THIS MATTER - SPOKE TO | NMC |
| | TWO DIFFERENT RECEPTIONISTS THEREFORE I SENT | NMC |
| | AN EMAIL TO THE PERSON WHO SUBMITTED THE | NMC |
| | DISMISSAL BY EMAIL | NMC |
| 02/21/23 | | |
| ALL | BENCH TRIAL  HELD | PJT |
| D01 | ORDER TO DISMISS ENTERED | PJT |
| D01 | DISMISSAL WITH PREJUDICE ENTERED | PJT |
| | PARTIES PRESENT (LIVE IN PERSON); DEF'S MTN | PJT |
| | TO DISMISS GRANTED; CASE DISMISSED WITH | PJT |
| | PREJUDICE | PJT |

***** END OF REGISTER OF ACTIONS ***** 05/17/23 10:03

Enter New Search