# Appendix H

Katrina Bergunder
24674 Republic Ave
Oak Park, MI 48237

May 17, 2023

JP Morgan Chase
Attn: Customer Service
PO BOX 15369
WILMINGTON, DE 19850

Subject: Request for Accurate Reporting of Dismissed Debt

Dear Sir/Madam,

I am writing to bring to your attention a discrepancy in the reporting of a debt on my credit report. The debt in question, associated with Katrina Bergunder and court CASE NO: 22-00061GC, has been legally dismissed with prejudice by 45th District Court (13600 Oak Park Blvd, Oak Park, MI 48237) on February 21, 2023, as confirmed by the court's dismissal order.

Despite the court's ruling, it has come to my attention that the debt is still being inaccurately reported as "charged off" on my credit report. This misrepresentation negatively impacts my credit history and misleads potential creditors who review my creditworthiness.

I kindly request that Chase immediately update the reporting of this debt to accurately reflect the dismissal with prejudice. It is imperative that the accurate status of "dismissed with prejudice" is reflected on my credit report, as mandated by the Fair Credit Reporting Act.

Enclosed with this letter, you will find a copy of the court's dismissal order and court of record, which serves as conclusive evidence of the debt's legal status. I expect this documentation to be thoroughly reviewed and the necessary updates to be made promptly.

Please provide written confirmation once the accurate reporting has been updated on my credit report. Failure to comply with this request may result in legal action to enforce my rights under the Fair Credit Reporting Act.

I trust that Chase will handle this matter expeditiously and in accordance with the relevant regulations. Thank you for your attention to this important issue.

Sincerely,

Katrina Bergunder

67

Approved, SCAO

| | Original – Court file<br>1st copy – Assignment Clerk/Extra<br>2nd copy– Friend of the Court/Extra | | 3rd copy – Opposing party<br>4th copy – Moving party |
|---|---|---|---|

| STATE OF MICHIGAN<br>45th    JUDICIAL CIRCUIT<br>JUDICIAL DISTRICT<br>COUNTY | **ORDER** | **CASE NO.**<br>22-00061GC |
|---|---|---|

Court telephone no.

Court address
13600 Oak Park Blvd, Oak Park, MI 48237

(248)691-7440

| Plaintiff name(s), address(es), and telephone no(s).<br>JP Morgan Chase Bank, N.A. | v | Defendant name(s), address(es), and telephone no(s).<br>Katrina I Bergunder<br>24674 Republic Ave.<br>Oak Park, MI 48237<br>(773)853-7085 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Mandarich Law Group, LLP<br>James McArdle<br>P-82443<br>P.O. Box 109032, Chicago, IL 60610<br>(866)757-4738 | | Defendant's attorney, bar no., address, and telephone no. |

1. Motion title: ~~Motion to exclude witness and dismiss~~   Dismiss with prejudice

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable Judge Michelle Friedman Appel   on   02/21/2023
                                                                             Date

☑ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is
☑ granted.
☐ granted in part, denied in part.
☐ denied.

☑ The court further orders   Case is dismissed with prejudice.

_____

_____

_____

_____

_____

_____

_____

_____

_____

FEB 2 1 2023
Date

Judge                        32709   Bar
JUDGE MICHELLE FRIEDMAN APPEL

ORDER

68

**45th District Court**
**13600 Oak Park Blvd**
**Oak Park, MI 48237**

Register of Actions

◁ Return    Register of Action

*Register of Action*

```
|STATE OF MICHIGAN    |              |   CASE NO: 22-00061GC  GC |
|45TH JUDICIAL DISTRICT|  REGISTER OF ACTIONS |              |
|                     |              |                          |
```

Court Address 13600 OAK PARK BLVD    Court Telephone
     OAK PARK    MI   48237    (248) 691-7440

JUDGE OF RECORD: APPEL,MICHELLE FRIEDMAN,    P-32709

         Attorney
P01 PLAINTIFF    (CLSD)    P-81102
   JP MORGAN CHASE BANK NA//    MAMUT,MICHAEL THOMAS,
     28366 FRANKLIN RD
     SOUTHFIELD    MI 48034
     (248) 352-4340

