# Appendix L

Case 2:23-cv-12886-SFC-EAS ECF No. 34-16 PageID.837 Filed 08/22/24 Page 2 of 2

Prepared For

**Personal & Confidential**

| Date Generated | May 16, 2023 |
|---|---|
| Report Number | 0673-0083-19 |

### About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

### Here are your results

**JPMCB CARD**

Account • 464018XXXXXXXXX

Information on this item has been updated. Please review your report for the details.

You can contact JPMCB CARD at PO BOX 15369, WILMINGTON , DE 19850 or (800) 945-2000


Updated



### After your dispute

**Account Info**

| Account Name | JPMCB CARD | Balance | $9,772 |
|---|---|---|---|
| Account Number | 464018XXXXXXXXX | Balance Updated | 05/16/2023 |
| Account Type | Credit Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 02/03/2009 | Original Balance | $8,000 |
| Status | Account charged off. $9,772 written off. $9,772 past due as of May 2023. | Highest Balance | $9,772 |
| | | Terms | - |
| Status Updated | 07/2021 | On Record Until | Sep 2027 |

**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | CO | CO | CO | CO | — | — | — | — | — | — | — |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | CO | Charge off |

88