# Appendix M

ON THIS ACCOUNT HAS BEEN UPDATED. THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE BALANCE IS BEING REPORTED CORRECTLY. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *DATE OF MAJOR DELINQUENCY 1ST REPORTED *ACCOUNT HISTORY. If you have additional questions about this item please contact: **CHASE CARD, PO Box 15298, Wilmington, DE 19850-5298 Phone: (800) 945-2000**

## JPMCB - CARD SERVICES
PO Box 15298 Wilmington DE 198505298 : 8009452000

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *7683 | 02/03/2009 | | $8,000 | | Monthly | 99 | Closed | |

| Date of Last Reported Update | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/17/2023 | $9,772 | 11/2020 | | | 01/2021 | | 01/2021 | $9,772 | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Revolving | Flexible Spending Credit Card | Individual Account | | |

**ADDITIONAL INFORMATION:**
*Charged Off Account*
*Account Closed By Credit Grantor*
*Flexible Spending Credit Card*

### Account History with Status Codes

| 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L |
| 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
| L | L | L | L | L | L | L | L | L | L |
| 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | | |
| L | L | 6 | 5 | 4 | 3 | 2 | 1 | | |

### Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 04/23 | No Data Available | | | | | | | |
| 03/23 | No Data Available | | | | | | | |
| 02/23 | No Data Available | | | | | | | |
| 01/23 | No Data Available | | | | | | | |
| 12/22 | No Data Available | | | | | | | |
| 11/22 | No Data Available | | | | | | | |
| 10/22 | No Data Available | | | | | | | |

(Continued On Next Page)
00000971-DISC

Page 4 of 6

3124626699-EMB-0bf301ba0000019-05172023