# Appendix N

97

92