# Appendix O

93

## Dispute Results (Continued)

### Before Dispute

**JPMCB CARD** Partial Acct # 464018205119....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

| | | | |
|---|---|---|---|
| Date opened<br>Feb 2009 | Terms<br>Not reported | Recent balance<br>$9,772 as of May 2023 | Status (Jul 2021) Account charged off.<br>$9,772 written off. $9,772 past due as of May 2023. |
| Address ID #<br>0109768569 | Monthly payment<br>Not reported | This account is scheduled to continue on record until Sep 2027. | |
| Type<br>Credit Card | Credit limit or original amount<br>$8,000 | Comment:<br>Account closed at credit grantor's request. | |
| Responsibility<br>Individual | High balance<br>$9,772 | This item was updated from our processing of your dispute in May 2023. | |




| | Jun21 | May21 |
|---|---|---|
| Account Balance | $9,772 | $9,614 |
| Date Payment Received | 11.17.20 | 11.17.20 |
| Scheduled Payment Amount | $256 | $283 |
| Actual Amount Paid | No Data | No Data |

Between May 2021 and Jun 2021, your credit limit/high balance was $8,000

### After Dispute

**JPMCB CARD** Partial Acct # 464018205119....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

| | | | |
|---|---|---|---|
| Date opened<br>Feb 2009 | Terms<br>Not reported | Recent balance<br>$9,772 as of Jun 2023 | Status (Jul 2021) Account charged off.<br>$9,772 written off. $9,772 past due as of Jun 2023. |
| Address ID #<br>0109768569 | Monthly payment<br>Not reported | This account is scheduled to continue on record until Sep 2027. | |
| Original creditor<br>L | Credit limit or original amount<br>$8,000 | Comment:<br>Account closed at credit grantor's request. | |
| Type<br>Credit Card | High balance<br>$9,772 | This item was updated from our processing of your dispute in Jun 2023. | |
| Responsibility<br>Individual | | | |



| | Jun21 |
|---|---|
| Account Balance | $9,772 |
| Date Payment Received | 11.17.20 |
| Scheduled Payment Amount | $256 |
| Actual Amount Paid | No Data |

As of Jun 2021 your credit limit/high balance was $8,000

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit

0884726840     KATRINA BERGUNDER   Report # 1890-4786-29 for 06/07/23     page 2 of 6