# Appendix P

THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *SCHEDULED PAYMENT *HISTORICAL ACCOUNT INFORMATION.
If you have additional questions about this item please contact: *CHASE CARD, PO Box 15298, Wilmington, DE 19850-5298 Phone: (800) 945-2000

## JPMCB - CARD SERVICES
### *7883

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 02/03/2009 | | $8,000 | | Monthly | 99 | Closed | |

PO Box 15298 Wilmington, DE 19850-5298 | 8009452000

| Date of Last Reported Update | Balance Amount | Amount Past Due | Actual Payment Amount | Type of Account | Date of Last Payment | Date of Last Activity | Date Major Delinquency 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/2023 | $9,772 | $9,772 | 11/2020 | Revolving | | 01/2021 | 05/2023 | $9,772 | | | | |

Status Charge Off    Type of Loan: Flexible Spending Credit Card    Whose Account: Individual Account    Portfolio Indicator: Flexible Spending Credit Card

### ADDITIONAL INFORMATION:
*Removes Compliance Condition Codes*

*Charged Off Account*

*Account Closed By Credit Grantor*

*Flexible Spending Credit Card*

Account History with Status Codes

| | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | L | L | L |
| | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
| | L | L | L | L | L | L | L | L | L | L |
| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | | |
| | L | L | 6 | 5 | 4 | 3 | 2 | 1 | | |

## Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| $9,772 | $0 | | 11/01/2020 | | $8,000 | | Flexible Spending Credit Card | Closed |

| | | | | |
|---|---|---|---|---|
| 05/23 | $9,772 | | | |
| 04/23 | No Data Available | | | |
| 03/23 | No Data Available | | | |
| 02/23 | No Data Available | | | |
| 01/23 | No Data Available | | | |
| 12/22 | No Data Available | | | |
| 11/22 | No Data Available | | | |
| 10/22 | No Data Available | | | |

(Continued On Next Page)
00000939-DISC

3163577280-C9P-0c1d01030000000e9-06282023