# Appendix Q

