# Appendix R



## 2.5 JPMCB CARD SERVICES (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxxxx 7683 | Reported Balance | $9,772 |
|---|---|---|---|
| Account Status | CHARGE_OFF | Available Credit | -$1,772 |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

**Balance**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | $9,772 | $9,772 | $9,772 | $9,772 | | |
| 2024 | | | | | | | | | | | | |

**Available Credit**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

**Scheduled Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

**Actual Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |

Summary   Revolving   Mortgage   Installment   Other   Statements   Personal Info   Inquiries   Public Records   Collections

2023

2024

**High Credit**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | $8,000 | $9,772 | $9,772 | $9,772 | | |
| 2024 | | | | | | | | | | | | |

**Credit Limit**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | $8,000 | $8,000 | $8,000 | $8,000 | | |
| 2024 | | | | | | | | | | | | |

**Amount Past Due**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | $9,772 | $9,772 | $9,772 | $9,772 | | |
| 2024 | | | | | | | | | | | | |

**Activity Designator**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | C | C | C | C | | |
| 2024 | | | | | | | | | | | | |

**Comments 1**

| Date | Comment |
|------|---------|
| 07/2023 | Charged off account |
| 08/2023 | Charged off account |
| 09/2023 | Charged off account |
| 10/2023 | Charged off account |

**Comments 2**

| Date | Comment |
|------|---------|
| 07/2023 | Account closed by credit grantor |
| 08/2023 | Account closed by credit grantor |
| 09/2023 | Account closed by credit grantor |
| 10/2023 | Account closed by credit grantor |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | CO | CO | CO | | |
| 2022 | | | | | | | | | | | | |
| 2021 | 30 | 60 | 90 | 120 | 150 | 180 | CO | | | | | |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | | | | | | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | | Payment Responsibility | INDIVIDUAL |
|-------------|---|------------------------|------------|
| Credit Limit | $8,000 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $9,772 | Date Opened | Feb 03, 2009 |
| Amount Past Due | $9,772 | Date Reported | Nov 21, 2023 |
| Actual Payment Amount | | Date of Last Payment | Nov 2020 |

EQUIFAX                    KATRINA BERGUNDER | Aug 30, 2024                    Page 23 of 87
Summary   Revolving   Mortgage   Installment   Other   Statements   Personal Info   Inquiries   Public Records   Collections

256

| Date of Last Activity | | Scheduled Payment Amount | |
|---|---|---|---|
| Months Reviewed | 99 | Delinquency First Reported | May 2023 |
| Activity Designator | CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | $9,772 |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Flexible Spending Credit Card | Date Closed | |
| Date of First Delinquency | Jan 21, 2021 | | |

## Comments

Charged off account

Account closed by credit grantor

## Contact

JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON, DE 19850-5369
(800) 945-2000