# Appendix S

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Sep 2023 | $5,433 | $196 | $196 on 9/15/2023 |
| Aug 2023 | $5,586 | $196 | $196 on 8/17/2023 |
| Jul 2023 | $5,737 | $196 | $196 on 7/19/2023 |
| Jun 2023 | $5,889 | $196 | $196 on 6/21/2023 |
| May 2023 | $6,026 | $196 | $196 on 5/16/2023 |
| Apr 2023 | $6,176 | $196 | $196 on 4/18/2023 |
| Mar 2023 | $6,318 | $196 | $196 on 3/17/2023 |
| Feb 2023 | $6,472 | $196 | $196 on 2/21/2023 |
| Jan 2023 | $6,607 | $196 | $196 on 1/18/2023 |
| Dec 2022 | $6,749 | $196 | $196 on 12/19/2022 |
| Nov 2022 | $6,893 | $196 | $196 on 11/21/2022 |
| Oct 2022 | $7,030 | $196 | $196 on 10/21/2022 |
| Sep 2022 | $7,166 | $196 | $196 on 9/20/2022 |
| Aug 2022 | $7,305 | $196 | $196 on 8/22/2022 |

**Additional info**

The original amount of this account was $14,906



**Contact Info**

| | |
|---|---|
| Address | 650 S MAIN ST STE 1000, SALT LAKE CITY UT 84101 |
| Phone Number | (888) 390-1220 |

**JPMCB CARD**
**POTENTIALLY NEGATIVE**



**Account Info**

| | | | |
|---|---|---|---|
| Account Name | JPMCB CARD | Balance | $9,772 |
| Account Number | 464018XXXXXXXXXX | Balance Updated | 11/21/2023 |
| Account Type | Credit Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 02/03/2009 | Credit Limit | $8,000 |
| Status | Account charged off. $9,772 written off. $9,772 past due as of Nov 2023. | Highest Balance | $9,772 |
| | | Terms | - |
| Status Updated | Jul 2021 | On Record Until | Sep 2027 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ND | ND | ND | ND | ND | ND | ND | CO | CO | CO | CO | — |
| 2022 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2021 | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO | ND | ND | ND | ND |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

- ✓ Current / Terms met
- 30 Past due 30 days
- 60 Past due 60 days
- 90 Past due 90 days
- 120 Past due 120 days
- 150 Past due 150 days
- 180 Past due 180 days
- CO Charge off
- ND No data for this period

### Payment history guide

Charge Off as of Nov 2023, Oct 2023, Sep 2023, Aug 2023, Aug 2021, Jul 2021

180 days past due as of Jun 2021

150 days past due as of May 2021

120 days past due as of Apr 2021

90 days past due as of Mar 2021

60 days past due as of Feb 2021

30 days past due as of Jan 2021

This account is scheduled to continue on record until Sep 2027.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Oct 2023 | $9,772 | $0 | $0 on 11/17/2020 |
| Sep 2023 | $9,772 | $0 | $0 on 11/17/2020 |
| Aug 2023 | $9,772 | $0 | $0 on 11/17/2020 |
| Jun 2023 | $9,772 | $0 | $0 on 11/17/2020 |

### Additional info

Between Jun 2023 and Oct 2023, your credit limit/high balance was $8,000

## Contact Info

Address: PO BOX 15369, WILMINGTON DE 19850

Phone Number: (800) 945-2000

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

Account closed at credit grantor's request.
Aug 2023 to Oct 2023

### Reinvestigation Info

This item was updated from our processing of your dispute in Jun 2023.

## KOHLS/CAPONE

### Account Info

| | | | |
|---|---|---|---|
| Account Name | KOHLS/CAPONE | Balance | - |
| Account Number | 639305XXXXXXXXXX | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 05/06/2009 | Credit Limit | $1,500 |
| Status | Paid, Closed/Never late. | Highest Balance | $718 |
| Status Updated | Jul 2018 | Terms | - |
| | | On Record Until | Jul 2028 |

### Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — | — |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2014 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2013 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2012 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2011 | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met     CLS Closed

This account is scheduled to continue on record until Jul 2028.

### Contact Info