# Appendix T

Prepared For

Personal & Confidential

Date Generated  May 16, 2023
Report Number  0673-0083-19

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### JPMCB CARD

Account • 464018XXXXXXXXXX

Information on this item has been updated. Please review your report for the details.

You can contact JPMCB CARD at PO BOX 15369, WILMINGTON, DE 19850 or (800) 945-2000

**Updated**

### After your dispute

#### Account Info

| | | | |
|---|---|---|---|
| Account Name | JPMCB CARD | Balance | $9,772 |
| Account Number | 464018XXXXXXXXXX | Balance Updated | 05/16/2023 |
| Account Type | Credit Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 02/03/2009 | Original Balance | $8,000 |
| Status | Account charged off. $9,772 written off. $9,772 past due as of May 2023. | Highest Balance | $9,772 |
| | | Terms | - |
| Status Updated | 07/2021 | On Record Until | Sep 2027 |

#### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | CO | CO | CO | CO | — | — | — | — | — | — | — |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO | CO | CO | CO |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | CO | Charge off |

**Payment history guide**

Charge Off as of May 2023, Apr 2023, Mar 2023, Feb 2023, Jan 2023, Dec 2022, Nov 2022, Oct 2022, Sep 2022, Aug 2022, Jul 2022, Jun 2022, May 2022, Apr 2022, Mar 2022, Feb 2022, Jan 2022, Dec 2021, Nov 2021, Oct 2021, Sep 2021, Aug 2021, Jul 2021

180 days past due as of Jun 2021

150 days past due as of May 2021

120 days past due as of Apr 2021

90 days past due as of Mar 2021

60 days past due as of Feb 2021

30 days past due as of Jan 2021

This account is scheduled to continue on record until Sep 2027.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2021 | $9,772 | $256 | $0 on 11/17/2020 |
| May 2021 | $9,614 | $283 | $0 on 11/17/2020 |

**Additional info**

Between May 2021 and Jun 2021, your credit limit/high balance was $8,000

### Contact Info

Address: PO BOX 15369, WILMINGTON DE 19850

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

### Reinvestigation Info

This item was updated from our processing of your dispute in May 2023.

### Before your dispute

#### Account Info

| | | | |
|---|---|---|---|
| Account Name | JPMCB CARD | Balance | $9,772 |
| Account Number | 464018XXXXXXXXXX | Balance Updated | 07/21/2021 |
| Account Type | Credit Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 02/03/2009 | Original Balance | $8,000 |
| Status | Account charged off. $9,772 written off. $9,772 past due as of Jul 2021. | Highest Balance | $9,772 |
| | | Terms | - |
| Status Updated | 07/2021 | On Record Until | Sep 2027 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | 30 | 60 | 90 | 120 | 150 | 180 | CO | – | – | – | – | – |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2014 | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | CO | Charge off |

**Payment history guide**

Charge Off as of Jul 2021

180 days past due as of Jun 2021

150 days past due as of May 2021

120 days past due as of Apr 2021

90 days past due as of Mar 2021

60 days past due as of Feb 2021

30 days past due as of Jan 2021

This account is scheduled to continue on record until Sep 2027.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2021 | $9,772 | $256 | $0 on 11/17/2020 |
| May 2021 | $9,614 | $283 | $0 on 11/17/2020 |

**Additional info**

Between May 2021 and Jun 2021, your credit limit/high balance was $8,000

**Contact Info**

Address    PO BOX 15369,
           WILMINGTON DE 19850

**Comment**

Current:

None

Previous:

Account closed at credit grantor's request.

Mar 2021 to Jun 2021

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.