# Exhibit B

118

