# Exhibit C



RE: Update on Case Settlement and Change in Representation

From  Davina A. Bridges <DBridges@dickinson-wright.com>
Date  Fri 4/26/2024 11:09 AM
To    Katrina Bergunder <bergunki@msn.com>

As indicated in my correspondence below, a motion to proceed pro se is unnecessary as you are already representing yourself.

As it appears that your sole purpose is to continue to delay this matter, proceed as you wish. Enjoy your day.



**Davina A. Bridges**
Associate Attorney
O: 616-336-1062
C: 773-571-1842
DBridges@dickinson-wright.com

200 Ottawa Ave. N.W., Suite 900, Grand Rapids MI, 49503