**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KATRINA BERGUNDER,

    Plaintiff,                                      Case No. 2:23-CV-12886

v                                                   Hon. Sean F. Cox

JPMORGAN CHASE BANK, N.A.,

    Defendant.

---

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 13, 2024, I served a copy of Chase's *Proposed Order Enforcing Confidential Settlement Agreement Through Specific Performance* upon Plaintiff via email at Bergunki@msn.com and certified mail at Plaintiff's last known address:

    Katrina Bergunder
    24674 Republic Ave
    Oak Park, MI 48237

*/s/ Davina A. Bridges*
Davina A. Bridges

4873-2511-0264 v1 [9-649]

1