UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATRINA BERGUNDER,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

Case No. 23-cv-12886

Hon. Sean F. Cox
United States District Court Judge

## JUDGMENT

**IT IS ORDERED, ADJUDGED, AND DECREED** that: (1) Defendant is entitled to **SUMMARY JUDGMENT** on Count I for the reasons stated in the Court's November 27, 2024 order; (2) Counts II–V are **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Court's May 2, 2024, order; and (3) Defendant's interpleader complaint is **DISMISSED** for the reasons stated in the Court's November 27, 2024 order.

    **IT IS SO ORDERED.**


Dated: November 27, 2024

s/Sean F. Cox
Sean F. Cox
U. S. District Judge


I hereby certify that on November 27, 2024, the document above was served on counsel and/or the parties of record via electronic means and/or First Class Mail.

s/J. McCoy
Case Manager

1