D01 DEFENDANT    (CLSD)
   BERGUNDER/KATRINA/I
   24674 REPUBLIC AVE
   OAK PARK    MI 48237

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| 01/07/22 | | |
| P01 | SUMM & COMP FILED   MAMUT,MICHAEL T P-81102 | NMC |
| | (RETD )    $9,772.36 | |
| 01/10/22 | | |
| | FILING FEE PAID   $75.00 RCPT # D337821 | TMS |
| | CHECK TENDERED 302894 | TMS |
| 03/31/22 | | |
| P01 | MOTION TO EXTEND TIME FOR SERV FILED | NMC |
| P01 | ORDER TO EXTEND TIME FOR SERV FILED | NMC |
| | (2J ) | |
| P01 | MOTION FOR SUBSTITUTED SERVICE FILED | NMC |
| P01 | ORDER FOR SUBSTITUTED SERVICE FILED | NMC |
| | (2J ) | |
| | MOTION FEE PAID   $20.00 RCPT # D341877 | TMS |
| | CHECK TENDERED 50285 | TMS |
| 04/07/22 | | |
| D01 | ORDER TO EXTEND TIME FOR SERV ENTERED | PJT |
| | 07/07/22 05:30P | |
| D01 | ORDER FOR SUBSTITUTED SERVICE ENTERED | PJT |
| P01 | SUMM & COMP TO USE OWN PROCESS SRVER ISSUED | PJT |
| 04/26/22 | | |
| D01 | PROOF OF SERVICE FILED | PJT |
| | (POSTED ) | |
| 04/27/22 | | |
| D01 | PROOF OF SERVICE FILED | PJT |
| | (1ST/CER) | |
| D01 | SUMM & COMP FOR SUBSTITUTED SERVICE SERVED | PJT |
| 05/04/22 | | |
| | DEF AT COUNTER--WILL FILE WRITTEN RESPONSE W/ | PJT |
| | THE COURT | PJT |

69

05/16/22

| | D01 | ANSWER FILED | PJT |
| | D01 | AFF DEFENSES FILED | PJT |

JP MORGAN CHASE BANK N v BERGUNDER/KATRINA/I    CASE#: 22-00061GC  PAGE: 2

| DATE | | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|---|
| | ALL | PRE-TRIAL SCHEDULED | PJT |
| | | 06/21/22 09:20A | |
| | ALL | NOTICE TO APPEAR ISSUED | PJT |
| | | COPY OF ANSWER ATTACHED TO NTAS | PJT |
| 05/23/22 | | | |
| | | RETD DEFAULT JDGMT--ANSWER FILED, PT SCHEDULED | PJT |
| 06/21/22 | | | |
| | ALL | PRE-TRIAL HELD | PJT |
| | ALL | PRE-TRIAL FINAL SCHEDULED | PJT |
| | | 10/25/22 09:00A | |
| | | PARTIES PRESENT VIA ZOOM; DISCOVERY IS ORDERED | PJT |
| | | & TO BE COMPLETED BY 8/19/22; CASE EVAL IS | PJT |
| | | NOT ORDERED; WITNESS LIST BY 7/22/22; DISP | PJT |
| | | MTNS BY 9/2/22S; FINAL PT SHALL BE SET AFTER | PJT |
| | | CLOSE OF DISCOVERY & AFTER DISP MTN CUT OFF | PJT |
| | ALL | NOTICE TO APPEAR ISSUED | PJT |
| 08/18/22 | | | |
| | D01 | EXHIBITS FILED | NMC |
| 10/19/22 | | | |
| | | FEE WAIVER REQUEST FILED BY K. BERGUNDER | PJT |
| | | FEE WAIVER REQUEST GRANTED | PJT |
| 10/25/22 | | | |
| | ALL | PRE-TRIAL FINAL HELD | PJT |
| | ALL | PRE-TRIAL FINAL SCHEDULED | PJT |
| | | 01/10/23 09:00A | |
| | | PARTIES PRESENT VIA ZOOM; ADJ 60 DAYS | PJT |
| | ALL | NOTICE TO APPEAR ISSUED | PJT |
| 01/10/23 | | | |
| | ALL | PRE-TRIAL FINAL HELD | PJT |
| | ALL | BENCH TRIAL  SCHEDULED | PJT |
| | | (LIVE  )    02/21/23 10:30A | |
| | | PARTIES PRESENT VIA ZOOM; SET FOR **LIVE** IN | PJT |
| | | PERSON BENCH TRIAL ON 2/21/23 10:30AM--DATE & | PJT |
| | | TIME GIVEN ON THE RECORD | PJT |
| | ALL | NOTICE TO APPEAR ISSUED | PJT |
| 02/01/23 | | | |
| | P01 | NOTICE WITNESS LIST FILED | PJT |
| 02/06/23 | | | |
| | P01 | ACTION TELEPHONE CALL RECEIVED | NMC |
| | | ADV TO SUBMIT REQ TO JUDGE FOR ANY PARTY TO | NMC |
| | | APPEAR VIA ZOOM | NMC |
| 02/07/23 | | | |
| | P01 | CORRESPONDEN FILED | PJT |
| | | (2J*  ) | |
| | | *PLAINTIFF'S REQUEST FOR WITNESS TO APPEAR VIA | PJT |
| | | ZOOM | PJT |
| 02/08/23 | | | |
| | D01 | ACTION TELEPHONE CALL RECEIVED | PJT |
| | | T/C DEF REQ MTN TO DISMISS DATE--ADV NO | PJT |
| | | AVAILABLE DATES PRIOR TO BT--GAVE BT DATE AND | PJT |
| | | TIME | PJT |
| | D01 | MOTION FILED | PJT |
| | | (**  ) | |
| | | **DEF MTN TO EXCLUDE WITNESS AND DISMISS | PJT |
| | D01 | NOTICE FILED | PJT |

JP MORGAN CHASE BANK N v BERGUNDER/KATRINA/I    CASE#: 22-00061GC  PAGE: 3

| DATE | | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|---|
| | D01 | PROOF OF SERVICE FILED | PJT |
| | ALL | MOTION SCHEDULED    02/21/23 10:30A | PJT |
| 02/09/23 | | | |
| | | PLTF REQ REVIEWED BY JUDGE MFA, PER JUDGE MFA, | PJT |
| | | OK FOR WITNESS TERRICKA CLARK TO APPEAR FOR BT | PJT |
| | | VIA ZOOM | PJT |

70



Katrina Bergunder
24674 Republic Ave
Oak Park, MI 48237

June 5, 2023

JP Morgan Chase
Attn: Customer Service
PO BOX 15369
WILMINGTON, DE 19850

Subject: Request to Correct Credit Report Information

Dear Sir/Madam,

I am writing in response to your recent correspondence regarding my request to update the reporting status of the debt associated with my account. I appreciate your prompt attention to my concern, but I must assert that the current reporting status of "charged off" is still inaccurate and must be corrected.

As I previously indicated, the debt in question has been legally dismissed with prejudice 45th District Court located at 13600 Oak Park Blvd, Oak Park MI, as confirmed by the court's dismissal order, which I have provided as supporting documentation. The dismissal with prejudice invalidates any claims associated with the debt and mandates an accurate reporting of its dismissal status.

It is crucial for accurate and fair reporting that the credit reporting information reflects the true legal status of the debt. Labeling it as "charged off" misrepresents the outcome of the court proceedings and can lead to confusion and potential negative consequences for my creditworthiness.

I kindly request that you review the documentation provided once again and make the necessary corrections to accurately reflect the dismissal with prejudice on my credit report. It is imperative that the reporting of this debt aligns with the legal ruling and provides an accurate representation of my credit history.

I trust that Chase Card Services will rectify this matter promptly and ensure that my credit report reflects the true status of the debt. Failure to address this issue appropriately may leave me with no choice but to pursue further action to protect my rights under the Fair Credit Reporting Act.

Thank you for your immediate attention to this matter. I look forward to receiving confirmation of the corrected reporting status in due course.

Sincerely,

Katrina Bergunder

72

Approved, SCAO

| Original - Court file | 3rd copy - Opposing party |
|---|---|
| 1st copy - Assignment Clerk/Extra | 4th copy - Moving party |
| 2nd copy- Friend of the Court/Extra | |

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| JUDICIAL CIRCUIT | **ORDER** | 22-00061GC |
| 45th JUDICIAL DISTRICT | | |
| COUNTY | | Court telephone no. |

Court address
13600 Oak Park Blvd, Oak Park, MI 48237      (248)691-7440

| Plaintiff name(s), address(es), and telephone no(s). | | Defendant name(s), address(es), and telephone no(s). |
|---|---|---|
| JP Morgan Chase Bank, N.A. | v | Katrina I Bergunder<br>24674 Republic Ave.<br>Oak Park, MI 48237<br>(773)853-7085 |

| Plaintiff's attorney, bar no., address, and telephone no. | Defendant's attorney, bar no., address, and telephone no. |
|---|---|
| Mandarich Law Group, LLP<br>James McArdle<br>P-82443<br>P.O. Box 109032, Chicago, IL 60610<br>(866)757-4738 | |

1. Motion title: ~~Motion to exclude witness and dismiss~~   Dismiss with prejudice

2. Moving party: Katrina Bergunder, defendant

3. This motion was heard by the Honorable _Judge Michelle Friedman Appel_ on _02/21/2023_
                                                                                Date

☑ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is
    ☑ granted.
    ☐ granted in part, denied in part.
    ☐ denied.

☒ The court further orders
     Case is dismissed with prejudice.

FEB 2 1 2023

Date

Judge                          32709    Bar no.
JUDGE MICHELLE FRIEDMAN APPEL

ORDER

73